FILED   Related DDJ

1   Victoria Dillihunt (Full Name)

2   dillihuntvictoria@yahoo.com (Email Address)

3   12035 S. Broadway #K (Address Line 1)

4   Los Angeles CA 90061 (Address Line 2)

5   213-641-1457 or 323-492-6263 (Phone Number)

6   Plaintiff in Pro Per

2022 DEC -5 PM 5:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Victoria Dillihunt,            Case No.: **CV 22-8817-CJC (MAR)**

12              Plaintiff,                      (To be supplied by the Clerk)

13   vs.

14   Beyonce Knowles            **Civil Rights Complaint Pursuant to**

15   Shawn Corey Carter         **42 U.S.C. § 1983 (non-prisoners)**

16

17                                          **Jury Trial Demanded**: ☒Yes ☐ No

18              Defendant(s).

19

20              (All paragraphs and pages must be numbered.)

21                         **I. JURISDICTION**

22   1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23   Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                           **II. VENUE**

26   2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving

27   rise to this complaint happened in this district

28

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.   Plaintiff Victoria Dillihunt _____ resides at:
*(your full name)*

12035 S. Broadway #K _____

Los Angeles CA, 90061 _____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Beyonce Knowles _____ works at
*(full name of Defendant)*

1412 Broadway, 24th floor, New York, NY, 10018 _____.
*(Defendant's place of work)*

Defendant's title or position is   CEO of Parkwood Entertainment LLC .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: the defendant used influence to deprive me of my rights and to organize crime against me.

5. Defendant Shawn Corey Carter _____ works at
*(full name of Defendant)*

6 W. 25th Street New York, NY 10010 _____.
*(Defendant's place of work)*

Defendant's title or position is   CEO of The 40/40 Club .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: the defendant used influence to deprive me of my rights and to organize crime against me.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6 . According to Congressional Record--Appendix, pp. A34-A36,
*Insert ¶ #*
Current Communist Goals dated January 10, 1963 there are 45
points. Point 21 says "Gain control of key positions in radio, TV,
and motion pictures. Point 25 says "Break down cultural standards
of morality by promoting pornography and obscenity in books,
magazines, motion pictures, radio, and TV. Point 26 says "Present
homosexuality, degeneracy and promiscuity as "normal, natural,

7 . and healthy." Point 27 says "Infiltrate the churches and
*Insert ¶ #*
replace revealed religion with "social" religion. Discredit the
Bible and emphasize the need for intellectual maturity which
does not need a "religious crutch". Point 40 says "Discredit the
family as an institution. Encourage promiscuity and easy divorce.
See Exhibit A(1) and A(2). Parkwood Entertainment LLC that is
owned by Beyonce resembles the Communist Point 21 because that is
* See Exhibit A(1A), A(2A), and Exhibits No Weapon Formed Shall Prosper # 1-29

8 . what her company specializes in which was perfect to not only gain
*Insert ¶ #*
control of key positions being connected to her but even her artist
has a song labeled Ungodly. This was the perfect aim in breaking
down cultural standards of morality especially because she used
youth to promote such a wicked agenda. Parkwood Entertainment LLC
reflects communist goals because Beyonce is an Icon on the radio,
on TV, and in motion pictures so that confirms Point 21. Now
Point 25 sums up Beyonce as well when it comes to breaking down
cultural standards of morality because Beyonce represents a seductress

Civil Rights Complaint Pursuant to U.S.C. § 1983

Exhibit A(1)

## Congressional Record--Appendix, pp. A34-A35
## Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.

EXHIBIT A(2)

21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

page 5

BEYONCE LYRICS 2:

## RUN THIS WORLD

**Run this World Lyrics by Beyonce**

*[Handwritten annotations: Flattery — Love Truth America / State Power — Moral System / Love worketh NO ILL / Idol worship — Love worketh NO ILL Interacts / Arrogant]*

*[Handwritten: Jezebel → Pride, ego, Arrogant]*

Girls, we run this mutha (yeah)
Girls, we run this mutha (yeah)
Girls, we run this mutha (yeah)
Girls, we run this mutha, girls
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)

*[Handwritten: Emasculating Men →]*

Some of them men think they freak this
Like we do, but no they don't
Make your check, come at they neck
Disrespect us, no they won't
Boy, don't even try to touch this (touch this)
Boy, this beat is crazy (crazy)

*[Handwritten: A scorned woman →]*

This is how they made me (made me)
Houston, Texas, baby
This goes out to all my girls
That's in the club rocking the latest
Who will buy it for themselves and get more money later
I think I need a barber (barber)
None of these niggas can fade me (fade me)
I'm so good with this, I remind you,
I'm so hood with this
Boy, I'm just playing
Come here, baby
Hope you still like me, F you, pay me

---

My persuasion
Can build a nation
Endless power
With our love we can devour
You'll do anything for me

*[Handwritten: State Power / Love worship / Idol worship / Arrogant / Wrong Type of Woman]*

Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
It's hot up in here, DJ, don't be scared to run this, run this back
I'm repping for the girls who taking over the world
Help me raise a glass for the college grads
41' Rollie to let you know what time it is, check
You can't hold me (you can't hold me)

*[Handwritten: God Mode Statement = Vanity!]*

I work my nine to five, better cut my check
This goes out to all the women getting it in, you on your grind
To all the men that respect what I do, please accept my shine

*[Handwritten: seduced like Adam in garden of Eden]*

Boy, you know you love it
How we smart enough to make these millions

*[Handwritten: Tree of Good & Evil / Serpent in Her Ear AGAIN]*

Strong enough to bear the children and (children)

---

Then get back to business
See, you better not play me (me)
Oh, come here, baby

*[Handwritten: ← Luring with]*

Hope you still like me

*[Handwritten: ← Seduction]*

F you, pay me

*[Handwritten: ← Then Attack Mode]*

My persuasion
Can build a nation
Endless power
With our love we can devour
You'll do anything for me
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run this mutha? Girls
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who run the world? Girls (girls)
Who are we?
What we run?
The world
Who run this mutha? Yeah
Who are we?
What we run?
The world
Who run this mutha? Yeah
Who are we?
What do we run?
We run the world
Who run this mutha? Yeah
Who are we?
What we run?
We run the world
Who run the world? Girls (girls)

---

*[Handwritten bottom notes:]*

• Emasculate means "deprive (a man) of his role or identity" 2) make (someone or something) weaker or less effective

- Beyonce's Image is not her Likeness (character)
- She used her Image to pull a veil over the eyes of humanity who don't understand discernment or the artistic gifts that are beyond just entertaining & performing
- Beyonce understands the pimp terminology of "Get in the Mind and the Body will Follow..."

JAY Z SONG LYRICS 2 [Exhibit A(A-1)]

RUN THIS TOWN

**Run this Town Lyrics by Jay Z feat. Kanye West and Rihanna**

(Rihanna)
Feel it coming in the air
Hear the screams from everywhere
I'm addicted to the the thrill
It's a dangerous love affair
Can't be scared when it goes down
Got a problem, tell me now
Only thing that's on my mind
Is who gon' run this town tonight
Is who gon' run this town tonight
We gon' run this town

*[handwritten: F.O.G = fear, Obligation and Guilt]*
*[handwritten: Death = Famine Pestilence Sword]*
*[handwritten: Crossbred with Communist Apparatus]*
*[handwritten: WAR Between Good + Evil Truth + Falsehood]*

(Jay-Z)
We are, yeah, I said it, we are
This is Roc Nation, pledge your allegiance
Get y'all fatigues on, all black everything
Black cards, black cars, all black everything
And our girls are blackbirds, riding with they Dillingers
I get more in-depth if you boys really real enough
This is La Familia, I'll explain later
But for now, let me get back to this paper
I'm a couple bands down and I'm tryna get back
I gave Doug a grip, I lost a flip for five stacks
Yeah, I'm talking five comma six zeroes dot zero, here go
Back to running circles 'round niggas to now we squared up
Hold up

*[handwritten: To falsehood]*
*[handwritten: sick]*
*[handwritten: Symbolize Death in exchange for monetary and material gain]*
*[handwritten: with a plan, Exposing the emphasize perception of silence is Life]*

(Rihanna)
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Who gon' run this town tonight?

(Jay-Z)
We are, yeah, I said it, we are
You can call me Caesar, in a dark Caesar
Please follow the leader, so Eric B. we are
Microphone fiend, it's the return of the God, peace, God
And ain't nobody fresher
I'm in Maison, uh, Martin Margiela
On the table, screaming fuck the other side, they jealous
We got a bankhead full of broads, they got a table full of
fellas
(Ewww) And they ain't spendin' no cake
They should throw they hand in, 'cause they ain't got no
spades
(Ewww) My whole team got dough
So my bankhead is lookin' like Millionaires' Row
(Ewww)

(Rihanna)
Life's a game but it's not fair
I break the rules so I don't care
So I keep doing my own thing
Walking tall against the rain
Victory's within the mile
Almost there, don't give up now
Only thing that's on my mind
Is who gon' run this town tonight
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey

*[handwritten: Page 5B]*

Who gon' run this town tonight?

(Kanye West)
It's crazy how you can go from being Joe Blow
To everybody on your dick, no homo
I bought my whole family whips, no Volvos
Next time I'm in church, please no photos
Police escorts, everybody passports
This the life that everybody ask for
This a fast life, we are on a crash course
What you think I rap for? To push a fuckin' Rav 4?
But I know that if I stay stunting
All these girls only gon' want one thing
I could spend my whole life good with hunting
Only good gon' come is it's good when I'm coming
She got an ass that'll swallow up her G-string
And up top, uh, two bee stings
And I'm beasting off the re-sling
And my nigga just made it out the precinct
We give a damn about the drama that you do bring
I'm just tryna change the color on your mood ring
Reebok, baby, you need to try some new things
Have you ever had shoes without shoestrings?
What's that, Ye? Baby, these heels
Is that a May-what? Baby, these wheels
You trippin' when you ain't sippin', have a refill
You feelin' like you run it, huh?
Now you know how we feel

*[handwritten: Working for the dark side]*
*[handwritten: Self destruction of America]*
*[handwritten: Really sounds like Wrath forward Playing w/words having double meanings]*
*[handwritten: Perverting the Likeness (character) of what good is versus the best (image) of what good IS!]*

(Jay-Z)
Wha'sup?

(Rihanna)
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey
Hey-ey-ey-ey-ey-ey, ey-ey-ey-ey

(Jay-Z)
Wha'sup?

(Rihanna)
Hey-ey-ey-ey-ey-yeah, ey-ey-ey-ey-yeah
Hey-ey-ey-ey-ey-yeah
We gon' run this town tonight

(Jay-Z)
Wha'sup?

*[handwritten: Draconians = China Communist Party Beasts Technology & Music Industry plus more]*

*[handwritten: Revelations 13:4 - And they worshiped the dragon which gave power unto the beast: and they worshiped the beast saying, Who is like unto the beast? who is able to make war with him?]*

*[handwritten: China also worships the Dragon, Image, and Demons]*

*[handwritten: Intro of song, also reflects Organized Crime based on Premeditated arrangement of Words within Lyrics thru deception]*

*[handwritten: Precinct means A district of a city/town as ...]*

*No Weapon formed Shall Prosper #1*



KGB defector Yuri Bezmenov's warning to America

*A portion of an interview with former Soviet KGB agent Yuri Bezmenov given in 1984.  It's a little over 13 minutes long but needs to be heard by all Americans.*

In 1945, a twice wounded artillery officer in the Soviet army named Aleksandr Solzhenitsyn was arrested in the closing days of World War II.  His crime?  Allegedly making derogatory comments about Joseph Stalin in private correspondence to a childhood friend.  For this, he spent the next eleven years in the Soviet Gulag or prison camp system.   *so he was spyed on*

Solzhenitsyn chronicles his experience, shares the stories of hundreds of others, and became the voice for tens of millions of men, women, and children who suffered under Stalin's communist state in his book *The Gulag Archipelago*.  With very few exceptions, all these victims were completely innocent but were considered disloyal, not to Russia, but to Stalin and his regime.

For those who have been blessed to live their entire lives in freedom, the stories told are difficult to comprehend.  Death came by torture, starvation, being worked to death, being killed by guards, and in other horrific ways.  Everyone suffered in an inhumane and cruel environment.   *Sounds like America*

When a society operating under communism can take hold, the individual human life becomes meaningless.  As soon as this occurs, evil is sure to follow.  Reversing this process becomes exceedingly difficult and always involves great suffering.

What does a totalitarian state look like?  In one story, Solzhenitsyn tells of a Communist Party meeting in Moscow.  A tribute to Comrade Stalin was called for.  "Stormy applause" erupted.  The applause went on

*page 5C*

*No Weapon formed Shall Prosper #2*

minute after minute. As Solzhenitsyn states, "But palms were getting sore and raised arms were already aching. And the older people were panting from exhaustion. It was becoming insufferably silly even to those who really adored Stalin. However, who would dare be the *first* to stop?" Finally, after eleven minutes of this, a director of a paper factory took the lead and stopped. Everyone sat down. But the secret police were always watching. Later that night, the factory director was arrested. He got ten years in prison.

Everyone living under a communist government is forced to live a lie. It is the ultimate dystopia. It is a police state where the central authority determines what the law is, and the individual's only purpose is to further the power of the Communist Party. If one is deemed to not have worth to the Communist Party, their life becomes disposable. Once the individual cannot speak out due to fear, the conquest of a society is complete. Freedom is extinguished.

*Sounds exactly like what they tried to do to me. In fact it is but Glory to Jesus for stopping their Agenda*

In the Forward to the abridged version of his book published in 1986, Solzhenitsyn calls it a fallacy that the stories he describes could not happen in the reader's country. "Alas, all the evil of the twentieth century is possible everywhere on earth," he warns.

Please Visit:

victimsofcommunism.org

Recommended Reading:

*The Naked Communist* by W. Cleon Skousen

*The Gulag Archipelago* by Aleksandr Solzhenitsyn (For most readers, I recommend the 468-page abridged version published in 1986 with Solzhenitsyn's cooperation. The full version was published in three volumes and is over 1,900 pages in total. This book is not appropriate for young readers due to its graphic descriptions of violence.)

This entry was posted in Uncategorized on May 31, 2022 [https://1776history.com/2022/05 /31/communisms-american-hit-list/] .

1 thought on "Communism's American Hit List"

Richard Hower
August 26, 2022 at 2:01 pm
*My Birthday*

*page 5D*

Communism's American Hit List

https://1776history.com/2022/05/31/communisms-american-hit-list/

No Weapon Formed Shall Prosper #3

We MUST reeducate Americans about this. We have become Stupid, complascent and lazy. I was a public school teacher for my career. I watched the Communists take over first our universities, then our Public school system.



page 5E



# Communism's American Hit List



*Nikita Khrushchev became the leader of the Soviet Union in 1958, five years after the death of Joseph Stalin.*

After the devastation World War II caused to Europe, Asia, and most of the world, the United States emerged as the world's global superpower by the end of 1945. The United States possessed large amounts of natural resources, a homeland spared the ruin of many other countries around the world, and a free and industrious people that produced a disproportionate share of the world's goods.  In fact, with about seven percent of the world's population, the United States was home to about half of the world's manufacturing capacity and possessed approximately forty-two percent of the world's wealth.

The Soviet Union suffered approximately twenty-seven million deaths during World War II, but also ended the war with an army that could have marched all the way through the continent of Europe if not for the presence of American soldiers.  While possessing its own large amounts of natural resources, the Soviet Union also usurped the resources of what were nine formally independent countries in Eastern Europe and installed communist governments in each as it marched towards Germany.

The Soviet leader at the time was one of history's most evil men, Joseph Stalin, who wanted to spread the influence of the Soviet Union and its communist ideology throughout the world.  This ideology murdered over one hundred million people, enslaved hundreds of millions more, and suppressed the human potential of untold amounts of men and women in the twentieth century alone.  But for Stalin to be successful, he needed to weaken the resolve of all free people everywhere, especially in the United States.

In 1945, the United States was the world's only country to have developed an atomic bomb.  This changed in



*No Weapon Formed Shall Prosper #5*

August 1949, when the Soviet Union detonated an atomic bomb of their own. As the years went by, these weapons only grew in veracity, as both the United States and the Soviet Union developed even deadlier nuclear weapons capable of destroying all life on earth many times over.

The communist leaders of the Soviet Union were not on a suicide mission and knew a direct confrontation between two nuclear powers was not in either country's interest. So while there was confrontation between the two nations through proxy countries such as Korea and later in Vietnam, the Cold War that developed between the United States and the Soviet Union concerned which country's values would dominate the world. Stated plainly, the Cold War was about whether the world would be largely free or not free. Each country was looking to undermine the influence of the other, while not starting World War III.

So how did the Soviets go about this? They sought to weaken the United States internally by slowly turning individual Americans away from a country governed as a constitutional republic to one with a more sympathetic view of communism. That way, the Soviet Union believed they could win the Cold War without open warfare. *Deception*

It was under these circumstances that Cleon Skousen, a former FBI special agent turned author and devoted anti-communist, wrote the book *The Naked Communist* in 1958. As part of his book, Skousen wrote a list entitled, "45 Communist goals for America." This list is his own and is reprinted below without any changes. While the list is specific to communism, the reader can substitute any authoritarian (Do as we say!) or totalitarian (Do as we say and think how you're told to think!) ideology in its place. Skousen's list was important enough to be read into the Congressional Record by Congressman Albert Herlong of Florida on January 10, 1963.

After over sixty years, how has Skousen's list aged? While I provide commentary and context for many of the forty-five items, it is ultimately up to the readers to decide for themselves.

**The 45 Communist Goals for America by W. Cleon Skousen written in 1958:**

**1-U.S. acceptance of coexistence as the only alternative to atomic war.** (compromised stance) - Victoria D

**2-U.S. willingness to capitulate in preference to engaging in atomic war.**

**3-Develop the illusion that total disarmament** by the United States **would be a demonstration of moral strength.** (leave open without real protectors which means the protectors of today is of Communist Agenda(Not All but Many)-Victoria D.

**4-Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war** (lifted the boundaries of U.S. and put U.S. citizens lives in jeopardy while diminishing their resources) - Victoria D.

**5-Extension of long-term loans to Russia and Soviet Satellites.** (Allowed them to access spy tools through satellites by breaching our systems)-Victoria D

*page 5G*

*[handwritten: No Weapon formed Shall Prosper #6]*

**6-Provide American aid to all nations regardless of Communist domination.**

Money and aid given to governments with communist or totalitarian governments almost never ends up in the hands of the people who need it the most. Instead, tyrants end up enriching themselves while everyone else suffers. Fidel Castro of Cuba died in 2014 with a net worth of close to $900 million while the Cuban people were some of the poorest people on earth during his reign. Aid given to such governments is usually used to further repress the people they were meant to help. *[handwritten: Set self up to be enslaved based on lack of discernment) - Victoria]*

**7-Grant Recognition of Red China.  Admission of Red China to the U.N.**

Communist China now sits as one of the five permanent members of the U.N. Security Council along with the United States, United Kingdom, France, and Russia, giving it veto power over U.N. resolutions.  This has been the case since 1971.

**8-Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the Germany question by free elections under supervision of the U.N.**

**9-Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.** *[handwritten: lack of discernment) - Victoria]*

**10-Allow all Soviet satellites individual representation in the U.N.**

**11-Promote the U.N. as the only hope for mankind.  If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces.** (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow.  Sometimes these two centers compete with each other as they are now doing in the Congo).

Changing the U.N. from a forum to resolve conflicts between countries into one that acts as essentially a one-world government has been a goal of communists and other totalitarians ever since the U.N. was created.  Of course, this is only if they are in charge.

**12-Resist any attempt to outlaw the Communist Party.** *[handwritten: Induced fear/self inflicted War) - Victoria]*

**13-Do away with all loyalty oaths.** *[handwritten: lack of Accountability opens the door to corruption) - Victoria]*

**14-Continue giving Russia access to the U.S. Patent office.** *[handwritten: opened door to Fraud) - Victoria]*

Intellectual property is some of the most valuable to a free people.  Today, countries like Communist China do what they can to steal all the technology they can from other countries.

**15-Capture one or both of the political parties in the United States.** *[handwritten: A house divided against itself cannot stand  Mark 3:25]*

*[handwritten: page 5H]*

*No Weapon Formed Shall Prosper #7*

16-Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights. *— Systematic Perversion and Systematic Rape of the United State (Citizens) — Victoria D.*

Civil rights are only supported by communists if they further the agenda of the Communist Party. These rights are changed at the will of the Party leaders.

17-Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks. *(Get in the mind and the body will follow)(Pimp Method) — Victoria D.*

18-Gain control of all student newspapers.

19-Use student riots to foment public protests against programs or organizations which are under Communist attack. *(Lack of Protecting & Serving the Citizens) — Victoria D*

Nothing is more important than education. Indoctrinating, not educating, children has, and continues to be, a goal of communism. If America's schoolchildren are taught to hate their country, become full of anger, and do not want to defend the nation, then the United States will not survive. Nothing would please our enemies more.

20-Infiltrate the press. Get control of book-review assignments, editorial writing, and policy-making positions. *(Puppets) — Victoria D*

21-Gain control of key positions in radio, TV and motions pictures. *(Puppets) — Victoria D*

The Soviet Union published the state-run newspaper "Pravda" which translates into "Truth" in Russian. This was the official newspaper of the Communist Party, and no other newspapers were allowed. The only "truth" that was permitted in the Soviet Union was propaganda that furthered the power of the Communist Party.

Censorship is critical to controlling a society. A free exchange of ideas and access to facts is never allowed by totalitarian regimes. People can never be allowed to think for themselves or speak freely. *— Victoria D. Almost there U.S. Repent*

22-Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23-Control art critics and directions of art museums. "Our plan is to promote ugliness, repulsive meaningless art."

Why control art? Simple. In communist societies, it is dangerous to the state for any individual citizens to

*page 5I*

*[handwritten: No Weapon Formed Shall Prosper #8]*

show creativity.  The individual has one role – to comply.  No matter how mundane their assigned role is, the individual is to do their duty to further the power of the Communist Party with as little thought as possible.  Art is only used as another form of propaganda. *[handwritten: ← Beyonce]*

Also, much of the great art of world history was created to honor God.  Just one example of this is Michelangelo's painting of the Sistine Chapel in Rome that millions of people from around the world visit every year.  There can be no God in communist countries because one cannot honor both God and the Communist Party. *[handwritten: (Idolatry & Paganism) – Victoria D]*

**24-Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.** *[handwritten: (Opened up perversion) = Victoria D.]*

**25-Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio and TV.** *[handwritten: (Media & Music Industry leads in this area) – Victoria D]*

**26-Present homosexuality, degeneracy and promiscuity as "normal, natural, healthy."**

Whether under the cultural norms of 1958 or of today, this is not meant to be a commentary on any particular group or lifestyle by the author.  Rather, the point is that every society has standards of public morality that are reflected in its culture.  Here, Skousen reflects the cultural norms of 1958.

Communism has an interest in making public morality as chaotic as possible to lessen the influence of traditional American institutions such as religious faith and the family.  As faith and family wane, communists want their values to fill this void in American society. *[handwritten: (The Devil is a liar had nothing to do with Equality) – Victoria]*

**27-Infiltrate the churches and replace revealed religion with "social" religion.  Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."** *[handwritten: (This is how Beyonce was able to steal my position for a wicked agenda) – Victoria D]*

**28-Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state."**

Atheist Karl Marx famously stated, "Religion is the opioid of the masses."  Communists cannot have a competing value system to their power.  Religion is one such value system.  While the world's great religions have been around for thousands of years, communism has existed for roughly over one hundred years.  However, in that time, it is communist values that have infiltrated the long-held doctrines of religions, not the other way around.  Make no mistake, communism seeks to turn as many people as possible away from God. *[handwritten: (Beyonce helped because Paganism is falsehood which resembles Atheism) – Victoria D]*

The end of prayer in American public schools has its origin in the 1962 Supreme Court case of *Engel v. Vitale* and prayer in American public schools is virtually nonexistent today. *[handwritten: 1 year before this was put in congressional record – Victoria D]*

*[handwritten: page 5J]*

*No Weapon formed Shall Prosper #9*

29-Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a world-wide basis.

30-Discredit the American founding fathers.  Present them as selfish aristocrats who had no concern for the "common man."

31-Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of "the big picture."  Give more emphasis to Russian history since the Communists took over. *(Deception & Disgrace) - Victoria*

It has only been roughly in the last 100 years, starting with the Progressive Era, that attacks on America's founding generation have taken place.  Calls by some to replace the Constitution, to denigrate the Declaration of Independence, and to attack nearly every American institution have become more common.

Americans need to ask themselves a follow-up question:  Replace the Constitution with what?  It is a guarantee that those advocating for such a position have no desire to move the United States towards a Constitution with even more safeguards for liberty.  Rather, they seek to move the country far closer to a communist governing model.

32-Support any social movement to give centralized control over any part of the culture – education, social agencies, welfare programs, mental health clinics, etc. *Organized Crime - Victoria*

Centralized control by the very few is the core principle of communism.  Communists seek a country where every decision is made to further the Communist Party's, not the country's, interests.  The apparatus of the state is used to punish any political opposition.

33-Eliminate laws or procedures which interfere with the operation of the Communist apparatus.

34-Eliminate the House Committee on Un-American Activities.

35-Discredit and eventually dismantle the FBI.

Communist countries are all police states.  Whether it was the KGB in the Soviet Union or the Stasi in East Germany, there was always an extreme level of "state security."  These agencies were designed to instill fear in every individual to keep them in compliance with the Communist Party agenda.

It was unlikely that Skousen, a former FBI agent who believed in the righteousness of the FBI, ever contemplated a time when the FBI might not be the good guys.  However, if the FBI becomes an agency that no longer equally applies the law to all people and becomes largely influenced by political, not Constitutional, considerations in its investigations and charging decisions, then it will have stopped operating as a police agency worthy of a free people.  Such a change, if not addressed quickly by Congress, the president, or the

*Page 5k*

*Non weaponformed God proper #10*

Federal Courts, would be the end of Constitutional government in America.

*#36-39 Organized Crime in exchange for proceeds -Victoria*

**36-Infiltrate and gain control of more unions.**

**37-Infiltrate and gain control of big business.**

**38-Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand or treat.**

**39-Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.**

In the Soviet Union, if someone did not believe in the alleged merits of communism or socialism this was considered a psychiatric disorder. This individual was sent away to the Gulag (prison) system to be "re-educated" in communist doctrine. This is how a totalitarian society operates. The individual will think how they're told to think or else there will be severe consequences.

**40-Discredit the family as an institution. Encourage promiscuity and easy divorce.** *Framed families -Victoria D*

**41-Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.** *Set families up systematically -Victoria D.*

Separating children from their parents is a fundamental communist goal. Why? Because the communist state needs to raise a generation of loyal communists, and to do so they must separate children from the values of their parents. There can be no ideological competition between the communist state and its parents. Children in these societies were encouraged to turn their parents over to authorities if they believed they were not loyal to the Communist Party. *-Release our babies & Pay for your wickedness! -Victoria D*

**42-Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use "united force" to solve economic, political or social problems.**

Violence is always okay if it furthers a communist objective. Communists have a vested interest in American society being as unstable as possible.

**43-Overthrow all colonial governments before native populations are ready for self-government.**

**44-Internationalize the Panama Canal.**

Control of the Panama Canal changed from the United States to Panama on December 31, 1999.

*page 52*

*No Weapon Formed Shall Prosper IF 17*

**45-Repeal the Connally Reservation so the U.S. cannot prevent the World Court from seizing jurisdiction over domestic problems.  Give the World Court jurisdiction over nations and individuals alike.**

A one-world government with a one-world court system that eliminates most of the sovereignty of the United States is a dream scenario for a communist.



In June 1989, thousands of brave Chinese citizens stood up in protest against the Chinese Communist government in Beijing at a location called Tiananmen Square.  The communist government sent in the military, and as a result, thousands of Chinese protesters were killed and many thousands more arrested.  Communism seeks to destroy the individual, one of the reasons the above photo of a lone Chinese man standing up against communist tanks became such a powerful image.

**A Warning to America**

*China is dealing with this again how U.S need to help your people & China Citizens get rid of this Beast/Dragon*

It is important that Americans hear from some of the many voices who have lived under communism to fully appreciate its depravity.  The video below is from a former Soviet KGB agent named Yuri Bezmenov who was able to defect to Canada in 1970.  He explains how the Soviet's sought to control the United States with a long-term strategy that he describes as "a great brainwashing process." Again, I will leave it to the viewers to decide for themselves how effective this Soviet plan was:

*THE SYSTEM,
THE CHIPS,
THE PHONES,
THE INDUSTRY of Music/Media, Commerce
Technology, etc.
Deception*

*2 Chronicles 7:14 —
If my people which are called by My Name, shall humble themselves, Pray and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and Will heal their LAND!*

*Page 5M*

*No Weapon Formed Shall Prosper #12*

## Revelation 17-18    King James Version

**17** And there came one of the seven angels which had the seven vials, and talked with me, saying unto me, Come hither; I will shew unto thee the judgment of the great whore that sitteth upon many waters:

**2** With whom the kings of the earth have committed fornication, and the inhabitants of the earth have been made drunk with the wine of her fornication.

**3** So he carried me away in the spirit into the wilderness: and I saw a woman sit upon a scarlet coloured beast, full of names of blasphemy, having seven heads and ten horns.

**4** And the woman was arrayed in purple and scarlet colour, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication:

**5** And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH.

**6** And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of Jesus: and when I saw her, I wondered with great admiration.

**7** And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns.

**8** The beast that thou sawest was, and is not; and shall ascend out of the bottomless pit, and go into perdition: and they that dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is.

**9** And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth.

**10** And there are seven kings: five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space.

*page 5N*

**11** And the beast that was, and is not, even he is the eighth, and is of the seven, and goeth into perdition.

**12** And the ten horns which thou sawest are ten kings, which have received no kingdom as yet; but receive power as kings one hour with the beast.

**13** These have one mind, and shall give their power and strength unto the beast.

**14** These shall make war with the Lamb, and the Lamb shall overcome them: for he is Lord of lords, and King of kings: and they that are with him are called, and chosen, and faithful.

**15** And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues.

**16** And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire.

**17** For God hath put in their hearts to fulfil his will, and to agree, and give their kingdom unto the beast, until the words of God shall be fulfilled.

**18** And the woman which thou sawest is that great city, which reigneth over the kings of the earth.

**18** And after these things I saw another angel come down from heaven, having great power; and the earth was lightened with his glory.

**2** And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen, and is become the habitation of devils, and the hold of every foul spirit, and a cage of every unclean and hateful bird.

**3** For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies.

**4** And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive not of her plagues.

**5** For her sins have reached unto heaven, and God hath remembered her iniquities.

**6** Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double.

**7** How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a queen, and am no widow, and shall see

no sorrow.

**8** Therefore shall her plagues come in one day, death, and mourning, and famine; and she shall be utterly burned with fire: for strong is the Lord God who judgeth her.

**9** And the kings of the earth, who have committed fornication and lived deliciously with her, shall bewail her, and lament for her, when they shall see the smoke of her burning,

**10** Standing afar off for the fear of her torment, saying, Alas, alas that great city Babylon, that mighty city! for in one hour is thy judgment come.

**11** And the merchants of the earth shall weep and mourn over her; for no man buyeth their merchandise any more:

**12** The merchandise of gold, and silver, and precious stones, and of pearls, and fine linen, and purple, and silk, and scarlet, and all thyine wood, and all manner vessels of ivory, and all manner vessels of most precious wood, and of brass, and iron, and marble,

**13** And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep, and horses, and chariots, and slaves, and souls of men.

**14** And the fruits that thy soul lusted after are departed from thee, and all things which were dainty and goodly are departed from thee, and thou shalt find them no more at all.

**15** The merchants of these things, which were made rich by her, shall stand afar off for the fear of her torment, weeping and wailing,

**16** And saying, Alas, alas that great city, that was clothed in fine linen, and purple, and scarlet, and decked with gold, and precious stones, and pearls!

**17** For in one hour so great riches is come to nought. And every shipmaster, and all the company in ships, and sailors, and as many as trade by sea, stood afar off,

**18** And cried when they saw the smoke of her burning, saying, What city is like unto this great city!

**19** And they cast dust on their heads, and cried, weeping and wailing, saying, Alas, alas that great city, wherein were made rich all that had ships in the sea by reason of her costliness! for in one hour is she made desolate.

**20** Rejoice over her, thou heaven, and ye holy apostles and prophets; for God hath avenged you on her. ← Thank you JESUS for your SAVING GRACE Victoria Page 5P

Case 2:22-cv-08817-CJC-MAR    Document 1    Filed 12/05/22    Page 22 of 208    Page ID #:22

**21** And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus with violence shall that great city Babylon be thrown down, and shall be found no more at all.

**22** And the voice of harpers, and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more in thee; and the sound of a millstone shall be heard no more at all in thee;

**23** And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee: for thy merchants were the great men of the earth; for by thy sorceries were all nations deceived.

**24** And in her was found the blood of prophets, and of saints, and of all that were slain upon the earth.

〈 Revelation 16                                          Revelation 19 〉

**King James Version (KJV)**

Public Domain

Do Not Sell My Personal Information

page 5Q

No weapon Formed Shall Prosper #16

A 3-in-1 PANDEMIC

# DRAGON EGGS

VICTORIA DILLIHUNT
5/20/2020



They blocked it from being published. Can't specify who but I can say it was Apple's self publishing Platform

Page 5R

NewspaperExhibitShallRoster#1



*Dragon Eggs*

# 3-in-1
## Pandemics

1. Drugs aka
   Chasing the Dragon
2. Perverted Music aka Mind
   Control
3. Corona Virus aka Exposing The
   ENEMY and his systems



- **Pandemic Problem 1: Drugs aka Chasing the Dragon**

According to: **Revelations 4:6-** "and in front of the throne there **was something like a sea or large expanse of glass, like [the clearest] crystal... WhatGodRevealed to me:**



Perversion only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up drugs which is used to alter the mind aka get you high. But in this specific case that's where METH aka Crystal or Ice was created as a replicated way to enter the spirit realm and that's why you see so many people hallucinating or becoming paranoid. While some users are under the influence they tap into a demonic realm dealing with familiar spirits that are only sent to torment, oppress, or possess.

Developer Farmed shall prosper #18

Page 5T

NDWeaponFormedShallProsper #161

- **Pandemic 2: Perverted Music aka Mind Control**

  According to: Revelations 4:9,10,11- "Whenever the living creatures give glory and honor and thanksgiving to Him who sits on the throne, to Him who lives forever and ever, the twenty-four elders fall down before Him who sits on the throne, and they worship Him who lives forever and ever; and they throw down their crowns before the throne, saying, "Worthy are You, our Lord and God, to receive the glory and the honor and the power; for You created all things, and because of Your will they exist, and were created and brought into being."''''

Page 5U



NaWeuyanFormafShallProsper #20

## What God Revealed to me:

Perversion only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up PERVERTED MUSIC, created IDOLS (promoting idolatry of money, sex, being self made aka self worship, murder, drugs, etc) to RECRUIT the masses through mind control by playing on humans lack of identity (which can ONLY be Given by having a Relationship with YAHWEH through TRUE WORSHIP of HIS son JESUS CHRIST as instructed by YHWY), humans desire to

NoWeaponFormedShallProsper#701

reverence which is why YAHWEH created humans so that they can make fellowship with Him through Worship(song, dance, etc), prayer, and reading The Word of God; yet Satans main agenda is to put himself in the place of The Father of all Creation while raising up a demonic army of followers who are either 1)deceived to following the ways of Satan through the Worlds Systems including Religion while rebelling against the Word of God due to systematic manipulation that religion has caused or 2) willing to serve darkness in exchange for whatever desires they have placed as a bargain of their souls salvation.

No Weapon Formed Shall Prosper #22

- **Pandemic #3: Corona Virus aka Exposing Agent**

According to: Revelations 12(paraphrasing): it talks about a woman, a male child, the dragon, then all of her seed. Well according to experts the woman is Mary the virgin, the male child is Jesus Christ the son of God, the dragon is Satan, and her all her seed is everybody else who is born. In this chapter you see Satan gets cast out of heaven which he takes a third of the angels with him. Then, he DECEIVES the earth so (fasting forward) God sends his son JESUS CHRIST to be born in the womb of Mary. When Mary gives birth Satan the DRAGON (who is chasing

No Weapon Formed Shall Prosper #23

Mary) is operating in the form of PHARAOH who slays all the first born in order to try and kill Jesus before He can grow up to walk in His GOD GIVEN IDENTITY which was SAVIOR OF THE WORLD and GOD's SON born in the flesh. JESUS WHOLE MISSION is TO SEEK AND SAVE THOSE THAT ARE LOST (Luke 19:10) from the tricks and traps of the enemy.

## What God Revealed to me:

Perversion only stands for a twisted truth. So, here we find that

Page 54

No Weapon Formed Shall Prosper #34

Satan has taken his knowledge of God's agenda and conjured up a Modern Day Propaganda which is controlled governmental politics, government controlled religion, controlled lifestyle through mainstream and media brainwashing which all goes back to 1 John 2:16-16 For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world.

Noweapon Formed Shall Prosper #26

## *LET'S DECODE*
## *THE SYSTEM:*

- 

### According to Above Scriptures

1. Dragon + Drugs = CHASING the DRAGON
2. Dragon + Music = INFLUENCE
3. Woman + Seed = CHILDREN

**+**

### According to Government

1. DRAGON + DRAGON WORSHIP = origin in CHINA
2. DRAGON + DRUGS = origin in CHINA
3. DRAGON + US GOODS/ SERVICES = origin in CHINA
4. DRAGON + Corona Virus = origin in CHINA

**=**

### Main Corrupted Systems



Non Dragon Formed Small Respect #216

7. United States government foundation 12/4/2022
(added component)

1. IDOLATRY of DRAGON
2. PHARMACEUTICAL COMPANIES and STREET DRUGS
3. MUSIC AND MEDIA INDUSTRY
4. DCFS and FAMILY REUNIFICATION
5. TRADE
6. Politics (added component) 12/4/22



The Dragon, Image, And Demon Or, The Three Religions Of China, Confucianism, Buddhism, And Taoism Giving An Account Of The Mythology, Idolatry, And Demonolatry Of The Chinese

Hampden C. DuBose

AND THE DRAGON WAS WRATH WITH THE WOMAN, AND WENT TO MAKE WAR WITH THE REMNANT OF HER SEED, WHICH KEEP THE COMMANDMENTS OF GOD, AND HAVE THE TESTIMONY OF JESUS CHRIST.
REVELATION 12:17

SOLUTION:

Divine upon Formation vall Prosper #7

2 Chronicles 7:14 (paraphrased)- HUMBLE YOURSELF enough to Pray, meditate, read the word(aloud), take God at His Word for yourself to see Him manifest Himself to you personally, praise and worship, THEN, REPENT by turning away from wickedness....

Next, learn how to overcome the weaknesses of your flesh as you learn to Walk with GOD in fallen world with so many diverse temptations. Also, you're not always going to get it right and that is why God has given us grace and mercy as He perfect our lives in His timing not in mans timing. He's more concerned about the motives of your heart and inward man than the perfection of the outward

page 5cc

NonleaponFanneDillliProsper#38

appearance that He will line up once your inner man is cleaned up.

To be continued as God reveals...

"But God hath revealed them unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God."

1 Corinthians 2:10 KJV

Written by: VICTORIA DILLIHUNT

5/20/2020



MAKE AMERICA GREAT AGAIN

1 PUT THE BIBLE AND PRAYER BACK IN OUR SCHOOLS.
2 PUT THE 10 COMMANDMENTS BACK IN OUR COURTS.
3 ILLEGALIZE THE MURDER OF UNBORN CHILDREN.
4 STOP OFFICIATING SODOMITE MARRIAGES
5 STOP TEACHING EVOLUTION IN OUR SCHOOLS
6 DECLARE A DAY OF FASTING FOR OUR SINS
7 MAKE AMERICA RIGHTEOUS AGAIN.

II CHRONICLES 7:14

2 Chronicles 7:14  If my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and will heal their land.   By The Blood



Page 5dd



FLEE FROM IDOLATRY

1 Corinthians 10:14

Knowing-Jesus.com

No weapon Formed Shall Prosper #21

Hear the Prophetic Cry that was deposited in my spirit late November 2019 yet recorded December 9th 2019 before the Covid-19 was exposed

Victoria Dillhunt · Dec 30, 2019

he is a gangsta · Private

Victoria Dillhunt · Dec 30, 2019

God show us your hand · Private

Victoria Dillhunt · Dec 09, 2019

Ima Gangsta

victorius1

BandLab

9 . based upon the fact that she is a married woman who doesn't
*Insert ¶ #*
have a problem getting on stage dressed seductive and shaking
her tail for the whole world to see. A moral woman understands
that her body is only for her husbands eyes and not to displayed
as a lead lady who is a role model to the upcoming little girls
in our nation that has to go outside every day without body-
guards. Beyonce has the image of a Harlot who married her
pimp. Truth be told Los Angeles County is an open territory

10 . When it comes to pimping and prostitution which makes
*Insert ¶ #*
Beyonce dangerous when it comes to a national influence
because the image she reflects puts our daughters in danger of
perversion, human trafficking, kidnapping, crimes for loitering,
crimes of prostitution, sexually transmitted diseases, babies
out of wedlock, hospitalizations, and death. Her image dis-
torts the confidence of young ladies and even adults.
But worst off her image does not help heal any of the

11 . women who have been sexually abused, kidnapped,
*Insert ¶ #*
forced to prostitute, etc. Instead Beyonce's image is driving
the young ladies and women to do whatever it takes to look
like Beyonce especially when it comes to them wanting to
get a man or to keep their man attracted. Those factors
display lust and not the true essence of love which can
only be truly demonstrated through a person who has a
relationship with Jesus Christ. Proverbs 1:7 - The fear of the Lord
is the beginning of knowledge: but fools despise wisdom and instruction.

Civil Rights Complaint Pursuant to U.S.C. § 1983

12. Here are the proper ways a wife shall carry herself especially
*Insert ¶ #*
being a leader to the nations. Titus 2:3-5 ③ The aged woman
likewise, that they be in behavior as becometh holiness, not as false
accusers, not given to much wine, teachers of good things, ④ That
they may teach the young women to be sober, to love their
husbands, to love their children, ⑤ To be discreet, chaste,
keepers at home, good, obedient to their own husbands,
that the word of God be not blasphemed.

13. Hebrews 13:4- "Let marriage be held in honor among
*Insert ¶ #*
all, and let the marriage bed be undefiled, for God will judge
the sexually immoral and adulterous. Mark 10:9- Therefore,
what God has joined together, let no one separate.
Ephesians 5:25- For husbands, this means love your wives,
just as Christ loved the church. He gave up his life for her.
1 John 4:18- There is no fear in love, perfect love casts
out fear. 1 Corinthians 13:4-5 ④ "Love is patient, love

14. is kind. It does not envy, it does not boast, it is not
*Insert ¶ #*
proud. ⑤ It does not dishonor others, it is not self-seeking,
it is not easily angered, it keeps no records of wrongs.
1 Peter 4:8 Above all, love each other deeply, because
love covers a multitude of sins.
The reason I gave the Bible is because its wisdom is
beyond human perception in todays age. Beyonce being
a lead influencer should be teaching the young ladies
moral behaviors to heal a broken people. but instead she's

Civil Rights Complaint Pursuant to U.S.C. § 1983

15 . only teaching immorality which is furthering their pain,
*Insert ¶ #*
trauma, identity crises, and brokenness. This behavior
all constitutes Point 25 of the Communist agenda to
destroy America. To move forward here's Point 26 of the
Communist Agenda that reflects Beyonces work and
her motives: Point 26 says "Present homosexuality, degeneracy,
and promiscuity as "normal, natural, and healthy." Beyonce
performed "America the Beautiful" at President Barack Obama's

16 . 2009 presidential inauguration, as well as "At last" during
*Insert ¶ #*
the first inaugural dance at the Neighborhood Ball two days later.
Both song choices came from a perverted perception of Communist
Agenda taking over and Beyonce being the head witch or high priestess
in charge of deception. In 2012 Jay-Z and Beyonce held a fundraiser
for President Obama at Jay-Z's 40/40 Club in Manhattan which
raised $4 million dollars. She also voted for Obama in the 2012
presidential election. In January 2013, she performed The Star-

17 . Spangled Banner, which was perfect because Barack Obama
*Insert ¶ #*
was a communist. In fact, if you go deeper to define Blessed
in Hebrew, it means "Bârâk → man (as a benefit); also (by
euphemism) to curse (God or the king; as treason) blaspheme.
No wonder it was the perfect deception especially to the
minority who was looking to be delivered from their oppressors,
only to be being betrayed due to their lack of discernment
and knowledge. To further how all this ties into Point 26
of the Communist agenda; easily because Barack Obama

Civil Rights Complaint Pursuant to U.S.C. § 1983

18. Legalized same sex marriage in 2015 however Beyonce

*Insert ¶ #*

endorsed same-sex marriage on March 26, 2013. According

to Communism American Hit list; http://1776history.com/

2022/05/31/communisms-american-hit-list/ it explains

point 26 by saying "Communism has an interest in making

public morality chaotic as possible to lessen the influence

of traditional American institutions such as religious

faith and the family. As faith and family wane, communists

19. Want their values to fill this void in American Society.

*Insert ¶ #*

So the legalizing of homosexuality wasn't because they

cared about equality for all but rather for the sole purpose

of destroying America. They know homosexuality is an

abomination in Gods eyes. Leviticus 18:22 "You shall not lie

with a male as with a woman; it is an abomination. Leviticus

20:10-16 talks about different types of perversion as an abomin-

ation. Leviticus 20:13 - If a man lies with a male as with

20. a woman, both of them have committed an abomination; they

*Insert ¶ #*

shall surely be put to death; their blood is upon them. Moving

on to Point 27 of Communist Agenda it says " infiltrate

the churches and replace revealed religion with social religion.

Discredit the Bible and emphasize the need for intellectual

maturity which doesn't need a religious crutch. That was done

with a few worshippers of Beyonce and Beyonce herself

In 2013 a self proclaimed minister diva named Pauline

John Andrews located in Atlanta Georgia created a church

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

21 . named National Church of Bey. Ironically, this comes

*Insert ¶ #*

into play a few months after Beyonce endorsed same-sex marriage in March 2013. According to Minister Dive Andrews there are atleast 58 million worshippers of Bayism, but 99% of them simply don't realize it". Deception and witchcraft in it's greatest form. Then, that means the whole nation is under a spell without being aware. Fasting forward, Beyonce released a song called Church Girl which she uses

Exhibit N ↓

22 . promiscuity to define a church girl shaking her tail like

*Insert ¶ #*

a harlot. She blantantly disregards the God of Christianity while luring young girls into immorality. Beyonce is the modern day Jezebel who led the people into worshipping idols, raising up false prophets, exercising control, and utilizing witchcraft. Jezebel also sent out commands to kill the Prophets of Yahweh so they couldn't intervene in her wickedness  to lead the people astray from Yahweh.

23. All this still sums up the communist agenda, destroys the

*Insert ¶ #*

United States of America, promotes lawlessness, etc. Beyonce misled our Nation, our men with seduction (through visual), our women (through idolatry and imagery), and our youth (by opening the gates of perversion). Beyonce put a hit out on my life, my families life with me, my music company that's christian based, used witchcraft, etc. All so I couldn't stop the communist agenda by Jesus leading me because I am Prophetess Victoria Dillihunt

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

24 . Proverbs 2:10-19 ⑩ When wisdom entereth into thine heart, and knowledge is pleasant unto thy soul, ⑪ Discretion shall preserve thee, understanding shall keep thee: ⑫ To deliver thee from the way of the evil man, from the man that speaketh froward things; ⑬ Who leave the paths of uprightness, to walk in the ways of darkness; ⑭ Who rejoice to do evil, and delight in the frowardness of the wicked; ⑯ Whose ways are crooked, and they froward in their paths:

25 ⑯ To deliver thee from the strange woman, even from the stranger which flattereth with her words; ⑰ Which forsaketh the guide of her youth, and forgetteth the covenant of her God. ⑱ For her house inclineth unto death, and her paths unto the dead. ⑲ None that go unto her return again, neither take they hold of the paths of life. Hebrew Definitions: Ⓐ Speaketh → H1696 → dâbar → to arrange, appoint, promise, pronounce, rehearse, be spokesman, talk, teach, tell, think,

26 . use (entreaties). Ⓑ Frowardness → H8419 → tahpukâh → a perversity or fraud, perverse thing. Ⓒ Crooked → H6141 → iqqêsh → distorted; hence false; crooked, froward, perverse. Ⓓ Strange → H2114 → zûwr → to turn aside, hence to be a foreigner, profane, to commit adultery. Ⓔ Flattereth → H2505 → châlaq → to be smooth, to apportion or separate; deal, distribute, divide. Ⓕ House → H1004 → bayith → family, court, dungeon, prison, temple, web. Ⓖ Inclineth → H7743 → to sink, bow down, humble. Ⓗ Death → H4194 → mâveth → the dead, their place or state (hades) pestilence, ruin.

11

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

27. Jezebel was a Phoenician princess who married King Ahab of Israel and enticed him to sin (1 Kings 16:31, 21:25). She was a tyrant who corrupted her husband, as well as the nation, with pagan idolatry. A worshipper of the Phoenician god Baal and a zealous missionary, she supported some 850 prophets of Baal and Asherah and sought to suppress the worship of the Lord (1 Kings 18:4, 13). Ahab was king of Israel, his queen and wife was Jezebel.

28. Jezebel influenced Ahab to give Baal equal place with God; he even built a temple to Baal with a "wooden image" of the Canaanite goddess Asherah (1 Kings 16:33). Jezebel finally urged Ahab to oppose the worship of the Lord, destroy His altars, and kill His prophets. Baal is portrayed as a man with the head and horns of a bull. His right hand (sometimes both hands) is raised, and he holds a lightning bolt, signifying both

29. destruction and fertility. Asherah was honored as the fertility goddess. She is portrayed as a nude female, sometime pregnant. Baal's followers sacrificed their children, apparently the firstborn of the community, to gain personal prosperity. The Bible called this practice "detestable" Deuteronomy 12:31 Thou shalt not do so unto the Lord thy God: for every abomination to the Lord, which he hateth, have they done unto their gods; for even their sons and their daughters they have burnt in the fire to their gods. Asherah was worshipped in various ways, including through ritual sex.

12

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

30 . Pagans practiced "sympathetic magic", that is, they believed
Insert ¶ #
they could influence the gods actions by performing the behavior
they wished the gods to demonstrate. Believing the sexual union
of Baal and Asherah produced fertility, their worshippers
engaged in immoral sex to cause the gods to join together, en-
suring good harvests. This practice became the basis for
religious prostitution. I Kings 14:23-24 says [23] For they also
built them high places, and images, and groves, on every high

31 . hill, and under every green tree. [24] And there were also
Insert ¶ #
sodomites in the land: and they did according to all the
abominations of the nations which the Lord cast out before
the children of Israel. The priest or male member of the
community represented Baal. The priestess or female members
of the community represented Asherah. In this way, Gods
incredible gift of sexuality was perverted to the most
obscene public prostitution. (Information collected from (https://www. that the

32 . worldmayknow. com/fertility-cults-of-canaan). Jezebel (False Prophetes)
Insert ¶ #
The historic Queen Jezebel had been dead for nearly a thousand years, but a
false prophetess with the same spirit had appeared in the first-century
church. Like the first Jezebel, she was fiercely independent and unsubmissive
in character. Also like Queen Jezebel, she led the people of God into idola-
try and immorality under the guise of religion. Even though the majority
of the church in Thyatira was increasing in love and faith, they were
tolerant of this woman and her evil teachings. Christ was not so
tolerant. Jezebel typifies a spirit of independence and rebellion against God.
(Revelation 2: 19-23)

13
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

33 ① I Kings 16:31 - And it came to pass, as if it had been a
*Insert ¶ #*
light thing for him to walk in the sins of Jeroboam the
son of Nebat; that he took to wife Jezebel the daughter
of Ethbaal king of the Zidonians, and went and served
Baal, and worshiped him. ② I Kings 21:25 - But there was
none like unto Ahab, which did sell himself to work
wickedness in the sight of the Lord, whom Jezebel
his wife stirred up. ③ I Kings 21:26 - And he did very

34. abominably in following idols, according to
*Insert ¶ #*
all things as did the Amorites, whom the Lord
cast out before the children of Israel. ④ I Kings 18:4 -
For it was so, when Jezebel cut off the prophets of the
Lord, that Obadiah took a hundred prophets, and hid them
by fifty in a cave, and fed them with bread and water.
⑤ I Kings 18:13 - Was it not told my lord what I did when
Jezebel slew the prophets of the Lord, how I hid a hundred

35. men of the Lord's prophets by fifty in a cave, and fed
*Insert ¶ #*
them with bread and water? ⑥ I Kings 19:1-2 says ⑦ And Ahab
told Jezebel all that (prophet) Elijah had done, and withal how
he had slain all the (false) prophets with the sword. ⑧ Then, Jezebel
sent a messenger unto Elijah, saying, So let the gods do
to me, and more also, if I make not thy life as the life
of one of them by tomorrow about this time. (Jezebel sent
the Prophet of God a death-threat; to put fear into him so he couldn't
finish His God given assignment to overthrow her pagan worship).

14
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

36 ⑦ 1 Kings 21:1-16 ① And it came to pass after these things, that Naboth
*Insert ¶ #*
the Jezreelite had a vineyard, which was in Jezreel, hard by the palace of Ahab
King of Samaria ② And Ahab spake unto Naboth, saying, Give me thy vine-
yard, that I may have it for a garden of herbs, because it is near unto
my house: and I will give thee for it a better vineyard than it; or, if it
seem good to thee, I will give thee the worth of it in money ③ And Naboth
said to Ahab, The Lord forbid it me, that I should give the inheritance of my
fathers unto thee ④ And Ahab came into his house heavy and displeased be-

37 . cause of the word which Naboth the Jezreelite had spoken to him: for
*Insert ¶ #*
he had said, I will not give thee the inheritance of my fathers. And he laid
him down upon his bed, and turned away his face, and would eat no bread.
⑤ But Jezebel his wife came to him, and said unto him, Why is thy spirit so sad, that
thou eatest no bread? ⑥ And he said unto her, Because I spake unto Naboth the
Jezreelite, and said unto him, Give me thy vineyard for money; or else, if it please
thee, I will give thee another vineyard for it: and he answered, I will not give
thee my vineyard ⑦ And Jezebel his wife said unto him, Dost thou now govern the

38 . Kingdom of Israel? arise, and eat bread, and let thine heart be merry: I
*Insert ¶ #*
will give thee the vineyard of Naboth the Jezreelite ⑧ So she wrote letters in Ahab's
name, and sealed them with his seal, and sent the letters unto the elders and to
the nobles that were in his city, dwelling with Naboth ⑨ And she wrote in the letters,
saying, Proclaim a fast, and set Naboth on high among the people ⑩ And set two
men, sons of Belial, before him, to bear witness against him, saying, Thou didst
blaspheme God and the king. And then carry him out, and stone him, that he
may die ⑪ And the men of his city, even the elders and the nobles who were
the inhabitants in his city, did as Jezebel had sent unto them, and as it was

15
*Page Number*

1  **39** . written in the letters which she had sent unto them. They proclaimed

2  *Insert ¶ #*  a fast, and set Naboth on high among the people. And there came in two

3  men, children of Belial, and sat before him: and the men of Belial witnessed

4  against him, even against Naboth, in the presence of the people, saying, Naboth

5  did blaspheme God and the king. Then they carried him forth out of the city, and

6  stoned him with stones, that he died: Then they sent to Jezebel, saying, Naboth is

7  stoned, and is dead. And it came to pass, when Jezebel heard that Naboth was

8  stoned, and was dead, that Jezebel said to Ahab, Arise, take possession of the

9

10  **40** . vineyard of Naboth the Jezreelite, which he refused to give thee for money:

11  *Insert ¶ #*  for Naboth is not alive, but dead. And it came to pass, when Ahab heard that

12  Naboth was dead, that Ahab rose up to go down to the vineyard of Naboth

13  the Jezreelite, to take possession of it.

14  **＊** Jezebel used influential peddling to organize the crime of

15  killing Naboth the Jezreelite so that Ahab could take Naboth's

16  inheritance or promise. Jezebel used the elders and nobles that dwelled

17  in the same city of Naboth to carry out her murderous plot by framing

18

19  **41** . Naboth and falsely accusing him of blaspheming God, when in

20  *Insert ¶ #*  all actuality Jezebel didn't respect the laws, prophets, or people of

21  God that's why she led the people into Baal worship. In fact, she used

22  the same type of influential peddling of the system to murder the prophets

23  of God, blaspheme God, and to try to overthrow the kingdom of God. Jezebel

24  projected her image and likeness in her heart towards God unto Naboth

25  as she premeditated, organized, and sent out the decree, using her husbands

26  name and seal to have Naboth murdered without cause; other than coveting

27  what was rightfully Naboth's. Jezebel did all this while hiding behind the God

Civil Rights Complaint Pursuant to U.S.C. § 1983

42. of Israel in whom she hated. Then, after using the elders and
*Insert ¶ #*
the nobles in the form of R.I.C.O. (Racketeering Influential Corrupt Organization);
she used two men, sons of Belial, to bear witness against Naboth.
* The term son of Belial is used in the Old Testament of scoundrels
(1 Kings 21:10) who commit various acts of wickedness such as:
drunkenness (1 Samuel 1:16), hostility (1 Samuel 25:25), abuse of power
(1 Samuel 2:12), idolatry (Deuteronomy 13:13), rebelliousness (1 Samuel
10:27; 2 Samuel 16:7), lying and perverse speech (Proverbs 6:12; 19:28),

43. and sexual perversion. Such people were utter reprobates. Scriptures
*Insert ¶ #*
for understanding the Power of the Gospel (Romans 1:16) and the guilt of
of mankind (Romans 1:17-32) (16) For I am not ashamed of the
gospel of Christ: for it is the power of God unto salvation to
every one that believeth; to the Jew first, and also to the Greek.
(17) For therein is the righteousness of God revealed from faith
to faith: as it is written, The JUST SHALL LIVE BY FAITH. (18) For the
wrath of God is revealed from heaven against all ungodliness

44. and unrighteousness of men, who hold the truth in unrighteousness;
*Insert ¶ #*
(19) Because that which may be known of God is manifest in them;
for God hath shewed it unto them. (20) For the invisible things
of him from the creation of the world are clearly seen, being
understood by the things that are made, even his eternal power
and Godhead; so that they are without excuse. (21) Because that,
when they knew God, they glorified him not as God, neither
were thankful; but became vain in their imaginations, and their
foolish heart was darkened. (22) Professing themselves to be wise,

17
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

45. they became fools, [23] And changed the glory of the uncorruptible God into an image made like to corruptible man, and to birds, and four-footed beast, and creeping things. [24] Wherefore God also gave them up to uncleanness through the lusts of their own harts, to dishonor their own bodies between themselves. [25] Who changed the truth of God into a lie, and worshiped and served the creature more than the Creator, who is blessed for ever. Amen. [26] For this cause God gave them up unto vile affections: for

46. even their women did change the natural use into that which is against nature: [27] And likewise also the men, leaving the natural use of the woman, burned in their lust one toward another, men with men working that which is unseemly, and receiving in themselves that recompense of their error which was meet. [28] And even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient; [29] Being

47. filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity, whisperers, [30] Backbiters, haters of God, despiteful, proud, boasters, inventors of evil things, disobedient to parents, [31] Without understanding, covenantbreakers, without natural affection, implacable, unmerciful: [32] Who knowing the judgement of God, that they which commit such things are worthy of death, not only do the same, but have pleasure in them that do them. This is how they set up America by violating the laws of Jehovah, Jesus, and the Holy Spirit.

18
Page Number

48. Nahum 3:1-5 says ① Woe to the bloody city! it is all
*Insert ¶ #*
full of lies and robbery; the prey departeth not;
② The noise of a whip, and the noise of the
rattling of the wheels, and of the pransing
horses, and of the jumping chariots. ③ The
horseman lifteth up both the bright sword and
the glittering spear: and there is a multitude of
slain, and a great number of carcases; and there

49. is none end of their corpses; they stumble upon
*Insert ¶ #*
their corpses. ④ Because of the multitude of the
whoredoms of the wellfavoured harlot, the
mistress of witchcrafts, that selleth nations
through her witchcrafts. ⑤ Behold, I am against
thee, saith the Lord of hosts; and I will dis-
cover thy skirts upon thy face, and I will
shew the nations thy nakedness, and the.

50. kingdoms thy shame. **✳✳** Now here's a list
*Insert ¶ #*
of Exhibits concerning Beyonce Knowles which
**ARE**
✳ self explanatory and gives each veil of her
likeness verses her image. The true exposure of
what is also causing the downfall of this nation.
The exhibits that you will see will be: Exhibit B,
Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G,
Exhibit H, Exhibit I, Exhibit J, Exhibit K, Exhibit L,
Exhibit M, Exhibit N, Exhibit O, Exhibit P, Exhibit Q and Exhibit R.

Civil Rights Complaint Pursuant to U.S.C. § 1983



Beyonce... er, Sasha Fierce throwing the
devil's horn hand sign

Exhibit B

page 20

 Follow   • • •



Social Media

#KingBey #Beysus #Beyhive #Surfbort

Exhibit C

Here you have Beyonce's face on the image of Jesus's Body (Mockery against MY Religion/Relationship with Christ and my Beliefs)

Hypocrisy because she was raised in the Faith as a child growing up.





Beyonce BowDown Lyrics are Arrogant example: I'm coming down dripping candy on the ground (cocaine represents nose candy)

coming down symbolizes sobering up (Battled w/drugs so I know) Her lyrics symbolize organized crime example: I heard you boo

was talking lip: I told my crew, to smack that trick; guess what they did, smack that trick- Beyonce lyrics are boastful for

example: you can see me stunt when you turn on ya screen, I'm bigger than Life, my name in the lights, I'm the number

he thick, aint no hype, The Capital B means I'm bout that life...

☐ check out page 50 five O not page fifty)

verse I confirms statement 
(50 is after 5M before 5P)

## Music

Beyonce says "The reason I put out Bow Down is because I woke up I

went into the studio, I had a chant in my head, it was aggressive, it was angry.

It was the Beyonce that felt the need to defend herself. People like it? Great, they don't? they don't. it

But I feel strong, and anyone who says it's disrespectful—just imagine the person that doesn't

I guarantee you'll feel gangsta."

Exhibit D

Beyonce says "The reason I put out Bow Down is because I woke up I
went into the studio, I had a chant in my head, it
was the Beyonce that felt the need to defend herself.
But I feel strong, and anyone who says it's disrespectful—just imagine
I guarantee you'll feel gangsta."

The reason I put out Bow Down is because I woke
up. I went into the studio. I had a chant in my head.
It was aggressive. It was angry. It wasn't the
Beyonce that wakes up every morning. It was the
Beyonce that was angry. It was the Beyonce that
felt the need to defend herself. ... People like it?
Great, they don't? they don't. ... But I feel strong,
and anyone who says it's disrespectful — just
imagine the person that hates you, just imagine the
person that doesn't believe in you, and look in the
mirror and say, "Bow down, bitch." And I guarantee
you'll feel gangsta."

Page 22

1) A chant = ①words repeated in rhythm ② to speak in a singing way (Dictionary). The Oxford Dictionary meaning under

Incantation says: the chanting or reciting of any form of words deemed to have magical power, usually in a brief rhyming spell with

an insistent rhythm and other devices of repetition; or the form of words thus recited. Incantations are characterized of magical

charms, curses, prophecies, and the conjuring of spirits. Beyonce said, I woke up. I went into the studio, I had a chant in my head,

it wasn't the Beyonce that wakes up every morning (conjuring of spirits)... Beyonce also said Bow Down Bitch (curse word) after looking

in the mirror. Witness that prophecies, mirror, mirror, on the wall, (Snow Emerson's) worded differently

stage or TV I'm like, 'Who is that girl?'. That's not me, I wouldn't dare do that" (Beyonce, September 2003).

Beyonce gives demons access to her soul and she releases the the airways which causes transference of spirits because when people hear her voice there's really a demon speaking thru her and entering the listeners spirit. That started with the serpent and eve in the garden of Eden. Eve was deceived by the serpents voice and words

"I have someone else that takes which led to her dis-obedience.

over when it's time for me to How was that possible? Easy because it was Adam that heard Gods

work and when I'm on stage..." voice; eve knew because she came from Adam but not because she heard God. The

(Beyonce Press Statement, serpent was the first voice eve heard.

October 2008).

✳ Conjuring of spirits and releasing them through sound and movement ✳ Victoria

"I wouldn't like Sasha if I met her offstage" (Beyonce, Parade ✳ Beyonce admits her allegiance to the serpent but people took it lightly not knowing that meant their Magazine, December 2006). demise ...

Page 23

*Copyright Annotation Studies*

*Exhibit+*

*The Dragon, the image, and the Demons*

"Sasha Fierce usually appears right before Beyoncé is about to take the stage. "Usually when I

*(Sound)*

hear the chords, when I

*(Movement)*

put on my stilettos. Like the moment right before when you're nervous," she says. "Then Sasha Fierce appears, and my posture and the way I speak and everything is different." "Right before I performed for the BET awards, I raised my hands up and it was the first time I felt something else

come into me"

come into me"

*Page 24*



See page 12 Section 28

*Baal Worship*

**Exhibit G**

Framing Me with Water when its Her

Baal is portrayed as a man with the head and horns of a bull. Another name is Baphomet and other names like (Goat). Goat is a small horned ruminant animal

Idolatry at the Grammys where Beyonce is worshipped as she channels the demon Yoruba water goddess Oshun. It's associated with female sensuality, love & fertility, fresh water, rivers, & waterfalls, & known to display human attributes such as vanity & jealousy. Oshun is one of more than 400 orisha, 'gods' of the Yoruba pantheon. She also pays homage to false deities Mami Wata, Kali or Durga, Venus, and the Virgin Mary

Ritualism ON National TV!

Repent

"Thou shalt have no other gods before me. Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth. Thou shalt not bow down thyself to them, nor serve them: for I the Lord thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me;" – Ex. 20:3-5

# Church of Satan has used

Exhibit H — Baal Worship & she led this Nation into it as well.



page 26

Case 2:22-cv-08817-CJC-MAR    Document 1    Filed 12/05/22    Page 58 of 208    Page ID #:58

WIKIPEDIA

*Exhibit I*

# Parkwood Entertainment

**Parkwood Entertainment, LLC** is an American management, production, entertainment company and record label founded by Beyoncé Knowles-Carter in 2010. The company began as a production unit for films and videos in 2008. It has offices located in New York City and Los Angeles.[1] Its involvements include products for music production, motion pictures and television specials related to Beyoncé. The company's first release was the film *Cadillac Records* (2008).

## Contents

**History**
**Artists**
**Discography**
**Filmography**
 Motion pictures
 Television specials
**References**

## History

Parkwood Entertainment was founded in 2010 as a production unit for videos and films by American singer, actress, producer, and director Beyoncé. Parkwood is named after a street in Houston, Texas where Beyoncé once lived.[2] Parkwood Entertainment's first production was the musical biopic *Cadillac Records* (2008), in which Beyoncé starred and co-produced.[3] In 2009, she starred in and executive produced the thriller *Obsessed*. During a private screening held at New York's School of Visual Arts Theatre following the release of her fifth self-titled studio album, Beyoncé briefly discussed her decision to found Parkwood Entertainment in front of her fans and the press, saying:

> "I started my own company when I decided to manage myself. It was important that I didn't go to some big management company, I felt like I wanted to follow the footsteps of Madonna and be a powerhouse and have my own empire, and show other women when you get to this point in your career you don't have to go sign with someone else and share your money and your success—you do it yourself."[4]

| Parkwood Entertainment, LLC | |
|---|---|
|  | |
| Type | Private |
| Industry | Music, Film, Entertainment |
| Founded | 2010 |
| Founder | Beyoncé Knowles-Carter |
| Headquarters | Los Angeles, California |
| Key people | Beyoncé Knowles-Carter (Founder, Chairwoman, & CEO) |
| Products | Visual albums, films, television specials |
| Services | Management, video production |
| Subsidiaries | Parkwood Entertainment Parkwood Topshop Athletic Ltd Parkwood Pictures Parkwood Management Parkwood Ventures, Inc. Parkwood Touring, Inc. |
| Website | beyonce.com (http://beyonce.com) |

In December 2013, Parkwood Entertainment released Beyoncé's fifth self-titled visual album. The surprising release caused "hilarious, honest and hysterical" reaction among Beyoncé's fans,[5] and "shock" among other musicians.[6] According to data provided by Twitter, the release generated over 1.2 million tweets in 12 hours.[6] Peter Robinson of *The Guardian* hailed the shock release as "Beyoncégeddon", describing it as a "major triumph ... a masterclass in both exerting and relinquishing control."[7] *Beyoncé* was released digitally to the iTunes Store without prior announcement or promotion. It debuted at number one on the US *Billboard* 200, earning Beyoncé her fifth consecutive number-one album in the country. The record sold 617,000 copies in the US, and 828,773 copies worldwide in its first three days of availability, becoming the fastest-selling album in the history of the iTunes Store at the time.[8] It was reissued in November 2014 as part of a platinum edition, along with an extended play of new songs. It received acclaim from critics, who praised its production, exploration of sexuality, and Beyoncé's vocals. As of November 2016, Beyoncé has sold 8 million copies worldwide and has spawned the singles "XO", "Drunk in Love", "Partition" and "Pretty Hurts."[9]

In October 2014, Beyoncé with Parkwood Entertainment formed a large collaboration with Topshop, creating the subsidiary Parkwood Topshop Athletic Ltd, to produce an athletic, streetwear brand. The company and collaboration is a 50/50 split, with both parent companies owning half of this new division. Beyoncé commented on the collaboration stating "I could not think of a better partner as I continue to grow the Parkwood business".[10] In November 2018, Parkwood Entertainment confirmed that the company had acquired total ownership of the Ivy Park brand from co-founder Sir Philip Green following allegations of sexual harassment and racial abuse.[11]

In 2015, Parkwood expanded into managing the careers of upcoming artists and signed Chloe x Halle, Sophie Beem and Ingrid.[12][13][14]

In 2016, Steve Pamon, from JP Morgan Chase took office as the COO and President of the company.[15] Within that same year, Parkwood entertainment released Beyoncé's critically acclaimed sixth studio album *Lemonade*. The album was accompanied by the release of a 60-minute film of the same name, which premiered on HBO on April 23, 2016.[16]

Parkwood Entertainment has been listed twice by Fast Company as one of the Top 10 Most Innovative Companies in Music (2015 and 2017).[17]

## Artists

- Beyoncé
- Chloe x Halle
- Chlöe
- Halle
- CHARLESTVN

*[handwritten: Check artist work]*

## Discography

- Beyoncé – *4* (2011)
- Beyoncé – *Beyoncé* (2013)
- Beyoncé – *Beyoncé: Platinum Edition* (2014)
- Beyoncé – *Lemonade* (2016)

*[handwritten: Beyonce knows how to hide her wickedness in plain sight]*

*[handwritten: Page 28]*

- Chloe x Halle – *Sugar Symphony* (2016)[18]
- Sophie Beem – *Sophie Beem* (2016)[19]
- Ingrid Burley – *Trill Feels* (2016)
- Chloe x Halle - *The Two of Us* (2017)
- "Mi Gente Remix" (2017)
- Chloe x Halle - *The Kids Are Alright* (2018)[20]
- The Carters – *Everything Is Love* (2018)
- Beyoncé – *Homecoming: The Live Album* (2019)
- Beyoncé – *The Lion King: The Gift* (2019)
- Chloe x Halle - *Ungodly Hour* (2020)
- Beyoncé - *The Lion King: The Gift* (Deluxe) (2020)
- Chloe x Halle - *Ungodly Hour* (Chrome Edition) (2021) ← *Not a good role model*
- Chlöe - "Have Mercy" (2021)
- Beyoncé - "Be Alive" (2021)
- Chlöe - "Treat Me" (2022)
- Chlöe - "Surprise" (2022)
- Beyoncé – *Renaissance* (2022)

# Filmography

## Motion pictures

- *Cadillac Records* (2008), with Sony Music Film
- *Obsessed*, with Rainforest Films (2009)
- *Black Is King* (2020), with Walt Disney Pictures[21]  *I AM that I AM*

## Television specials

- *I Am... World Tour* (2010)[22] ← *Mocking God*
- *Beyoncé: Year of 4* (2011)[23]
- *Live at Roseland: Elements of 4* (2011)[24]
- *Life Is But a Dream* (2013)
- *Beyoncé: X10* (2014)
- *On the Run Tour (Beyoncé and Jay-Z)* (2014), with Roc Nation
- *Lemonade* (2016)
- *Homecoming* (2019)
- *Beyoncé Presents: Making The Gift* (2019)

# References

1. "Beyonce's Management Company Parkwood Is Undergoing an Executive Overhaul" (https://ww
w.billboard.com/articles/business/6866919/beyonce-parkwood-entertainment-executive-moves).
*Billboard*. Retrieved 2020-10-02.

*page 29*

Exhibit C

https://www.thehits.co.nz/spy/a-new-beyonce-inspired-religion-called-beyism-has-been-created/



On Air Now:

**The Hits**

**Listen Live Here**                    **iHeartRadio**

# A New Beyoncé-Inspired Religion Called 'Beyism' has Been Created

Publish Date
Tuesday, 22 April 2014, 1:34PM

Back in January a new Kanye West-inspired religion was created by a 23-year old man so it should come as no surprise to learn that a Beyoncé-inspired religion has also been created. *Beyism* is the name of this new religion which was created by a group of 12 friends in Atlanta, CA, led by a self-proclaimed Minister Diva named Pauline John Andrews. HMMM. The group claims that the inspiration for Beyism came from one of their weekly hang sessions where the

*Page 30*

*Exhibit M*

friend would gather every Sunday to sing her songs. While smoking marijuana, they say, the inspiration for this Beyoncé-inspired religion sprang froth. Imagine that.

"A group of 12 friends from Atlanta, Georgia have taken their admiration for the singer Beyoncé to a more spiritual level. Zay of www.MapeNation.com reports that Pauline John Andrews is the founder and self-proclaimed "Minister Diva" of the new National Church of Bey. What is now known as Beyism began about two years ago in a run-down garage in Southwest Atlanta. "There were 12 of us," Andrews explained, "and we used to gather every Sunday and sing her songs together. One day, while drinking Moscato and smoking Beyha (marijuana), we analyzed one of her songs and came to the realization that Beyoncé is truly divine." From that moment moving forward, Andrews took the reigns as the leader of the Divine Divas. Some time in the summer of 2013, they adopted the name "National Church of Bey" and registered themselves as a non-profit institution. Pauline John Andrews proclaimed herself the first Minister Diva of the National Church of Bey. Through donated funds, and by all 12 members emptying their savings accounts, the church was able to purchase a building that would become their first temple. The rest is history. Today, the National Church of Bey is thriving and shows no signs of slowing down. The congregation has grown to 203 official Divine Divas. One random visit to the temple on a Saturday night would prove to be an interesting experience. You would get to listen to Minister Diva Andrews preach from the principal text of Beyism known to them as the Beyble. Andrews explains, "Our most sacred text is a compilation of all of Beyoncé's verses and lyrics. Through our Beyble, we can better ourselves and strive to become truly Divine Divas." Shouts of "Surfbort!" were made by fellow divas as a sign of approval for her statement. Minister Diva Andrews estimates that there are at least 58 million worshippers of Beyism, but 99% of them simply don't realize it."

*Witchcraft is the only way 99% would realize they are worshippers of Beyism!*

""Whenever you see a large group of women defending the actions of her divine divaness, Bey, they are practicing Beyism," Andrews explained, "It is not about believing she rose from the dead, or that she is perfect or anything like that, it is about recognizing that she is the Divine Diva that we all strive to be." As for who can join the National Church of Bey? Well, 100% of the congregation consists of women, but males are welcome to join the church on the strength of one condition – they sacrifice their manhood."

*Emasculating Men/Perversion Ritual*

"All males are to go through a symbolic ceremony known as Bicchen in which they symbolically remove their penises and then declare their allegiance to the Divine Diva, Bey. At the conclusion of the ceremony, the member then achieves the status of Puhcee. What the future holds for the National Church of Bey is unclear. The hope of the church is that the millions of fans recognize that they are practicing Beyism. Once this happens, the true aspirations of the Divine Divas can finally be met. What is that you may ask? According to Minister Diva Andrews, it is "for the whole world to bow at the feet of the Goddess Beyoncé and recognize that she is the Diva of all Divas!"

*Idolatry*

*Source: Buzzfeed.com*

*page 31*

EXHIBIT N



Google — church girl lyrics

Q All   ▶ Videos   🖼 Images   🛒 Shopping   📰 News   ⋮ More         Tools

About 56,600,000 results (0.39 seconds)

## CHURCH GIRL
Song by Beyoncé ⋮          Overview   ( Lyrics )   Videos   Listen   Artists

### Lyrics

Ooh, ooh (I wanna be centered)
Ooh, ooh (I wanna be centered, I wanna be centered in thy will)

I've been up, I been down
Feel like I move mountains
Got friends that cried fountains, oh

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girl actin' naughty, church girl, don't hurt nobody

You can be my daddy if you want to
You, you can be my daddy if you want to
You can get it tatted if you want to
You, you can get it tatted if you want to (she ain't tryna hurt nobody)

Put your lighters in the sky, get this motherfucker litty
She gon' shake that ass and them pretty tig ol' bitties (huh)
So get your racks up (word), get your math up (uh)
I'ma buss it up (uh), back it, back it up (back it, back it up)
I'ma buss it, buss it, buss it, buss it up, back it up
I see them grey sweats (grey sweats), I see a blank check

I'm finally on the other side, I finally found the urge to smile
Swimmin' through the oceans of tears we cried (tears that we've cried)
You know you got church in the morning (the morning)
But you're doin' God's work, you're goin' in
She ain't tryna hurt nobody
She is tryna do the best she can
Happy on her own, with her friends, without a man

I'm warning everybody, soon as I get in this party
I'm gon' let go of this body, I'm gonna love on me
Nobody can judge me but me, I was born free (born free)

I'll drop it like a thotty, drop it like a thotty
I said, now pop it like a thotty, pop it like a thotty (free, you bad)
Mi seh, now drop it like a thotty, drop it like a thotty (free, you bad)
Church girls actin' loose, bad girls actin' snotty (you bad)
Let it go, girl (let it go), let it out, girl (let it out)
Twerk that ass like you came up out the South, girl (ooh, ooh)
I said, now drop it like a thotty, drop it like a thotty (you bad)
Bad girls actin' raunchy, church girl, don't hurt nobody (don't hurt nobody)

You can be my daddy if you want to (you bad)
You, you can get it tatted if you want to (you bad)
Put your lighters in the sky, get this motherfucker litty (you bad)
She gon' shake that ass and them pretty tig ol' bitties
So get your racks up (ooh), get your math up (ooh)
I'ma back it up (back it up), back it, back it up (back it, back it up)



### Listen                                                    ›

Spotify   YouTube Music   Pandora   Apple Music

### About

**Released:** 2022
**Album:** Renaissance
**Artist:** Beyoncé
**Genre:** R&B/Soul

Feedback

### People also search for

ENERGY lyrics Beyoncé   MOVE lyrics Beyoncé   Center of Thy Will lyri... The Cl...

page 32

I'ma buss it, buss it, buss it, buss it up, back it up (back it up)
I see them grey sweats (ooh), I see a blank check (ooh)

Must be the cash 'cause it ain't your face
It must be the cash 'cause it ain't your face
Now, do it, baby, stick it, baby, do it, baby, stick it, baby
Do it, baby, spin it, now spin it, baby, do it
Now spend that cash a little harder and she might let you dive in the water

Drop it like a thotty, drop it like a thotty
Now, now, now, drop it like a thotty, drop it like a thotty
Oh, oh, oh, drop it like a thotty, drop it like a thotty
Good girls actin' bad, church girls, don't hurt nobody

I ain't tryna hurt nobody
Trying to bring the life up in your body

Source: LyricFind

Songwriters: Beyonce Gisselle Knowles / Derrick Ordogne / Dion Lamont Norman / Elbernita Clark Terrell / Ernest Dion
Wilson / James Brown / Jimi Payton / Orville Erwin Hall / Phillip Glen Price / Ralph MacDonald / Terius Youngdell Nash /
William Salter

CHURCH GIRL lyrics © Universal Music Publishing Group

---

▶ **Videos**  ⋮



**Beyoncé - CHURCH GIRL (Official Lyric Video)**
YouTube · BeyoncéVEVO
Jul 28, 2022



**Beyoncé - CHURCH GIRL (Lyrics)**
YouTube · AM Spirit
Jul 30, 2022



**Beyoncé - CHURCH GIRL (Official Lyric Video) | Music Reaction**
YouTube · Beards & Brains
Aug 12, 2022

Feedback

View all  →

---

## People also ask  ⋮

Did Beyoncé Buy a church?

What is the Beyoncé mass?

Who wrote the song church girl?

What song did Beyoncé sample?

Feedback

---

https://genius.com › Beyonce-church-girl-lyrics    ⋮
### CHURCH GIRL Lyrics - Beyoncé - Genius
Jul 29, 2022 — [Intro] · **Felt like I move mountains**. Got friends that cried fountains, oh · Nobody
can judge me but me (Ooh) I was born free (Ooh, ooh) · She gon' ...

https://www.billboard.com › Music › Lyrics    ⋮
### Beyoncé's 'Church Girl' Lyrics - Billboard
Aug 12, 2022 — Here Are the Lyrics to Beyoncé's **'Church Girl'** Follow along with the lyrics to
Beyoncé's 'Renaissance' hit.

*page 33*

https://www.azlyrics.com › B › Beyonce Lyrics    ⋮
### Beyonce - CHURCH GIRL Lyrics | AZLyrics.com

**Activism**

Beyoncé performed "America the Beautiful" at President Barack Obama's 2009 presidential inauguration, as well as "At Last" during the first inaugural dance at the Neighborhood Ball two days later.[354] The couple held a fundraiser at Jay-Z's 40/40 Club in Manhattan for President Obama's 2012 presidential campaign[355] which raised $4 million.[356] In the 2012 presidential election, the singer voted for President Obama.[357] She performed the American national anthem "The Star-Spangled Banner" at his second inauguration in January 2013.[749]

The Washington Post reported in May 2015, that Beyoncé attended a major celebrity fundraiser for 2016 presidential nominee Hillary Clinton.[358] She also headlined for Clinton in a concert held the weekend before Election Day the next year. In this performance, Beyoncé and her entourage of backup dancers wore pantsuits; a clear allusion to Clinton's frequent dress-of-choice. The backup dancers also wore "I'm with her" tee shirts, the campaign slogan for Clinton. In a brief speech at this performance Beyoncé said, "I want my daughter to grow up seeing a woman lead our country and knowing that her possibilities are limitless".[359] She endorsed the bid of Beto O'Rourke during the 2018 United States Senate election in Texas.[360]



Beyoncé has conducted several fundraising and donation campaigns during her tours

In 2013, Beyoncé stated in an interview in *Vogue* that she considered herself to be "a modern-day feminist".[361] She would later align herself more publicly with the movement, sampling "We should all be feminists", a speech delivered by Nigerian author Chimamanda Ngozi Adichie at a TEDx talk in April 2013, in her song "Flawless", released later that year.[362] The next year she performed live at the MTV Video Awards in front of a giant backdrop reading "Feminist".[363] Her self-identification incited a circulation of opinions and debate about whether her feminism is aligned with older, more established feminist ideals. Annie Lennox, celebrated artist and feminist advocate, referred to Beyoncé's use of her word feminist as 'feminist lite'.[364] bell hooks critiqued Beyoncé, referring to her as a "terrorist" towards feminism, harmfully impacting her audience of young girls.[365] Adichie responded with "her type of feminism is not mine, as it is the kind that, at the same time, gives quite a lot of space to the necessity of men."[366] Adichie expands upon what 'feminist lite' means to her, referring that "more troubling is the idea, in Feminism Lite, that men are naturally superior but should be expected to "treat women well"



Exhibit Q

and "we judge powerful women more harshly than we judge powerful men. And Feminism Lite enables this."[367] Beyoncé responded about her intent by utilizing the definition of feminist with her platform was to "give clarity to the true meaning" behind it.[368] She says to understand what being a feminist is, "it's very simple. It's someone who believes in equal rights for men and women."[368] She advocated to provide equal opportunities for young boys and girls, men and women must begin to understand the double standards that remain persistent in our societies and the issue must be illuminated in effort to start making changes.[368]

*Perverted fallacy*

She has also contributed to the Ban Bossy campaign, which uses TV and social media to encourage leadership in girls.[369] Following Beyoncé's public identification as a feminist, the sexualized nature of her performances and the fact that she championed her marriage was questioned.[370]

*God contradicts truth*

In December 2012, Beyoncé along with a variety of other celebrities teamed up and produced a video campaign for "Demand A Plan", a bipartisan effort by a group of 950 U.S. mayors and others[371] designed to influence the federal government into rethinking its gun control laws, following the Sandy Hook Elementary School shooting.[372] Beyoncé publicly endorsed same-sex marriage on March 26, 2013, after the Supreme Court debate on California's Proposition 8.[373] She spoke against North Carolina's Public Facilities Privacy & Security Act, a bill passed (and later repealed) that discriminated against the LGBT community in public places in a statement during her concert in Raleigh as part of the Formation World Tour in 2016.[374] She has also condemned police brutality against black Americans. She and Jay-Z attended a rally in 2013 in response to the acquittal of George Zimmerman for the killing of Trayvon Martin.[375] The film for her sixth album *Lemonade* included the mothers of Trayvon Martin, Michael Brown and Eric Garner, holding pictures of their sons in the video for "Freedom".[376] In a 2016 interview with *Elle*, Beyoncé responded to the controversy surrounding her song "Formation" which was perceived to be critical of the police. She clarified, "I am against police brutality and injustice. Those are two separate things. If celebrating my roots and culture during Black History Month made anyone uncomfortable, those feelings were there long before a video and long before me".[377]

*1/3 points of Communism*

In February 2017, Beyoncé spoke out against the withdrawal of protections for transgender students in public schools by Donald Trump's presidential administration. Posting a link to the *100 Days of Kindness* campaign on her Facebook page, Beyoncé voiced her support for transgender youth and joined a roster of celebrities who spoke out against Trump's decision.[378]

In November 2017, Beyoncé presented Colin Kaepernick with the 2017 *Sports Illustrated* Muhammad Ali Legacy Award, stating, "Thank you for your selfless heart and your conviction, thank you for your personal sacrifice", and that "Colin took action with no fear of consequence ... To change perception, to change the way we treat each other, especially people of color. We're still waiting for the world to catch up." Muhammad Ali was heavily penalized in his career for protesting the *status quo* of US civil rights through opposition to the Vietnam War, by refusing to serve in the military. 40 years later, Kaepernick had already lost one professional year due to taking a much quieter and legal stand "for people that are oppressed".[379]

But she never speaks up about them taking God out...

Page 35



Jeremiah 5:26-27 says:
(26) For among my people are found wicked men: they lay wait, as he that setteth snares, they set a trap, they catch men. (27) As a cage is full of birds, so are their houses full of deceit: therefore they are become great and waxen rich.

Black birds coming out her because this symbolize Beyonce as Iris is the pagan goddess.

JayZ calls her his blackbird.

I have a color version if needed because the other picture you will see about the woman with water coming out her heart symbolize Jesus as the living water coming out the womans heart. John 7:38 - He that believeth on me, as the scripture hath said, out of his belly shall flow rivers of LIVING WATER

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ #

Hebrews 4:12 - For the word of God is quick, and power-ful, and sharper than any two edged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart. Hebrews 4:13 - Neither is there any creature that is not manifest in his sight: but all things are naked and opened unto the eyes of him with whom we

Insert ¶ #

have to do. 1 Corinthians 10:20-22 [20] But I say, that the things which the Gentiles sacrifice, they sacrifice to devils, and not to God: and I would not that ye should have fellowship with devils. [21] Ye cannot drink the cup of the Lord, and the cup of devils: ye cannot be partakers of the Lord's table, and of the table of devils. [22] Do we provoke the Lord to jealousy? are we stronger than he? Proverbs 17:13 - Whoso rewardeth evil for good, evil shall not depart from his house.

Insert ¶ #

Proverbs 17:15 - He that justifieth the wicked and he that co-demneth the just, even they both are abomination to the Lord. Proverbs 17:22 - A merry heart doeth good like medicine: but a broken spirit drieth the bones. Proverbs 17:23 - A wicked man taketh a gift out of the bosom to pervert the ways of judgement. Proverbs 18:21 - Death and life are in the power of the tongue and they that love it shall eat the fruit thereof. Proverbs 21:9 - It is better to dwell in a corner of the housetop, than with a brawling woman in a wide house. Proverbs 21:19 - It is better to dwell in the wilderness,

36A

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     . than with a contentious and an angry woman. Proverbs 22:6 -

*Insert ¶ #*

2 Train up a child in the way he should go: and when he is old, he will

3 not depart from it. Proverbs 22:12 - The eyes of the Lord preserve

4 knowledge.; and he overthroweth the words of the transgressor.

5 Proverbs 22:14 - The mouth of the strange woman is a deep pit:

6 he that is abhorred of the Lord shall fall therein. Proverbs 22:28 -

7 Remove not the ancient landmark, which thy fathers have set.

8 Proverbs 23:11 - For their redeemer is mighty; he shall plead their

9

10     . cause with thee. Proverbs 23:12 - Apply thine heart unto

*Insert ¶ #*

11 instruction, and thine ears to the words of knowledge. Proverbs

12 23:13 - Withhold not correction from the child: for if thou

13 beatest him with the rod, he shall not die. Proverbs 23:14 - Thou

14 shalt beat him with the rod, and shalt deliver his soul from hell.

15 Proverbs 24:16 - For a just man falleth seven times, and riseth

16 up again: but the wicked shall fall into mischief. Proverbs 29:15 -

17 The rod and reproof give wisdom: but a child left to himself bringeth

18

19     . his mother to shame. Proverbs 29:17 - Correct thy son, and he

*Insert ¶ #*

20

21 shall give thee rest; yea, he shall give delight unto thy soul. Proverbs

22 29:24 - Whoso is partner with a thief hateth his own soul: he

23 heareth cursing, and bewrayeth it not. Proverbs 29:25 - The fear

24 of man bringeth a snare: but whoso putteth his trust in the

25 Lord shall be safe. Proverbs 29:26 - Many seek the ruler's favor;

26 but every man's judgement cometh from the Lord. Proverbs 29:27 -

27 An unjust man is an abomination to the just: and he that is

28 upright in the way is abomination to the wicked. Proverbs 30:32 -

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ____ . If thou hast done foolishly in lifting up thyself, or if

*Insert ¶ #*

2    thou hast thought evil, lay thine hand upon thy mouth. I Corinthians

3    11:8- For the man is not of the woman; but the woman of the

4    man. I Corinthians 11:9 - Neither was the man created for the

5    woman; but the woman for the man. I Corinthians 11:10- For

6    this cause ought the woman to have power on her head because

7    of the angels. I Corinthians 11:11- Nevertheless neither is the

8    man without the woman, neither the woman without the man,

9

10    ____ . in the Lord. I Corinthians 11:12- For as the woman is of the

*Insert ¶ #*

11    man, even so is the man also by the woman; but all things

12    of God. I Corinthians 11:17- Now in this that I declare unto you

13    I praise you not, that ye come together not for the better, but

14    for the worse. I Corinthians 11:18- For first of all, when ye

15    come together in the church, I hear that there be divisions

16    among you: and I partly believe it. I Corinthians 11:19- For

17    there must be also heresies among you, that they which are

18

19    ____ . approved may be made manifest among you. I Corinthians 11:20-

*Insert ¶ #*

20    When ye come together therefore into one place, this is not to

21    eat the Lord's supper. I Corinthians 11:21 - For in eating every

22    one taketh before other his own supper: and one is hungry,

23    and another is drunken. I Corinthians 11:22- What? have ye

24    not houses to eat and to drink in? or despise ye the church

25    of God, and shame them that have not? What shall I say to

26    you? shall I praise you in this? I praise you not. I Corinthians 11:23-

27    For I have received of the Lord that which also I delivered

28

36 C

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. unto you, That the Lord Jesus the same night in which he
Insert ¶ #
2   was betrayed took bread : I Corinthians 11:24 - And when he
3   had given thanks, he brake it, and said, Take, eat: this is my
4   body, which is broken for you: this do in remembrance of me.
5   I Corinthians 11:25 - After the same manner also he took
6   the cup, when he had supped, saying, This cup is the new
7   testament in my blood: this do ye, as oft as ye drink it, in
8   remembrance of me. I Corinthians 11:26 - For as often as

10  ___. ye eat this bread, and drink this cup, ye do show the
Insert ¶ #
11  Lord's death till he come. I Corinthians 11:27 - Wherefore,
12  whosoever shall eat this bread, and drink this cup of the
13  Lord, unworthily, shall be guilty of the body and blood of
14  the Lord. I Corinthians 11:28 - But let a man examine him-
15  self, and so let him eat of that bread, and drink of that cup.
16  I Corinthians 11:29 - For he that eateth and drinketh un-
17  worthily, eateth and drinketh damnation to himself, not

19  ___. discerning the Lord's body. I Corinthians 11:30 - For
Insert ¶ #
20  this cause many are weak and sickly among you, and
21  many sleep. I Corinthians 11:31 - For if we would judge our-
22  selves, we should not be judged. I Corinthians 11:32 - But
23  when we are judged, we are chastened of the Lord, that we
24  should not be condemned with the world. I Corinthians 11:33 -
25  Wherefore, my brethren, when ye come together to eat, tarry
26  one for another. I Corinthians 11:34 - And if any man hunger,
27  let him eat at home, that ye come not together unto condemnation.
28  And the rest will I set in order when I come.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

51. Genesis 1:1 - In the beginning God created the heaven and earth. * Hebrew Definitions: Beginning → H7225 → rê shîyth = the first, in place, time, order or rank, principal thing. ② God → H430 → elôhîym = of the supreme God. ③ Heaven → H8064 → shâmayim = the sky (as aloft; the dual perhaps alluding to the visible arch in which the clouds move, as well as to the higher ether where celestial bodies revolve); air.

52. Genesis 1:2 * Hebrew Definitions: ① Form → H8414 → tôhûw = empty place, without form, adverbially. * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammer means the study of the way the sentences of a language are constructed, morphology and syntax; the elements of any science, art, or subject; ① a book treating such elements. ① Book is to enter an official charge against (an arrested suspect) on police register.

53. ② void → H922 → bôhûw → an undistinguishable ruin, emptiness. ③ Darkness → H2822 → chôshek → misery, destruction, wickedness, ignorance, death. Genesis 1:3 * Hebrew Definitions: Light → H216 → ôwr → illumination or (concrete) luminary (in every sense, including lightning, happiness, etc.). Genesis 1:26 * Hebrew Definitions: ① Image → H6754 → tselem → to shade, resemblance; hence, a representative figure, especially an idol, image, vain shew. ② Likeness → H1823 → demûwth → resemblance, concretely, model, shape,

Civil Rights Complaint Pursuant to U.S.C. § 1983

GENESIS

4

## Outline of Genesis

I. Primeval history (early beginnings) — 1:1–11:26
A. The book of the world — 1:1–2:3
B. The story of earth — 2:4–11:26
1. Adam and Eve in the garden — 2:4–25
2. The fall — 3:1–24
3. Cain and Abel, the first murder — 4:1–26
4. The godly line of Seth and death — 5:1–32
5. Noah and the Flood — 6:1–8:19
6. The events after the Flood — 8:20–9:29
  a. Sacrifice and Noahic covenant — 8:20–9:19
  b. Noah's drunkenness — 9:20–29
7. The descendants of Noah, and the Tower of Babel — 10:1–11:26

II. Patriarchal history — 11:27–50:26
A. The book of faith (the choice of Abraham) — 11:27–25:18
1. His family — 11:27–32
2. His call and migration — 12:1–20
3. His separation from Lot — 13:1–18
4. His deliverance of Lot — 14:1–24
5. God's covenant with Abraham — 15:1–21
6. The birth of Ishmael — 16:1–16
7. The circumcision of Abraham — 17:1–27
8. The destruction of Sodom and Gomorrah — 18:1–19:38
9. Abraham and Abimelech — 20:1–18
10. The birth of Isaac — 21:1–34
11. The death of Isaac — 22:1–24
12. The death and burial of Sarah — 23:1–20
13. The marriage of Isaac — 24:1–67
14. The death of Abraham — 25:1–11
15. The descendants of Ishmael — 25:12–18
B. The book of struggle (the choice of Isaac and Jacob) — 25:19–36:43
1. The twin sons of Isaac — 25:19–34
2. Isaac deceives Abimelech — 26:1–11

3. Isaac's fluctuating fortunes — 26:12–22
4. The covenant at Beer-sheba — 26:23–33
5. Jacob seizes the blessing by deception — 27:1–46
6. Jacob is sent to Mesopotamia — 28:1–9
7. Jacob's dream and vow — 28:10–22
8. Jacob and the daughters of Laban — 29:1–30
9. Jacob's children — 29:31–30:24
10. Jacob outwits Laban — 30:25–43
11. Jacob's return to Canaan — 31:1–21
12. Laban's pursuit and confrontation — 31:22–42
13. The parting covenant — 31:43–55
14. Jacob's reconciliation with Esau — 32:1–33:20
15. Jacob's later life — 34:1–36:43
  a. A massacre at Shechem — 34:1–31
  b. The renewal of the covenant at Bethel — 35:1–15
  c. The deaths of Rachel and Isaac — 35:16–29
  d. The descendants of his brother Esau — 36:1–43
C. The book of guidance (the choice of Judah, the Joseph narratives) — 37:1–50:26
1. Joseph sold into slavery — 37:1–36
2. Judah and Tamar — 38:1–30
3. Joseph under test in Potiphar's house — 39:1–23
4. Joseph interprets the dreams of the butler and baker — 40:1–23
5. Joseph interprets Pharaoh's dream — 41:1–57
6. Joseph's brothers in Egypt — 42:1–45:28
7. Jacob's family in Egypt — 46:1–47:31
8. The blessings of Joseph's sons — 48:1–22
9. Jacob's blessing of his sons — 49:1–27
10. Jacob's death and burial — 49:28–50:14
11. Joseph's last days — 50:15–26

---

GENESIS 1

*first day: light*

**4** And God saw the light, that it was good: and God divided the light from the darkness.

**5** And God called the light Day, and the darkness he called Night. And the evening and the morning were the first day.

### The Holy Spirit in Creation

## GENESIS 1

*Second day: firmament*

6 And God said, "Let there be a firmament in the midst of the waters, and let it divide the waters from the waters."

7 And God made the firmament, and divided the waters which were under the firmament from the waters which were above the firmament: and it was so.

8 And God called the firmament Heaven. And the evening and the morning were the second day.

*Third day: land, and vegetation*

9 And God said, "Let the waters under the heaven be gathered together unto one place, and let the dry land appear:" and it was so.

10 And God called the dry land Earth; and the gathering together of the waters called he Seas: and God saw that it was good.

11 And God said, Let the earth bring forth grass, the herb yielding seed, and the fruit tree yield-

ing fruit after his kind, whose seed is in itself upon the earth: and it was so.

12 And the earth brought forth grass, and herb yielding seed after his kind, and the tree yielding fruit, whose seed was in itself, after his kind: and God saw that it was good.

13 And the evening and the morning were the third day.

*Fourth day: heavenly bodies*

14 And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years:

15 And let them be for lights in the firmament of the heaven to give light upon the earth: and it was so.

16 And God made two great lights; the greater light to rule the day, and the lesser light to rule the night: he made the stars also.*

---

GENESIS 1 — 6

17 And God set them in the firmament of the heaven to give light upon the earth,

18 And to rule over the day and over the night, and to divide the light from the darkness: and God saw that it was good.

19 And the evening and the morning were the fourth day.

*Fifth day: animal life of sea and air*

20 And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in the open firmament of heaven.

21 And God created great whales, and every living creature that moveth, which the waters brought forth abundantly, after their kind, and every winged fowl after his kind: and God saw that it was good.

22 And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth.

---

GENESIS 1 — 7

23 And the evening and the morning were the fifth day.

*Sixth day: [1] animal life of earth*

24 And God said, Let the earth bring forth the living creature after his kind, cattle, and creeping thing, and beast of the earth after his kind, and it was so.

25 And God made the beast of the earth after his kind, and cattle after their kind, and every thing that creepeth upon the earth after his kind: and God saw that it was good.

*Sixth day: [2] man*

26 And God said, "Let us make man in our image, after our likeness: and let them have dominion ... over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth."

---

### Image and Likeness of God

**1:26. Man** was created in both the image and likeness of God. An image is a representation or replica of one person or thing by another. Illustration: An image may be similar but not necessarily identical to its original. The term likeness is used as a gauge of comparison, or likeness to. When man fell, he retained an imperfect image of God (9:6). Regaining a likeness of God is one of the accomplishments of salvation. Our spiritual likeness is restored in justification. Our character likeness is being continuously developed in the process of sanctification. We will be like Christ physically when we are glorified. Application: Because we bear the image of God, we should treat all men with respect and dignity as God's representatives. (First Reference, Gen. 1:26; Primary Reference, Gen. 1:27; cf. Heb. 4:12)

---

(footnote column at bottom left)

*Continued from previous page*

v. 5, and v.4 the entire sixth day creative period (2:4). Everywhere in the Pentateuch the word *day* (*yom*) when used with a definite article or numerical adjective means a solar day or a normally defined, 24-hour day. Thus, the biblical account of Creation clearly indicates that God created the world in six literal days (cf. Ex. 20:11).

**1:6. Firmament** is an Old Testament term for the expanse of sky or heaven...

**1:11. Contrary** to the modern evolutionists who point to similarities between man and animal, the Bible teaches that all plants and animals developed...

**1:16. And God made two great lights** refers to the sun and moon...

2 Kin. 23:12; Jer. 19:13; Zeph. 1:5, where God condemns such practice.

---

**1:20. Let the waters bring forth**...

**1:21. Great**...

**1:24. Living creature** is the same Hebrew expression used for man in 2:7, translated "living soul."

**1:26–28.** In contrast to animals in verses 20 and 24 where God said, "Let the waters bring forth" and "Let the earth bring forth," He now says, **Let us make man in our image, after our likeness.** All others reproduce after their kind, but man is the only one made in the image of God...

---

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

54. fashion, similitude. ③ Dominion → H7287 → râdâh → subjugate, prevail against. * subjugate means to make submissive or subservient, enslave. Genesis 1:27 * Hebrew Definitions : ① Male → H2145 → zâkâr → properly, remembered; i.e. a male (of man or animals, as being the most noteworthy sex) ② female → H5347 → nᵉqêbâh → female (from the sexual form).

55. Genesis 1:28 * Hebrew Definitions : ① Blessed → H1288 → bârak → man (as a benefit); also (by euphemism) to curse (God or the King; as treason), blaspheme, congratulate, praise, salute. ② Fruitful → H6509 → pârâh → bring forth fruit, increase. ③ subdue → H3533 → kâbash → negatively, to disregard; positively, to conquer. Genesis 2:1 * Hebrew Definitions : ② Them → H6635 → tsâbâ' → a mass

56. of persons especially reg. organized for war (an army). Genesis 2:2 * Hebrew Definitions : ① Work → H4399 → mᵉla kâh → deputyship, ministry; generally, employment (never servile) or work (abstractly or concretely); also property (as a result of labor), business. * Servile means — very obedient and trying to hard to please someone. ③ Rested → H7673 → shâbath → to repose, desist from exertion, keep sabbath. * Repose means — place something especially one's confidence or trust in.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

57 . Genesis 2:5 * Hebrew Definitions : ① till → H5647 →

*Insert ¶ #*

ăbad → to serve, till, (causatively) enslave. * Causative

means acting as a cause; producing. ② ground → H127 →

ădâmâh → country, earth, ground, husband (-man).

Genesis. 2:6 * Hebrew Definitions : ① MIST → H108 → ĕd →

(in the sense of enveloping); a fog; vapor. * Enveloping means to

surround entirely, or in Military. to attack (an enemy's flank).

58 . * Fog is a cloudlike mass or layer of minute water droplets

*Insert ¶ #*

or ice crystals near the surface of the earth; Fear, Obligation, and

Guilt (anationed Blackmail); any darkened state of atmosphere,

or the diffused substance that causes it * Diffused means to

spread or scatter widely or thinly; disseminate. * Disseminate

means to scatter or spread widely, as though sowing **seed**; promulgate

extensively; broadcast; disperse. * Promulgate means to make

59 . known by open declaration; publish; proclaim formally or

*Insert ¶ #*

put into operation (a law, decree of a court, etc.). * Vapor is a

visible exhalation, as fog, mist, steam, smoke, or noxious gas diffused

through or suspended in the air. * Noxious means ④ harmful or injurious

to health or physical wellbeing ⑧ morally harmful; corrupting; pernicious.

* Pernicious means ⓐ causing insidious harm or ruin; ruinous; injurious;

hurtful; ⑧ deadly; fatal; ⓒ Obsolete. evil; wicked. ② Watered →

H3248 → shâqâh → to irrigate or furnish a potion to; cause to

drown. * Irrigate means to supply (land) with water by artificial

41

Page Number

# GENESIS 1

8

27. So God created man in his image, in the image of God created he him; male and female created he them.

28. And God blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it: and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth.

*Provision of food*

29. And God said, Behold, I have given you every herb bearing seed, which is upon the face of all the earth, and every tree, in the which is the fruit of a tree yielding seed; to you it shall be for meat.

30. And to every beast of the earth, and to every fowl of the air, and to every thing that creepeth upon the earth, wherein there is life, I have given every green herb for meat: and it was so.

31. And God saw every thing that he had made, and, behold, it was very good. And the evening and the morning were the sixth day.

## CHAPTER 2

*The Seventh Day*

THUS the heavens and the earth were finished, and all the host of them.

*Continued on next page*

# GENESIS 2

9

2. And on the seventh day God ended his work which he had made; and he rested on the seventh day from all his work which he had made.

3. And God blessed the seventh day, and sanctified it: because that in it he had rested from all his work which God created and made.

4. These *are* the generations of the heavens and of the earth when they were created, in the day that the LORD God made the earth and the heavens.

---

### Creation of Man

1:27. Man was created by God on the sixth day of Creation and in the grand climax of all His creative acts. The dual act of creation is here expressed. The first act (verse 27) was that God joined the material and immaterial parts of man. Man's body was shaped from the dust, but he became a living soul only after God breathed the breath of life into his nostrils (2:7). Application: Our formation by natural birth is no less wonderful than Adam's formation from the dust. With David we need to say, "I will praise thee; for I am fearfully and wonderfully made." (Ps. 139:14). First Reference, Gen. 1:27; Primary Reference, Gen. 1:27, 2:7.

### Innocence—Edenic Covenant

1:28. The first dispensation, innocence, was governed by the Edenic covenant. Under this covenant, Adam had six obligations: (1) to replenish the earth with children; (2) to subdue the earth for his use; (3) to have dominion over the animal kingdom; (4) to eat fruit and herbs, including food; (5) to labor and (6) to obey God by abstaining from eating the forbidden fruit. Adam's failure under this covenant resulted in his expulsion from the garden and in the fall of the human race from a state of innocence into a condition characterized by sin.

### Soul

2:7. In the Old Testament, the word *soul* among other usages refers to the whole person (the body (5:10,18). The *soul* is that part of man that is the immaterial, nonmaterial part... *Life* is a spirit. The fundamental desire of a Christian's soul should be for a deeper fellowship and communion with God. Ps. 25:1 (First and Primary Reference, Gen. 1:28).

---

*Continued from previous page*

1:26. Meat meant "food" in the early seventeenth century when the KJV was translated. No actual animal flesh was condoned until after the Flood in Genesis 9. God **saw** is an expression in anthropomorphic terms relating His evaluation of His Creation... The end of His Creation is that it was **very good**... The fact that the earth was already under the control of a fallen angel, Satan, and that the rest of the earth was filled with already existing creatures that had previously been destroyed (see Gap Theory). **2:1-3.** The process of "filling" and "forming" is now **finished** (1:11).

*Continued from previous page*

retains the plural number of God (cf. 9:6; James 3:9), though it has been noted. The plural pronoun *us* is most likely a majestic plural from the standpoint of Hebrew grammar and syntax. **Man** is used in a generic sense which is amplified by the phrase **male and female**, even though love's physical formation is not detailed until 2:18-24. These words are not the usual Hebrew words for "man" (*'ish*) and "woman" (*'ishah*). The words used here specifically distinguish the sexes—male and female. Sexes are only implied with regard to animals, but not here... **Dominion** is not the content but the consequence of the divine image (cf. 1 Cor. 6:8; 15:27; cf. Heb. 2:7-10; James 3:7, 8). **And God blessed them:** To "bless" is not only to bestow a gift but also to assign a function. **Replenish** is better translated "fill the earth," indicating the first man... it cannot be used in support of the rehabilitating of an already judged earth, for it always means to fill something the first time.

2:4-7. **Generations** is the first of 11 section headings in Genesis (cf. 5:1; 6:9; 10:1; 11:10, 27; 25:12, 19; 36:1, 37:2), which may be a better understanding of narrating the histories or "origins"... He rested employs the root for "sabbath," that later relates to Israel in Exodus (8:23; 20:10, 11; 31:17; 35:2)... Sanctified: that is "set apart."

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

60. means, as by diverting streams, flooding or spraying. * Artificial means made by human skill; produced by humans (opposed to natural). * Furnish synonym is * Rig; rig means the apparatus for some purpose; equipment; outfit; gear. * Apparatus is any system or systematic organization of activities, functions, processes, etc., directed toward a specific goal. * Potion is a drink or draft, especially one having or reputing to have medicinal,

61. poisonous, or magical powers. ③ face → H6440 → pânîym → countenance; was purposed by reason of, sight, state, face street, upside (face down). * Countenance means approval or favor; encouragement; moral support. Genesis 2:15 * Hebrew Definitions: ① Dress → H5647 → âbad → to work (in any sense), by implication to serve. ② Keep → H8104 → shâmar → guard, generally, to protect, attend to, etc. (Law Enforcement

62. slogan is : to protect & serve). Genesis 2:18 * Hebrew Definitions: ① meet → H5828 → êzer → aid, help (Partnership) Genesis 2:21 * Hebrew Definition: ① Sleep → H8639 → tardêmâh → lethargy or trance, deep sleep. ② up → H5462 → câgar → to surrender, inclose, repair (1st Surgery). Genesis 2:22 * Hebrew Definitions: ① Lord → H3068 → Y'hôvâh → Jehovah, the Lord ② made → H1129 → bânâh → to build ③ woman → H802 → ishshâh → wife. Genesis 2:23 * Hebrew Definitions: ① man → H376 → îysh → husband

Civil Rights Complaint Pursuant to U.S.C. § 1983

Case 2:22-cv-08817-CJC-MAR Document 1 Filed 12/05/22 Page 79 of 208 Page ID #:79

*The Garden of Eden*

8 And the LORD God planted [a]a garden [b]eastward in [c]Eden; and there he put the man whom he had formed.*

9 And out of the ground made the LORD God to grow [a]every tree that is pleasant to the sight, and good for food; [b]the tree of life also in the midst of the garden, and the tree of knowledge of good and [c]evil.*

10 And a river went out of Eden to water the garden; and from thence it was parted, and became into four [1]heads.

11 The name of the first *is* Pison: that *is* it which compasseth [a]the whole land of Havilah, where *there is* gold;

12 And the gold of that land *is* good: [a]there *is* bdellium and the onyx stone.

13 And the name of the second river *is* Gihon: the same *is* it that compasseth the whole land of [1]Ethiopia.

14 And the name of the third river *is* [a]Hiddekel:[1] that *is* it which goeth toward the east of [2]Assyria. And the fourth river *is* Euphrates.

15 And the LORD God took [1]the man, and put him into the garden of Eden to [2]dress it and to keep it.*

16 And the LORD God commanded the man, saying, Of every tree of the garden thou mayest freely eat:*

17 But of the tree of the knowledge of good and evil, [a]thou shalt not eat of it: for in the day that thou eatest thereof [b]thou [1]shalt surely [c]die.*

18 And the LORD God said, *It is* not good that the man should be alone; [a]I will make him a [1]help meet for him.*

8 [a]Is. 51:3 [b]Gen. 3:23, 24 [c]Gen. 4:16
9 [a]Ezek. 31:8 [b](Gen. 3:22; Rev. 2:7; 22:2, 14) [c](Deut. 1:39)
10 [1]riverheads
11 [a]Gen. 25:18
12 [a]Num. 11:7
13 [1]Cush
14 [a]Dan. 10:4 [1]The Tigris [2]Heb. Ashshur
15 [1]Adam [2]tend or cultivate
17 [a]Gen. 3:1, 3, 11, 17 [b]Gen. 3:3, 19; (Rom. 6:23) [c]Rom. 5:12; 1 Cor. 15:21, 22 [1]Lit. dying you shall die
18 [a]1 Cor. 11:8, 9; 1 Tim. 2:13 [1]helper comparable to him

**2:8. Garden eastward in Eden:** The Septuagint has *paradeisos*, "parkland," hence *paradise* for garden. It was only a part of Eden (cf. vv. 10, 14). It was literally "off east," most likely in Mesopotamia (modern Iraq), since two of the four rivers are the well known Tigris and the Euphrates (v. 14). The word for *Eden* means "delight, enjoyment" and is associated with paradise in Revelation 2:7. Eden is a symbol of great fertility in Isaiah 51:3, Ezekiel 36:35, and Joel 2:3. So here it may indicate a state of unbroken fellowship between God and man. The expulsion from the garden was more than a physical move (3:24).

**2:9. Pleasant** is the same root as *covet* in the Ten Commandments in Exodus 20:17; compare 3:6 where it is "a tree to be desired to make one wise." We tend to covet things that are pleasant to the sight (Josh. 7:21 and Achan's sin). **Tree of life . . . and the tree of knowledge of good and evil:** These were two literal trees to which God gave some special significance. The tree of life seems to symbolize the fixed moral state (3:22). Thus, partaking of this tree would be a blessing only for those already glorified (Rev. 2:7; 22:2, 14). *Good and evil* sometimes serves as an idiom of universality (Num. 24:13; 2 Sam. 13:22), but in this context it has a moral significance.

**2:15. Dress** is from the root meaning "to serve, work," translated "till" in verse 5 (Deut. 15:19; Is. 19:9; Ezek. 48:18). **Keep:** The verb means "take care of, guard," involving tending to or keeping things such as a garden (v. 15), a flock (30:31), or a house (2 Sam. 15:16). In this context, it does not imply to guard from Satan.

**2:16.** God's command was **thou mayest freely eat,** and this included **every tree** except the tree of the "knowledge of good and evil" in the next verse. The Hebrew conveys very emphatically "you may freely eat [strengthened permission construction] to your heart's content," emphasizing the freedom and permission of a loving, gracious God. Note Satan's subtle assertion in 3:1 as he focused on the "one" tree they could not eat from. In so doing, he excluded the abundance in this verse.

**2:17. Thou shalt not eat** is in strongest Hebrew form of prohibition. **Surely die:** The construction emphasizes in the strongest way the certainty of death upon eating. (Note 3:4 and Satan's "Ye shall not surely die.") In the **Bible** there are three deaths: (1) physical death, separation of body and spirit; (2) spiritual death, separation of the individual from God; and (3) eternal death, the final estate of the lost person in the "lake of fire" (Rev. 20:10, 14; termed the "second death," separation from God forever).

**2:18. Not good:** The negative is extremely emphatic. It is not the construction for expressing a mere negative preference. **In the context of chapters 1 and 2, it is the only thing "not good."** After man and woman are completed, God said in 1:31 it was "very [exceedingly] good." God's plan for man was less than ideal and not complete without woman, the emphasis being on **alone.** **Help** is a word frequently used in reference to the Lord in the Psalms (10:14; 22:11; 28:7; 46:1; 54:4; 72:12; 86:17; 119:173, 175; 121:1, 2). Thus it is not a degrading position for the woman. The verb form basically means to aid or supply that which the individual cannot provide for himself. The Septuagint translates it *boēthos*, a word the New Testament uses in the sense of "physician"

*Continued on next page*

19 [a]And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and [b]brought *them* unto [1]Adam to see what he would call them: and whatsoever Adam called every living creature, that *was* the name thereof.*

20 And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found a [1]help meet for him.*

*The making of woman*

21 And the LORD God caused a [a]deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof;*

22 And the rib, which the LORD God had taken from man, [1]made he a woman, [a]and [b]brought her unto the man.*

23 And Adam said, This *is* now [a]bone of my bones, and flesh of my flesh: she shall be called [1]Woman, because she was [b]taken out of [2]Man.*

24 [a]Therefore shall a man leave his father and his mother, and shall [b]cleave[1] unto his wife: and they shall be one flesh.*

25 [a]And they were both naked,

19 [a]Gen. 1:20, 24 [b]Ps. 8:6 [1]the man
20 [1]helper comparable to him
21 [a]Gen. 15:12; 1 Sam. 26:12
22 [a]Gen. 3:20; 1 Tim. 2:13 [b]Heb. 13:4 [1]Lit. he built into
23 [a]Gen. 29:14; Eph. 5:28–30 [b]1 Cor. 11:8, 9 [1]Heb. Ishshah [2]Heb. Ish
24 [a]Matt. 19:5; Eph. 5:31 [b]Mark 10:6–8; 1 Cor. 6:16 [1]be joined
25 [a]Gen. 3:7, 10

*Continued from previous page*

(Matt. 15:25; Mark 9:22, 24; Acts 16:9; Rev. 12:16). It conveys the idea of aiding someone in need, such as the oppressed. Certainly a godly woman meets this need of man. **Meet** comes from the Hebrew word meaning "opposite." Literally it is "according to the opposite of him," meaning that she will complement and correspond to him. The Septuagint has *kat' auton* ("according to him"). This relates to a "norm" or "standard." She is to be equal to and adequate for man. She is also made in the image of God, thus again equal to man and not on the animal level of being.

**2:19. Call:** God delegated authority to man, since the act of naming the animals shows lordship or dominion (used of God in ch. 1 and in Ps. 8:4–6). It was also a spiritual exercise to prepare Adam and to make him aware of his aloneness as verse 20 indicates. None of the animals "corresponded to" him.

**2:20. Adam** (related to Heb. *'adamah*, "ground") literally means "earth man." It is applied to mankind in general, and to the first created man specifically. Adam was a historical person and was the father of mankind.

**2:21. Ribs:** It may mean "rib" or "side" (of the ark, a building, or of leaves of a door). Here it would mean from "his side" or "from his ribs" to convey the plural number. Verse 23 indicates it probably involves flesh and bone.

**2:22. Brought her unto the man:** Here a loving Father presents the bride to the man.

**2:23.** After noticing all of the animals, Adam now at long last (**This is now** = "this time") finds that which "corresponds to" him. The close association of the man and woman is conveyed by their names, since she is **called Woman** [*'ishah*] **because she was taken out of Man** (*'ish*). Adam's act of naming his wife reinforces his leadership and authority over her (cf. God's naming in chapter 1 and 2:19, 20).

**2:24. Therefore** indicates a reasoned conclusion in light of Adam's joy at finding a mate. **Leave:** Here the man leaves, but note Psalm 45:10, 11. **Cleave** is a strong verb, meaning "join

*Continued on next page*

**Marriage**

**2:24.** God's ideal plan for marriage is one man for one woman for one lifetime. God's pattern for marital happiness is evident when a man loves and leads his family, with children who obey and reverence their parents (Eph. 6:1–4), with a wife who respects and supports her husband's leadership (Eph. 5:21–33). A mutually supportive attitude must characterize both husband and wife if they are to succeed in building a harmonious home. **Illustration:** Marriage is so important in the mind of God that it was the first of three divine institutions and was patterned to illustrate Christ's love for the church. **Application:** Christians should therefore do their part in contributing to the success of the family. (First Reference, Gen. 2:24; Primary Reference, Eph. 5:22—6:4; cf. Matt. 19:3.)

**2:19. Adam** was the first man and the forefather of the entire human race. He lived a total of 930 years. He was created in a state of innocence and in the image of God. He was created with the appearance of age, with a high level of intelligence, and with the ability to communicate with God. When he and his wife, Eve, fell into sin (ch. 3), they brought the curse of sin on the entire human race. Adam also appears in nine references in the New Testament in regard to his headship over the human race. (First Reference, Gen. 1:26; Primary Reference, Rom. 5:12–21.)

Old Test
page 44

63 . (My perception is "I became 2 in the natural (individuality) and 2

Insert ¶ #

became 1 in the Spirit (marriage & unity). Genesis 3:1 * Hebrew

Definitions: ① serpent → H5175 → nâchâsh → a

snake (from its hiss). ② subtil → H6175 → ârûwm →

cunning, crafty, prudent. (My view is: The serpent was the first

informant and spy for corruption). Genesis 3:4 (my view is the

serpent verbally perverted Gods' Word (in a manner of denying

Gods authority) while falsely defining why God forbid them to

64 . eat of the tree of good and evil (manipulation) in order to lead

Insert ¶ #

them into rebellion against their creator. Genesis 3:5 - is where

they came up with the Educational System, manipulation, brain

washing tactics, spiritual eyes, dark side, spiritual gifts perverted

against Gods ordinance, Psychic, Illuminati, etc. Genesis 3:6

marijuana, cocoa used for crack cocaine, opium poppy used

for morphine, codeine, and heroin; Peyote, Salvia, Ayahuasca,

Betel nut, tobacco, Jimson weed (mind Altering Plants).

65 . Genesis 3:7 - making clothes to cover nakedness. Genesis

Insert ¶ #

3:8 - * Hebrew Definitions: ① Heard → H8085 → shâma → to hear

intelligently (often with implication of attention, obedience, etc, to tell)

witness. ③ voice → H6963 → qôwl → fame, hold peace, thunder

walking → H1980 → hâlak → exercise, forward, march,

travel ④ garden → H1588 → gan → a garden (as fenced)

⑤ cool → H7307 → rûwach → air, anger, by resemblance

breath ⑥ themselves → H2244 → châbâ → to secrete, do

secretly. Genesis 3:8 explains F.O.G (Fear Obligation Guilt) which

45

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

(Thought)                    (Action)

1  66 . is the fear of Correction, Obligation is the Call of Accountability,

2  _Insert ¶ #_  (Conscious)
   and Guilt is the weight of disobedience. This type of F.O.G. creates

3  convolution which is a tortuous irregularity or elevation caused

4  by the infolding of a structure upon itself. Once convolution has

5  had its way that's when mental dissociation comes into play.

6  Dissociation is a mental process where a person disconnects

7  from their thoughts, feelings, memories or sense of identity

8  which then enables the enemy to enter in and control a persons

9

10  67 . entire being while they are subconsciously subjected to a

11  _Insert ¶ #_
    prison of darkness. However, the proper origin of F.O.G. according

12  to the divine order of Gods creation is Faith in what you believe,
                                           (Thought)
13  (Action)                        (Conscious)
    Obedience is to orchestrate, and Grace is the manifestation of Gods

14  spoken word. When you use the proper origin of F.O.G.

15  to explain the creation of man from Gods perspective then
        (Thought)
16  Faith pertaining to Adam was Gods words "Let us make Man in our

17  image, after our likeness. and let them have dominion over...", Gods

18

19  68 . obedience to his Faith was when he formed man of the dust
         (Action)
20  _Insert ¶ #_           (Conscious)

21  of the ground, and his grace was the breath of Life which

22  caused man to become a living soul. Genesis 3:9 represents The

23  Father looking for His lost son, A Fathers bond broken, identity

24  confusion and self hatred due to not following the likeness of

25  his father, which if he did he would have used his words to exercise

26  dominion over the serpent whom he named, it also reflects how

27  guilt and condemnation can drive somebody in hiding. Genesis

28  3:10 shows how Adams guilt told on him in his actions. It

46

Page Number

69. was his guilty conscience and fear that caused Adam to flee into hiding just like an convict who's absconding. Genesis 3:11 displays Gods' Authority and ability to question Adam about his behavior however put into modern day terminology God Interrogated Adam because God is the origin of Laws which even sets mans laws into motion. Genesis 3:12 shows Adam telling on Eve instead of taking responsibility for his actions. Adam in this instance could

70. have told God that he was curious about why he couldn't eat from the tree of good and evil when God had given him dominion over everything else. Genesis 3:13 shows Eve admitting she was beguiled, telling on the serpent, and still not taking responsibility for her actions of being led and leading into disobedience. Genesis 3:12-13 also shows two codefendants while under interrogation snitching on each other and their ring

71 Leader however; Eve was the victim while Adam was the target of the Serpents Organized Crime. Genesis 3:14 is God correcting His creation like a Father corrects his children. However, because it was the serpent God cursed him by taking his footing just like when the Devil lost his footing in heaven and was cast out. Now the Devils trademarks starting in heaven is being judged for his schemes and causing others (1/3 of the angels) to fall with him. In the garden the Devil schemes again and caused the fall of man.

47

Page Number

GENESIS 3                                           12

the man and his wife, and were not 25 Ha. 47:3
bashamed.*

## CHAPTER 3

*The fall of man*

NOW the serpent was bmore subtile than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden?*

2 And the woman said unto the serpent, We may eat of the cfruit of the trees of the garden:

3 But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not

eat of it, neither shall ye ctouch it, lest ye die.*

4 dAnd the serpent said unto the woman, Ye shall not surely die:*

5 For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as egods, knowing good and evil.*

6 And when the woman esaw that the tree fwas good for food, and that it gwas pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, hand did eat, and gave also into her husband with her; and he did eat.*

7 And the eyes of them both were opened, iand they knew that they were nuked; and they sewed

---

the leaves together, and made themselves aprons.*

8 And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden.*

9 And the LORD God called unto Adam, and said unto him, Where art thou?

10 And he said, I heard thy voice in the garden, and I was afraid, because I was naked; and I hid myself.*

11 And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat?

12 And the man said, *The woman whom thou gavest to be

---

GENESIS 3                                           13

with me, she gave me of the tree, and I did eat.*

13 And the LORD God said unto the woman, What is this that thou hast done? And the woman said, *The serpent 'beguiled me, and I did eat.*

*The curse*

14 And the LORD God said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and kdust shalt thou eat all the days of thy life:*

15 And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel.*

---

**Study notes (upper right column)**

3:7. The sense of guilt is immediate (cf. 2:25), and they attempt to make themselves presentable, to cover up their nakedness (v. 21).

3:8. Voice: Better translated "sound" as it appears in throughout in the Old Testament (cf. Ps. 18:13; 29:3-9; Jer. 25:30; Ezek. 1:24; Joel 3:16). Walking: Actually "traversing back and forth" looking for Adam (v. 9). The cool of the day may be understood as the "spirit of the day,"... the judgment day in the context. No doubt Adam and Eve, who had enjoyed intimate fellowship with God in His presence, acknowledged that their intimate fellowship was broken.

3:9. God always seeks out man, in the sense that He solicits a response from His Creation by asking questions, not making accusations.

3:10. Adam tries to hide himself. The fool comes asking questions, not making accusations.

3:11. God and was afraid. Sinful men are afraid of God today, and begin the agelong process of "hiding himself" from his Maker.

3:12. Adam blamed the woman and God. Since God was the one who brought her to Adam (2:22).

3:13. Eve was beguiled on 1 Timothy 2:14 confirms (cf. 2 Cor. 11:3). But she did not take responsibility for either. Blames the serpent.

3:14. Jeremiah 12:4 and Romans 8:20 indicate that the whole earth was affected by the Fall and the Edenic curse. The serpent's mobilization may have been changed.

3:14. dust shalt thou eat, idiomatic for subservience which conveys the idea of being cursed.

3:15. This verse has long been termed the first messianic prophecy of the Bible. Thus, it also contains the first glimpse of the gospel (protoevangelium). It reveals three essential truths: (1) that Satan is the enemy of the human race, explaining why God put enmity between the word enmity between thee (Satan) and the woman; (2) that He would place a spiritual barrier between thy seed (Satan's people) and her seed (God's people); and (3) that the representative of the woman (i.e., a human being, Christ), would deliver the deathblow to Satan.

---

**Study notes (lower left column)**

*Continued from previous page*

stick. The two verbs "leave" and "cleave," may be subordinated in the following way: "Let a man forsake, or abandon, his father and his mother in order that he may cleave unto his wife and in order that they might become one flesh." If he does not leave, he cannot cleave, nor can he become one or be one flesh. This is the strongest Hebrew construction to indicate a change of state, the verb "to be" (hayā) plus the preposition (le). The process of becoming one flesh, totally united in life, purpose, and pleasure is presented. Note the change of state in verse 7.

2:25. Naked ... not ashamed: Their outward nakedness was a sign of their integrity. They lived and loved without guilt, shame, or exploitation of each other. Naked in the Hebrew sounds like the word subtile in 3:1, thus tying the two chapters together. Satan will concentrate his shrewdness on their integrity.

3:1. The serpent was a creature made by God but used by Satan (John 8:44; 1 John 3:8; Rev. 12:9; 20:2). More subtile (subtle): Subtlety is a positive virtue when rendered "prudent" (cf. Prov. 12:16, 23; 13:16; 14:8; 22:3). Here it is used negatively (deceitful, sly, crafty). In the prologue of Proverbs (1:4), one of the book's stated goals is to "give subtilty (subtlety) to the simple" (cf. Matt. 10:16). Yea, hath God said: More contemporarily "Has God indeed said?" It emphasizes his amazement that God would restrict man's freedom of choice in the garden. Satan centers on a restriction, casting doubt on God's word, and not emphasizing the fact that God had said all they might freely eat of all the trees.

3:2. Eve's reply reveals her carelessness with the wording of 2:17, as she disparages the privileges of God by leaving out the word that conveys the sense of "freely eat" and leaves out the word all.

3:3. Neither shall ye touch it: By adding to His command Eve exaggerates the limitations God had imposed upon them, a tendency that characterizes all legalists. This added phrase used euphemistically of "touching" a woman in Genesis 20:6; 26:11; Ruth 2:9; and Proverbs 6:29. Thus the lest ye die reveals Eve's third error, toning down the penalty and certainty of death for eating. God had already expressed the certainty of it in "Lest" expresses a fear of possible death.

3:4. Here Satan blatantly denies God with the same strong Hebrew expression God used in 2:17.

3:5. It was technically true that their eyes would be opened (vv. 7 and 22). But the problem was that their eyes were opened to behold all things in the light of their own sinfulness. As gods is better translated "as God," which was true in that they would have a fixed moral nature like God; but it was fixed in sin, not righteousness. They knew good, but were unable to do it; and they knew evil, but were unable to resist it. There was no divine nature given to Adam and Eve.

3:6. When the woman saw: This was an evaluation process of the mind, for the tree was good for food (an appeal to appetite, or "lust of the flesh"); it was pleasant to the eyes (the same root word used in Ex. 20 in the law against coveting, as "lust of the eyes"); and it was to be desired to make one wise (an appeal to human pride, or "the pride of life"). Thus for coveting, be desired to "pride of life," cf. 1 John 2:16). With her may imply that the man was in close proximity all the time.

---

### Adamic Covenant

3:15. The dispensation of conscience was based on Adam's limited experience with good and evil. He should have remembered the positive results of obedience and the disastrous consequences of disobedience. The Adamic Covenant closed the conscience period. Under the covenant, the serpent was cursed (v. 14); redemption through the seed of the woman (v. 15); the woman experienced multiplied sorrow and pain in childbearing (v. 16); the earth was cursed (vv. 17, 18); sorrow, pain, and physical death became part of the experience of life and labor became burdensome (v. 19). Man failed under this dispensation through sin, to the point where people did only evil continually (6:5) until God judged them with the Flood (cf. 9:12).

Continued on next page

*page 4.8*

72. But this time the Devils scheme is to cause the
fall of nations through humans actions as he takes as
many souls to the Lake of Fire with him on judge-
ment day. Genesis 3:15 - And I will put enmity between
thee and the woman, and between thy seed and her seed;
it shall bruise thy head, and thou shalt bruise his heel.
Enmity → H342 → eybah → Hostility and Hatred ② Seed →
H2233 → zera → child or Fruit ③ Bruise → H7779 →

73. shuwph → to overwhelm ④ Head → H7213 → rosh →
forefront ⑤ Heel → H6119 → ageb → the rear of an army
Genesis 3:15 also breaks down the explaination of how DCFS
came into being by using deception of wanting to help families
however DCFS is really the serpents enmity that his seed
uses to wage war against the womans seed. It's also
describes the headaches, heartache, mind games, and
oppression that comes from dealing with people in the social work

74. Field. Genesis 3:16 explains how the medical field got the
terminology birthing pangs. Also, this is where the enemy
got the plan to attack the womans seed systematically
which forced her to obey the serpents orders to fight
for her children. This tactic forces the families to worship
the serpent indirectly as he uses the method divided to
conquer. Genesis 3:17 is the way God chose to discipline
Adam for his disobedience. The word sorrow is H6093
which means worrisomeness Genesis 3:18 is where the enemy

49

Civil Rights Complaint Pursuant to U.S.C. § 1983

75. came up with Labor, Slavery, War, **and** **street** drugs.
*Insert # #*
Genesis 3:19 God tells Adam the he's going to have to
work hard to eat due to the curse of his disobedience.
This is where the enemy got the system of street hustling
for nessecities the hard way until death. This is also
where witchcraft gets ashes to ashes and dust to dust
and where the street slang "It's hard on the yard but
mandatory" originates. Genesis 3:20 Eve → H2332 →

76. life-giver, the first woman. This is where the term
"First Lady" comes from whether Pastorial or
Presidential. This scripture **also** represents Adams
spiritual relationship with God broken and His need of
life. Eve then because like Adams God due to her
ability to carry and birth out life. It's also a prime
example of how they got the separation of State and
Religion and the origin of the street word PIMP.

77. Adams fall and Eve's disobedience birthed out
*Insert # #*
Seduction and Pimping from the serpents agenda.
Genesis 4:1 is where the confirmation that Marriage is con-
summated through sex which produces a seed (child) from
the Lord. It also explains that Fornication which is sex
outside of marriage is still consummated however this form
of sex can also produce a seed which is a Soul-Tie, a
child out of wedlock, and/or spiritual entrapment due
to the transference of spirits. Genesis 4:2 explains

50.
Civil Rights Complaint Pursuant to U.S.C. § 1983

78. Eve birthing Abel who kept the flock just like a Pastor and explained how Cain tilled the land like doing worldly business. It also shows how Eve gave birth to the serpents seed first then the Lords seed which is where the manifestation of Genesis 3:15 occurred. Genesis 4:3 shows how Cain just gave the Lord a whatever kind of offering that wasn't sacrificial because Cain was the serpents seed but it also

79. signifies that regardless of all the serpent must acknowledge the Creator of ALL Creation even if he didn't do it according to the proper ordinance of God. Genesis 4:4 And Abel, he also brought of the firstlings of his flock and of the fat thereof, And the Lord had respect unto Abel and to his offering: ① Firstlings → H1062 → b'kôwrâh → birthright or firstborn ② flock → H6629 → tsô'n → sheep, lamb, also figuratively (of

80. men) ③ Lord → H3068 → Y'hôvâh → (the) self-Existent or Eternal; Jehovah, Jewish national name of God, Jehovah, the Lord ④ Respect → H8159 → to gaze at or about (properly, for help); by implication, to inspect, consider, compassionate, regard ⑤ Offering → H4503 → a donation, tribute; specifically a sacrificial offering (usually bloodless and voluntary); gift, oblation. Genesis 4:5 (Cain became extremely jealous because The Lord did not have respect on Cains offering. Genesis 4:6 The Lord showed concern and love towards

51

81 . Cains feelings even though He didn't respect Cains
offering. This verse represents the Likeness of God which
is what Cain lacked. Cain had the image of The Lord because
that's how The Lord made Adam however Cain had the
likeness of the serpent which is why The Lord had no
respect for his offering. The Likeness of The Lord is His
unconditional Love (which is the Essence of who He is) for
His creation even when He doesn't accept the behavior that

82 . contradicts His Likeness, because His Likeness is the
Essence of WHO HE IS as the Father of All Creation.
Genesis 4:7 also reflects The Lords Likeness because He
even taught Cain why He did respect His offering which
is what any Real Father would do. The Lord corrected Cain
in Love by teaching Cain why he rejected his offering. What
the Lord was teaching Cain is to do every thing is unto
the Lord and not from a selfish standpoint because

83 the sin that the Lord said "lieth at the door and
unto thee shall be his desire and thou shalt rule over
him; was Cains ability to create as a ruler. However
due to the selfishness of his heart which wasn't working
as unto God; Cains creation became his identity so
The Lord couldn't respect it because even though Cain was
His creation, Cain gave his own creation the place in His
heart that only The Lord should have occupied. Genesis 4:8
Cain murdered Abel his brother out of jealousy in the

52

Page Number

84. field after talking to him. Abel never did anything wrong to Cain to deserve to be killed without cause. However, this was a manifestation of the serpents seed and the womans seed having enmity. Yes, both sons came from Eve however Cain represented the impregnation of the serpent in the spiritual realm when Eve listened to the serpent and ate of the tree after the Lord commanded Adam not to do so and because Eve came from Adam she was aware of the Lords

85. command by way of the spirit (which proves that a woman gives birth in the natural and in the spirit. This Also confirms how Mary was able to be impregnated by the Holy Spirit and give birth to Jesus Christ the only begotten son.) Now Abel represented Eve giving birth to the original blessing of The Lord to Adam when God said, Be fruitful and multiply, and replenish the earth and subdue it .. Genesis 4:9, Cain resembles the same thing Adam did after his sin cost him his Identity that

86 was given to him by the Lord and that was to pretend by hiding from the Truth as if the Lord who is the origin of Truth did not know what either of them did. This right here confirms that what is done in the dark will be brought to the Originator of Light and revealed as a testament of The Sovereignty of The King of Kings and Lord of Lords unto all the inhabitants of the earth.

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 89 of 208   Page ID #:89

16 Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire *shall be* to thy husband, and he shall rule over thee.

17 And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed *is* the ground for thy sake; in sorrow shalt thou eat *of* it all the days of thy life;

18 Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field;

19 In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou *art*, and unto dust shalt thou return.

20 And Adam called his wife's name Eve; because she was the mother of all living.

21 Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them.

### Expulsion from the garden

22 And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever:

23 Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken.

24 So he drove out the man; and he placed at the east of the garden of Eden Cherubim, and a flaming sword which turned every way, to keep the way of the tree of life.

### CHAPTER 4

*Cain and Abel*

AND Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD.

2 And she again bare his brother Abel. And Abel was a

keeper of sheep, but Cain was a tiller of the ground.

3 And in process of time it came to pass, that Cain brought of the fruit of the ground an offering unto the LORD.

4 And Abel, he also brought of the firstlings of his flock and of the fat thereof. And the LORD had respect unto Abel and to his offering:

5 But unto Cain and to his offering he had not respect. And Cain was very wroth, and his countenance fell.

6 And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen?

7 If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee *shall be* his desire, and thou shalt rule over him.

### Murder of Abel

8 And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him.

### The curse of Cain

9 And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper?

10 And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground.

11 And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand;

12 When thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth.

13 And Cain said unto the LORD, My punishment is greater than I can bear.

---

**4:2. Brother:** This word appears seven times in this passage. The name Abel means "Keeper" (times and Cain 14 times), which heightens the contrast between the two men. Abel means "Keeper" and refers to his occupation as a keeper of sheep.

**4:4. Firstlings of his flock** refers to the fact that Abel's offering was accepted because it was a blood sacrifice based upon previous knowledge (cf. 3:21). Thus, he acknowledged that his sin deserved death and could be covered only by the death of a sinless sacrifice (cf. Heb. 9:22). That his lamb was a "firstling" and "fat" may also imply that he gave the best that he had in contrast to Cain's offering. However, it is obvious from the entire account that Abel's offering was "more excellent" (Heb. 11:4) because it was the right kind of offering as well as being made with the right heart attitude.

**4:5.** God appeared personally to Cain in love and offered him a chance to correct his mistake. Again God asked convicting questions. He made no accusations. He gave him the opportunity to do **well**, that is, to make the right kind of sacrifice with the right heart attitude. He then warned Cain that an offering of good works would not be accepted. **Sin lieth** ("crouches" like a lion) probably refers to the fact that sin would pounce upon him if he did not make "master" it. Some take this phrase to mean that a sin offering was at the door and that he could thus do well and he could still rule over his brother; but the other interpretation is preferred. The idea of potentiality is the same as expressed in 3:16.

**4:8.** Cain's anger had already been noted in verses 5 and 6. Now, in a fit of anger, he murders Abel. Thus begins the long history of human violence and man's inhumanity to his fellowman. This murder is also the first sober and heartrending reminder to Adam and Eve that the consequence of sin is death (2:17; cf. Rom. 6:23).

**4:9.** Cain's insolence and arrogance are evident in his curt response to God's question. **Where is Abel thy brother?** First he lied and then used a play on words to avoid answering the question. **Am I my brother's keeper?** plays on the name Abel, "Keeper."

**4:10. Thy brother's blood** is plural in Hebrew and may refer to his "seeds" who have been cut off and will never be born. Thus, God's judgment is on those who, by whatever means, abort human life. **Crieth** means crying out for vengeance.

**4:11.** Cain was now to be **cursed** (cf. the serpent and the ground, 3:14, 17). This was a special curse making it impossible for Cain to be a farmer, his occupation in verse 2.

**4:12. A fugitive and a vagabond** denotes the idea of wandering aimlessly. He dwells in the land of Nod ("Wandering"), a word with the same root as **vagabond** in Hebrew.

**4:13.** He has just killed his brother and now blames God for being too harsh! **Punishment** may refer to either (1) the actual punishment for sin; or (2) his "iniquity" or "guilt." It reflects his feeling that either the punishment, or his burden of guilt which he now recognized, was too harsh.

---

*Continued from previous page*

doing would be bruised Himself. **It** (or "He,") **shall bruise** [lit. "crush"] **thy head, but thou shalt bruise his heel** refers to Christ's bruising on the cross, which led to the eventual crushing of Satan and his kingdom.

**3:16. Thy sorrow and thy conception:** The word for **sorrow** means "birth pangs" and sounds like the Hebrew word for **tree**, which is a reminder of the pain in the sin involving the tree and its forbidden fruit. **Her desire shall be to thy husband** suggests either the ultimately she will be a burden on him. **They desire** has been variously interpreted: (1) a physical desire strong enough to compensate for the pain of childbirth; (2) her natural desire to willingly submit to him because of her fallen sinful nature (cf. Eph. 5:22; 1 Tim. 3:4, 11); or (3) perhaps a desire "against" her husband in not being willing to submit to his leadership; **and he shall rule over thee** is the voice of God (2:17) was the first marital rule reversal. "Rule" is the same word applied to the woman in verse 16. Thus, they shared equally in their punishment.

**3:20. Eve. Man is become one of us:** Here is Adam's act of faith, looking to the future with hope. This word sounds like the word used in this verse, **living.** Adam seems not only to believe that God spoke the truth but also his faith in the LORD's promise in verses 15 and 16. God had promised them a Saviour and, by naming his wife Eve, after their feeble attempt to cover their nakedness and shame, it is His way of demonstrating that He acknowledges their act of faith in verse 20. The word for **skins** presupposes the death of an animal and therefore the idea of blood sacrifice is clearly implied.

**3:22–24. Man is become as one of us:** Satan's promise in verse 5 was technically true; see the discussion in verses 4 and 5. A curse as well as judgment. **To keep** was used in 2:15 for the activities of Adam, but now as judgment. The account relates privileges and responsibilities. Indeed, the way to the tree of life is guarded. Man's way back to life is not easy; it will be by divine intervention.

**4:1. Knew** in this context refers to the "knowledge" of sexual relations. It is also the connecting link in the whole chapter; note the appearance of the word in connection with the tree of knowledge in verses 1, 17, and 25. The replacing of a son by "knowing" is antithetical to the murder, which is denied in verse 9 by, "I know not." Some take **from the LORD** as an accusative: "I have gotten a man, the LORD." But the preposition is better, "I have created, acquired, a man with [the help of Yahweh]." Thus Eve sees her generative power as part of the sharing of divine power. Yahweh formed man; I have formed the second man.

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 90 of 208   Page ID #:90

## GENESIS 5

8 And all the days of Seth were nine hundred and twelve years: and he died.

9 And Enos lived ninety years, and begat Cainan:

10 And Enos lived after he begat Cainan eight hundred and fifteen years, and begat sons and daughters:

11 And all the days of Enos were nine hundred and five years: and he died.

12 And Cainan lived seventy years, and begat "Mahalaleel:

13 And Cainan lived after he begat Mahalaleel eight hundred and forty years, and begat sons and daughters:

14 And all the days of Cainan were nine hundred and ten years: and he died.

15 And Mahalaleel lived sixty and five years, and begat Jared:

16 And Mahalaleel lived after he begat Jared eight hundred and thirty years, and begat sons and daughters: "and he died.

17 And all the days of Mahalaleel were eight hundred ninety and five years: and he died.

18 And Jared lived a hundred sixty and two years, and he begat "Enoch:

19 And Jared lived after he begat Enoch eight hundred years, and begat sons and daughters:

20 And all the days of Jared

## 17

### CHAPTER 5

### Descendants of Adam

THIS is the book of the "generations" of Adam. In the day that God created man, in the likeness of God made he him;*

2 Male and female created he them, and "blessed them, and called their name 'Adam, in the day when they were created.

3 And Adam lived a hundred and thirty years, and begat a son "in his own likeness, after his image; "and called his name Seth:

4 And the days of Adam after he had begotten "Seth were eight hundred years; "and he begat sons and daughters:

5 And all the days that Adam lived were nine hundred and thirty years: "and he died.

### Descendants of Seth

6 And Seth lived a hundred and five years, and begat 'Enos:

7 And Seth lived after he begat Enos eight hundred and seven years, and begat sons and daughters:

---

## GENESIS 4

## 16

14 Behold, thou hast driven me out this day from the face of the earth; and 'from thy face shall I be bhid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, *that every one that findeth me shall slay me.*

15 And the LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him "sevenfold. And the LORD set a bmark upon Cain, lest any finding him should kill him.*

### Descendants of Cain

16 And Cain "went out from the bpresence of the LORD, and dwelt in the land of 'Nod, on the east of Eden.*

17 And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, band called the name of the city, after the name of his son, Enoch.

18 And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael begat Methusael: and Methusael begat Lamech.

19 And Lamech took unto him "two wives: the name of the one was Adah, and the name of the other Zillah.

20 And Adah bare Jabal: he was the father of such as have in tents, and of such as have cattle.

21 And his brother's name was Jubal: he was the father of all such as handle the harp and organ.

22 And Zillah, she also bare Tubal-cain, an instructer of every artificer in brass and iron: and the sister of Tubal-cain was Naamah.

23 And Lamech said unto his wives, Adah and Zillah, hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt.

24 "If Cain shall be avenged sevenfold, truly Lamech seventy and sevenfold.

25 And Adam knew his wife again; and she bare a son, and called his name "Seth: For God, said she, hath appointed me another seed instead of Abel, whom Cain slew.

26 And to Seth also, to him was born a son; and he called his name 'Enos: then began men to call upon the name of the LORD.

---

**4.14.** Adam hid from Yahweh in shame and guilt (3:8); now Cain must hide himself. From thy face shall I be hid is a passive verb form ("I must hide myself from your face"), and is part of his curse. Every one is "anyone finding me," it looks to the idea of blood revenge for this death and anticipates other murders.

**4.15. The LORD set a mark on** Cain ... another set of His grace and goodness toward Cain. It is best to take it as a personal sign for Cain, like that for Gideon in Judges 6:36-40 and Elisha in 2 Kings 2:9-12. The idea of vengeance appears in verse 24 with the taunt song of Lamech.

**4.23, 24. Lamech said ...** This portrays the direction of fallen and unsaved humanity into exile from God, without hope in the world, "wandering aimlessly" about.

**4.24. Lamech said ...** These verses are the culmination of centuries of ungodly living among the descendants of Cain. Cain had desired protection of 4:14, 10:9, 11:4; he built a city and named it after his son. His descendants were involved in ... purely humanitarian pursuits. Now Lamech had taken the law into his own hands and had killed someone in revenge. The judicial office had degenerated into a vengeful tyranny in this heir of ... to suffer any hurt without wreaking severe retaliation on the perpetrator, in arrogance, conceit, and disdain for customary retribution is skillfully reinforced by the poet through a larger one in parallel punishment of ... distinct emphasis. This sets the background for why God sends the Flood in chapters 6–9, where He says "violence" fills the earth (6:13).

### Anthropomorphisms

**4:14.** Occasionally the Scriptures use expressions that seem to attribute human, physical features to God (such as fingers, hands, arms, and face). Theologians refer to these as **anthropomorphisms. Illustration:** Because God is spirit and not a body (John 4:24), we know ... concerning God. **Application:** Paul ... in physically but are used to help man understand truths should devote time to jogging as they would to prayer and Bible study. He used this figure of speech to emphasize the truth of continuing to live the Christian life. (First Reference, Gen. 3:8; Primary Reference, Gen. 4:14; cf. 1 John 1:5.)

**4:25, 26.** Against this dark picture of man apart from God, there is a brief testimony that God has a remnant of people who are trusting Him. **Knew:** Compare the use of this word in ... with the meaning of "Appointed." Seth's name in Hebrew is pronounced shet, for God "appointed" (shat) him ... plus on words. Eve is acknowledging that God has provided a son in place of the slain Abel. **Enos:** The name means "man" or "mankind," ... why, denoting man's frailty. It is translated "desperately wicked" in Jeremiah 17:9. **Call upon the name of the LORD:** This is a testimony that the religious worship of the community of faith was organized for their public worship of God, together (cf. vv. 2-4) ... the individual worship too ... And it is significant that they know the name of Yahweh (Lord) ... of the events of Exodus ... The liberal interpretation says they learned the name for the ... time during the Exodus period.

**5:1, 2. Called their name: Adam:** This is the generic use of 'adam, which contrasts with ... as a proper name in the same context (v. 3)

**5:3-20. Adam ... begat ... in his own likeness:** Man, too, reproduces after his kind ... 11, 12, 21, 24, 25). This likeness is now sinful ... and Abel are not included. Therefore the list does ... patriarchs mentioned in this chapter. The last one, Noah, has three sons listed. This symmetry is ... same in chapter 11. In Matthew 1 there are three sets with 14 names to a set, plus obvious ... sions. Certainly no strict chronology can be determined from any of the lists. **Nine hundred** ... years: These extreme ages prove that with ... the much shorter life span in 11:10-32 ... purpose ... of this chapter, and the source of its historical importance is its testimony to the development of ... human race from Adam to Noah, citing the godly line ... answer to Satan's ... anathemas he "Yr shall not surely die" (3:4). Death reigned, and God's word was fully vindicated.

## GENESIS 5

### 18

were nine hundred sixty and two years; and he died.

21 And Enoch lived sixty and five years, and begat Methuse-lah.

22 And Enoch *walked with God after he begat Methuselah three hundred years, and begat sons and daughters:

23 And all the days of Enoch were three hundred sixty and five years:

24 And *Enoch walked with God: and he *was not; for God *took him.

25 And Methuselah lived a hundred eighty and seven years, and begat Lamech.

26 And Methuselah lived after he begat Lamech seven hundred eighty and two years, and begat sons and daughters:

27 And all the days of Methuselah were nine hundred sixty and nine years: and he died.

28 And Lamech lived a hundred eighty and two years, and begat a son:

29 And he called his name *Noah, saying, This *same shall comfort us concerning our work and toil of our hands, because of

the ground bwhich the LORD hath cursed.

30 And Lamech lived after he begat Noah five hundred ninety and five years, and begat sons and daughters:

31 And all the days of Lamech were seven hundred seventy and seven years: and he died.

32 And Noah was five hundred years old: and Noah begat *Shem, Ham, band Japheth.

## CHAPTER 6

*Wickedness of mankind*

AND it came to pass, awhen men began to multiply on the face of the earth, and daughters were born unto them,

2 That the bsons of God saw the daughters of men that they were fair; and they *took them wives of all which they chose.

3 And the LORD said, aMy spirit shall not always bstrive with man, for that he also is cflesh: yet his days shall be a hundred and twenty years.

4 aThere were bgiants in the earth in those cdays; and also after

### 19

that, when the sons of God came in unto the daughters of men, and they bare *children to them, the same *became mighty men which were of old, men of renown.

5 And God saw that the wickedness of man *was great in the earth, and *that every *imagination of the thoughts of his heart *was only evil continually.

6 And it *repented the LORD that he had made man on the earth, and it *grieved him at his heart.

7 And the LORD said, I will *destroy man whom I have created from the face of the earth; *both man, and beast, and the creeping thing, and the fowls of the air; for it *repenteth me that I have made them.

8 But Noah *found grace in the eyes of the LORD.

*Noah makes the ark*

9 *These are the generations of Noah: aNoah was a just man *and

2perfect in his generations, *and Noah *walked with God.*

10 And Noah begat three sons, *Shem, Ham, and Japheth.

11 The earth also was corrupt *before God, and the earth was *filled with violence.

12 And God *looked upon the earth, and, behold, it was corrupt; for *all flesh had corrupted his way upon the earth.

13 And God said unto Noah, *The end of all flesh is come before me; for the earth is filled with violence through them; and, behold, I will destroy them with the earth.

14 Make thee an ark of gopher wood; *rooms shalt thou make in the ark, and shalt pitch it within and without with pitch.

15 And this is the *fashion which thou shalt make it of: The length of the ark *shall be three hundred *cubits, the breadth of it fifty cubits, and the height of it thirty cubits.

16 A window shalt thou make

---

**5:21-24. Enoch walked with God.** The verb employed signifies "to walk about" or "to live," and the preposition denotes intimacy, fellowship (Jude 14 and 15 reveal this ministry and evidently powerful preaching). **And he was not; for God took him.** The same term as the Greek in Jude 14 for "translated" or "taken up." This term bears witness to Enoch's bodily translation (during the long antediluvian sway of the curse) was a sign that, ultimately, reconciliation with God includes victory over death.

**5:25-32. Noah:** The oracle of the birth of the son of Lamech involves a wordplay, passing over the obvious etymology of the name *Noah*, meaning "rest." There is a somewhat similar verb, *nacham*, meaning "comfort." The allusion seems to be that the treasured promise of Genesis 3:15. **Noah begat Shem, Ham, and Japheth:** Japheth was the oldest (cf. 10:21), Ham the youngest (9:24). Shem is mentioned first because it was through him that God's Messiah would come. This chapter serves at least three purposes in the scheme of Genesis: (1) It bears witness to man's value to God, by naming individuals and stages in the early human phase; each is known. And (2) It demonstrates both the reign of death by the refrain *and he died*, and the standing pledge of death's defeat by the "taking" of Enoch.

**6:1-4. Sons of God** (Heb. *beney elohim*) refers to the godly line of Seth, which intermarried with the daughters of men, the ungodly line of Cain. The result of these spiritually mixed marriages brought the judgment of God on the primeval world. While the term *sons of God* refers to the Israelites also the Anakim they concluded they had seen "the nephilim" (Num. 13:33). **Mighty men** (*gibborim*, "warriors"). Note in verse 11 that the earth was filled with violence. **Men of renown** were literally "men of a name." In 11:4 the "reputation" or "name" is used in a derogatory sense, contrasted with God's giving Abram a good "name" in 12:2. "Mighty one" is used of Nimrod in a negative sense in 10:8-10. These giants already existed on earth and were not the offspring of the marriages mentioned.

**6:5. Every imagination:** The "formation" (2:7 where the same word as *imagination* (*yetser*). **Only evil continually:** Man's design or purpose was "nothing but evil all the day."

**6:6-8. Repented** does not imply that God made a mistake with men, but rather indicates a change in divine direction resulting from the actions of man. It is "an anthropomorphism", it is a man's emotion applied to God... describing the pain that is caused God by the destructiveness of man. **But Noah found grace:** This is the first occurrence of the word *grace* in Scripture. Its root meaning is "to bend or stoop," implying the condescending or unmerited favor of a superior person toward an inferior. It is often used redemptively (Jer. 31:2; Zech. 12:10). Mankind, the beasts of the field, and the fowl of the air would be destroyed; but God would call out a remnant for Himself.

**6:9-13. Noah was a just man and perfect in his generations:** The root for *just* basically means conformity to an ethical or moral standard. It is used of Noah, Daniel, and Job in Ezekiel 14:14, 20. *Perfect* here has the idea of completeness, or that which is entirely in accord with truth and fact." Noah, like his godly contemporary Enoch (5:22, 24), "walked with God." He separated himself from the wickedness of his contemporaries and followed the Lord.

**6:14. Ark of gopher wood:** This may be a reference to cedar or cypress, though its meaning is uncertain. The dimensions of the ark given in verse 15 indicate it was more like a barge than a ship... It was about 450 feet long, 75 feet wide, and 45 feet high. It had about 96,700 square feet on three decks, 1,400,000 cubic feet... A gross tonnage of about 13,960. It was fully large enough to carry its prescribed cargo. Its carrying capacity equaled that of 522 standard railroad stockcars which can carry 125,000 sheep. Thus, the ark was about the size of an oil tanker and was of proper seagoing dimensions for an ocean voyage. **Pitch** refers to tar, which like oil is plentiful in the Near East.

**6:8. Noah** was the last of the pre-Flood patriarchs and the builder of the ark that survived the great Flood. He was 600 years old when the Flood began and lived to be 950 years of age. He is described in the Bible as a righteous man of obedient faith (Gen. 6:9, 22) and truth (Heb. 11:7). The New Testament writers refer to him as an actual person (Matt. 24:37, 38; Luke 17:26, 27) and the one who preached righteousness to his generation (2 Pet. 2:5). God sealed His covenant with him by the sign of a rainbow (9:9-17). From his three sons—Shem, Ham, and Japheth—the present world was populated. (First Reference, Gen. 6:8; Primary Reference, Gen. 10:1.)

Page 56

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 92 of 208   Page ID #:92

to the ark, and ²in a cubit shalt thou finish it above; and the door of the ark shalt thou set in the side thereof, with lower, second, and third stories shalt thou make it.*

17 ³And, behold, I, even I, ⁴do bring a ⁵flood of waters upon the earth, to destroy all flesh, wherein is the breath of life, from under heaven; and every thing that is in the earth shall ⁶die.

18 But with thee will I establish my ⁷covenant; and ⁸thou shalt come into the ark, thou, and thy sons, and thy wife, and thy sons' wives with thee.

19 And of every living thing of all flesh, ⁹two of every sort shalt thou bring into the ark, to keep them alive with thee; they shall be male and female.

20 Of fowls after their kind, and of ᵃcattle after their kind, of every creeping thing of the earth after his kind, two of every sort ᵇshall come unto thee, to keep them alive.

21 And take thou unto thee of all food that is eaten, and thou shalt gather it to thee; and it shall be for food for thee, and for them.

22 ᶜThus did Noah: ᵈaccording to all that ᵉGod commanded him, so did he.

## CHAPTER 7

### Noah enters the ark

AND the ᶠLORD said unto Noah, ᵍCome thou and all thy house into the ark; for ʰthee have I seen righteous before me in this generation.

2 Of every ⁱclean beast thou shalt take to thee by sevens, the male and his female: ʲand of beasts that are not clean by two, the male and his female.*

3 Of fowls also of the air by sevens, the male and the female; to keep ᵏseed alive upon the face of all the earth.

4 For yet ˡseven days, and I will cause it to rain upon the earth ⁴⁰forty days and forty nights; and every living substance that I have made will I ᵐdestroy from off the face of the earth.

5 ⁿAnd Noah did according unto all that the LORD commanded him.

6 And Noah ⁰was six hundred years old when the flood of waters was upon the earth.

7 ᵖAnd Noah went in, and his sons, and his wife, and his sons' wives with him, into the ark, because of the waters of the flood.

8 Of clean beasts, and of beasts that are not clean, and of fowls, and of every thing that creepeth upon the earth,

9 There went in two and two unto Noah into the ark, the male and the female, ᑫas God had commanded Noah.

10 And it came to pass after seven days, that the waters of the flood were upon the earth.

11 In the six hundredth year of Noah's life, in the second month, the seventeenth day of the month, the ʳsame day were all ˢthe fountains of the great deep broken up, and the ᵗwindows of heaven were opened.

12 ᵘAnd the rain was upon the earth forty days and forty nights.

13 In the selfsame day entered Noah, and Shem, and Ham, and Japheth, the sons of Noah, and Noah's wife, and the three wives of his sons with them, into the ark;

14 ᵛThey, and every beast after his kind, and all the cattle after their kind, and every creeping thing that creepeth upon the earth after his kind, and every fowl after his kind, every bird of every ʷsort.

15 And they ˣwent in unto Noah

into the ark, two and two of all flesh, wherein is the breath of life.

16 And they that went in went in male and female of all flesh, ᵃas God had commanded him: and the LORD shut him in.*

### The flood

17 ᵇAnd the flood was forty days upon the earth; and the waters increased, and ᶜbare up the ark, and it ᵈwas lift up above the earth.

18 And the waters prevailed, and were increased greatly upon the earth; and the ark went upon the face of the waters.

19 And the waters prevailed exceedingly upon the earth; and all ᵉthe high hills, that were under the whole heaven, were covered.*

20 Fifteen cubits upward did the waters prevail; and the mountains were covered.

21 ᶠAnd all flesh died that moved upon the earth, both of fowl, and of cattle, and of beast, and of every creeping thing that creepeth upon the earth, and every man:

22 All in ᵍwhose nostrils was the breath of life, of all that was in the dry land, died.

23 And every living substance was destroyed which was upon the face of the ground, both man, and cattle, and the creeping things, and the fowl of the heaven; and they were destroyed

from the earth: and ʰNoah only remained alive, and they that were with him in the ark.

24 ⁱAnd the waters prevailed upon the earth a hundred and fifty days.

## CHAPTER 8

### The waters recede

AND God ʲremembered Noah, and every living thing, and all the ᵏcattle that was with him in the ark: ˡand God made a wind to pass over the earth, and the waters ᵐassuaged;*

2 ⁿThe fountains also of the deep and the windows of heaven were ⁰stopped, and ᵖthe rain from heaven was restrained;

3 And the waters ᑫreturned from off the earth continually: and after the end of the hundred and fifty days the waters ʳwere abated.

4 And the ark rested in the seventh month, on the seventeenth day of the month, upon the mountains of Ararat.

5 And the waters decreased continually until the tenth month: in the tenth month, on the first day of the month, were the tops of the mountains seen.

### The raven and the dove

6 And it came to pass at the end of forty days, that Noah

---

**7:16. And the Lord shut him in:** God preserved Noah and his family.

**7:17. The flood of waters** is described as global. Universal terms ("all flesh," "every thing") are used 30 times in describing this Flood. The double use of "every living thing of all flesh," and "al the high hills under the whole heaven," clearly indicate that the author intended to state his case unmistakably. The Hebrew word mabul ("deluge") describes only this Flood, as does the New Testament Greek word kataklysmos, "cataclysm" (2 Pet. 3:3–7). The depth of the Flood and the duration (371 days) indicate that it was no mere local flood. The size of the ark (95,700 square feet of deck space) argues against a mere storm. The worldwide nature of this Flood makes it a type of God's second coming (Matt. 24:37–44). Its uniqueness: Our Lord Jesus referred to both the historicity and universality of this Flood as an example of the worldwide judgment to accompany His second coming (Matt. 24:37–44). The conclusion is inescapable: the universal Flood is presented as a fact of history in the Bible.

**7:20. Fifteen cubits upward:** Since water seeks its own level, certainly this was no local flood, higher than the highest mountain.

**8:1–5. God remembered Noah:** This is not to intimate that during the days of the Flood, God had forgotten His righteous servant; the verb remember refers to the special attention or personal care that God gives to His own. The verb is used the same way concerning Samson (Judg. 16:28), Hannah (1 Sam. 1:19), and Hezekiah (Isa. 38:2, 3), Ex. 2:24), and for the repentant thief on the cross (Luke 23:42). **Mountains of Ararat:** The text says mountains, which indicates a range of mountains and not necessarily one peak. Today, Ararat rises about 17,000 feet above sea level. The ark rested on land 74 days after the end of the 150 days while the water abated (cf. 7:11).

## GENESIS 8

opened ᵃthe window of the ark, ᵇthou, which ᵇhe had made:

7 And ᵇhe sent forth a raven, which went forth to and fro, until the waters were dried up from off the earth.

8 Also ᵇhe sent forth a dove from him, to see if the waters were abated from off the face of the ground;

9 But the dove found no rest for the sole of her foot, and she returned unto him into the ark, for the waters ᵇwere on the face of the whole earth: then ᵇhe put forth his hand, and took her, and pulled her in unto him into the ark.

10 And ᵇhe stayed yet other seven days; and again ᵇhe sent forth the dove out of the ark;

11 And the dove came in to him in the evening; and, lo, in her mouth *was* an olive leaf ᵇplucked off: so Noah knew that the waters were abated from off the earth.

12 And ᵇhe stayed yet other seven days; and sent forth the dove, which returned not again unto him any more.

13 And it came to pass in the six hundredth and first year, in the first *month*, the first day of the *month*, the waters were dried up from off the earth: and Noah removed the covering of the ark, and looked, and behold, the face of the ground was dry.

14 And in the second month, on the seven and twentieth day of the month, was the earth dried.

*Noah and family leave the ark*

15 And God spake unto Noah, saying,

16 Go forth of the ark, ᵃthou, and thy wife, and thy sons, and thy sons' wives with thee.

17 Bring forth with thee every living thing that *is* with thee, of all flesh, *both* of fowl, and of cattle, and of every creeping thing that creepeth upon the earth; that they may breed abundantly in the earth, and ᵇbe fruitful, and multiply upon the earth.

18 And Noah went forth, and his sons, and his wife, and his sons' wives with him:

19 Every beast, every creeping thing, and every fowl, *and* whatsoever creepeth upon the earth, after their ᵇkinds, went forth out of the ark.

*Noah sacrifices*

20 And Noah builded an ᵃaltar unto the Lord, and took of ᵇevery clean beast, and of every clean fowl, and offered ᶜburnt offerings on the altar.

21 And the Lord smelled ᵃa sweet savour; and the Lord said in his heart, I will not again ᵇcurse the ground any more for man's sake; ᶜfor the ᵈimagination³ of man's heart *is* evil from his youth; ᵉneither will I again smite any more every thing living, as I have done.

22 ᵃWhile the earth remaineth, ᵇseedtime ᶜand harvest, and cold and heat, and summer and winter, and ᵈday and night shall not cease.

## CHAPTER 9

A ND God blessed Noah and his sons, and said unto them,

---

ᵃfruitful, and multiply, and ᵇreplenish the earth.ᵃ

2 ᵃAnd the fear of you and the dread of you shall be upon every beast of the earth, and upon every fowl of the air, upon all that moveth *upon* the earth, and upon all the fishes of the sea; into your hand are they ᵇdelivered.

3 ᵃEvery moving thing that liveth shall be ᵇmeat for you; even as the ᶜgreen herb have ᵈI given you ᵉall things.

4 ᵃBut flesh with the life thereof, *which is* the blood thereof, shall ye not eat.

5 And surely your blood of your lives will I require; ᵃat the hand of every beast will I require it, and ᵇat the hand of man; at the hand of every ᶜman's brother will I require the life of man.

6 ᵃWhoso sheddeth man's blood, by man shall his blood be shed: ᵇfor in the image of God made he man.

7 And you, ᵃbe ye fruitful, and multiply; bring forth abundantly in the earth, and multiply therein.

*God's covenant with Noah*

8 And God spake unto Noah, and to his sons with him, saying,

9 And I, ᵃbehold, I establish ᵇmy covenant with you, and with your seed after you;

10 ᵃAnd with every living creature that *is* with you, of the fowl, of the cattle, and of every beast of the earth with you; from all that

---

## GENESIS 9

### 23

go out of the ark, to every beast of the earth.

11 And ᵃI will establish my covenant with you; neither shall all flesh be cut off any more by the waters of a flood; neither shall there any more be a flood to destroy the earth.

12 And God said, ᵃThis is the ᵇtoken of the covenant which I make between me and you and every living creature that *is* with you, for perpetual generations:

13 ᵃI do set ᵇmy bow in the cloud, and it shall be for a ᶜtoken of a covenant between me and the earth.

14 And it shall come to pass, when I bring ᵃa cloud over the earth, that ᵇthe bow shall be seen in the cloud:

15 And ᵃI will remember my covenant, which is between me and you and every living creature of all flesh; and the waters shall no more become a flood to destroy all flesh.

16 And the ᵃbow shall be in the cloud; and I will look upon it, that I may remember ᵇthe everlasting covenant between God and every living creature of all flesh that *is* upon the earth.

17 And God said unto Noah, ᵃThis is the ᵇtoken of the covenant, which I have established between me and all flesh that is upon the earth.

18 And the sons of Noah, that went forth of the ark, were Shem,

**Notable Covenant**

📖 **9:12.** This covenant involved the dispensation of human government, with humanity governing itself. Man was responsible to govern the world for God. The governing covenant of this era was the Noahic covenant (v. 1). Under it, the fear and dread of the order of nature was confirmed (vv. 2, 11), human government was established, and God promised never again to use a universal flood to judge the world (vv. 11–17). The failure of man under this dispensation culminated in the building of the tower of Babel and resulted in the judgment of the confusion of tongues (cf. 11:1–3, 7).

1  87 . Revelations 4:3 - And he that sat was to look upon
Insert ¶ #
2  like a jasper and sardine stone and there was a
3  rainbow round about the throne, in sight like unto
4  an emerald. ② And → G2532 → kai → apparently, a
5  primary particle, having a * copulative and some-
6  times also a * cumulative force. * Copulative - relating
7  to sexual intercourse; * cumulative - increasing in
8  severity with repetition of the offense. ③ Upon → G3706 →
9
10  88 . hɔr-ɑs-is → (externally) an aspect or (internally)
Insert ¶ #
11  an inspired appearance. ③ Jasper → G2393 → iaspis →
12  probably of foreign origin (see H3471); Jasper →
13  H3471 → yâshᵉphên → meaning to polish; a gem
14  supposed to be a jasper (from the resemblance in name).
15  ④ Sardine → G3037 → lithos → stumbling stone.
16  ⑤ Rainbow → G2463 → iris → (a symbol of the female
17  messenger of the pagan deities) ⑥ Throne → G2362 →
18
19  89 . thron'-os → a stately seat. Revelations 4:5 →
Insert ¶ #
20
21  And out of the throne proceeded lightnings and
22  thunderings and voices: and there were seven
23  lamps of fire burning before the throne which
24  are the Seven Spirits of God. ① Lightnings → G796 →
25  astrapē → glare ② Thunderings → G1027 →
26  akin to (to roar); thunder ③ Voices → G5456 →
27  phōnē → probably akin to (G6316 ; G5316 → phaino →
28  to lighten) through the idea of disclosure; a tone (articulate,

59
Page Number

90. bestial or artificial); by implication, an address (for
Insert ¶ #
any purpose) saying or language. * Articulate — to utter
clear and understandable sounds. * bestial — savagely
cruel and depraved * Artificial — imitation; caused or
produced by a human and especially social or political
agency. ④ Lamps → G2985 → lampás → a lamp or
flambeau (flambeau means a flaming torch). ⑤ Spirits →
G4152 → pneúma → a current of air, breath (blast)

91 . or a breeze; by analogy or figuratively, a
Insert ¶ #
Spirit; i.e. (human) the rational soul, (by implication)
vital principle, mental disposition, etc., or (super-
human) an demon, angel, or (divine) God, Christ's
spirit, the Holy Spirit. ⑥ God → G2316 → theós →
the supreme Divinity; figuratively, a magistrate.
Revelations 4:6 — And before the throne there was a
sea of glass like unto crystal: and in the midst of the

92 throne and round about the throne, was four
Insert ¶ #
beasts full of eyes before and behind. ① Before → G1799 →
enópion → in the presence of ② Throne → G2362 → thrónos →
a stately seat ("throne"); by implication, power or (concretely)
a potentate. ③ Glass → G5193 → hyálinos → glassy, i.e.
transparent. (6. G5205) → rain → hyetós → to rain; rain →
especially a shower. ④ Crystal → G2930 → krýstallos →
from a derivative of (frost); ice, i.e. (by analogy) rock
"crystal". ⑤ Eyes → G3788 → ophthalmós → the

90
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## REVELATION 3

faithful and true witness, the beginning of the creation of God.*
15 I know thy works, that thou art ᵉneither cold nor hot. *I would thou wert cold or hot. *
16 So then because thou art lukewarm, and neither cold nor hot, I will ᵇspew thee out of my mouth.
17 Because thou sayest, ᵃI am rich, and ᵇincreased with goods, and have need of nothing; and knowest not that thou art wretched, and miserable, and poor, and blind, and naked:*
18 I counsel thee ᵃto buy of me gold tried in the fire, that thou mayest be rich; and ᵇwhite ᶜraiment, that thou mayest be clothed, and that the shame of thy nakedness ᵈdo not appear; and anoint thine eyes with eyesalve, that thou mayest see.
19 ᵃAs many as I love, I rebuke and ᵇchasten: be zealous therefore, and repent.
20 Behold, ᵃI stand at the door,

*Col. 1:15*
*Rev. 3:1*
*¹or not cold nor hot*
*Matt. 12:8; Rev. 16:11.*
*Matt. 5:3;*
*1 Cor. 4:8*
*refined*
*²garments*
*Rev. 3:5*
*Rev. 5:17*
*Prov. 3:12;*
*Heb. 12:6*
*20 ¹Song 5:2*
*Luke 12:36, 37;*
*John 10:3*
*14:23*

and knock: ᵇif any man hear my voice, and open the door, ᶜI will come in to him, and will ᵈsup with him, and he with me.*
21 To him that overcometh will I grant to sit with me in my throne, even as I also overcame, and am set down with my Father ᵃin his throne.
22 ᵃHe that hath an ear, let him hear what the Spirit saith unto the churches.

## CHAPTER 4

### Around God's throne

AFTER this I looked, and, behold, a door ᵃwas ᵇopened in heaven: and the first voice which I heard ᶜwas as it were of a ᵈtrumpet talking with me; which said, Come up hither, and I will show thee things which must be hereafter.*
2 And immediately ᵃI was in the ᵇspirit: and, behold, ᵇa throne

3:14. **Laodicea** was located about 50 miles southeast of Philadelphia, in the Lycus River valley near Colosse and Hierapolis (cf. Col. 4:13–16). Its name means "People Ruling" and represents the age of the unbelieving, materialistic church (cf. Col. 2:1). Christ is the beginning of the creation of God (cf. John 1:3; Col. 1:16). He is the origin and source of God's creation (cf. Col. 1:15–18) and the head of the new creation (cf. 2 Cor. 5:17).

3:15, 16. The church is likened to **lukewarm** water, or as being virtually worthless. Christ says He will "spew them out, or eject them from His company. The hot waters of nearby Hierapolis were known for their medicinal qualities. **Laodicea** was known for its cold, pure water. But **Laodicea** was forced to receive water by aqueduct from other areas. By the time it arrived at Laodicea it was lukewarm and provoked nausea. The **works** of the Laodicean church were as worthless as the city's lukewarm water. The description does not refer to a backslidden condition, but rather to their lack of genuine faith.

3:17–18. **Laodicea** was famous for its wealth, its bankers, its medical school, its popular eyesalve, and its textile industry. Christ says that spiritually the people of the church are **poor**, **blind**, and **naked**. True wealth is found only in God's grace. This church had no spiritual value because of its lack of genuine faith and of spiritual understanding.

3:20–22. In light of the spiritual insensitivity of the Laodiceans described in verses 17, 18, the invitation of Christ seems to be evangelistically addressed to individual members of an apostate church, so they might receive Christ genuinely as Savior and Lord (cf. John 1:12; 10:27). To **sup** (dine) means to have fellowship (cf. Luke 22:30; John 14:23) and to enjoy Christ's blessings. The promise to **sit** with Christ in His **throne** refers to reigning with Christ in His kingdom (cf. Matt. 19:28; Rev. 20:4, 22:1). Verse 22 contains the last reference to the church before chapter 22, implying that the Rapture will occur before the events of chapters 4–19 and thus that the church will not be present on earth during the Great Tribulation.

4:1–5:14. The third major section of Revelation begins here: "the things which shall be hereafter" (1:19). Chapters 4 and 5 establish Christ's right and authority to act as the Judge of the earth. God on His throne invests the Lion of the tribe of Judah with the scroll (4:1–5:14). He discloses the judgments coming out of His redeeming work as the Lamb.

4:1. The phrases **after this** and **things which must be hereafter** move to the future—beyond the age of the church. The **door** signifies entrance by way of revelation into heaven. Chapters 4 and 5 picture a heavenly scene. The command **Come up hither** probably does not refer specifically to the Rapture, but rather to the change in scene for John. The **trumpet** signifies an authoritative voice.

---

was set in heaven, and one sat on the throne.*
3 And ᵃhe that sat was to look upon like a jasper and a ᵇsardine stone: ᶜand there was a rainbow round about the throne, in ᵈsight like unto an emerald.
4 ᵃAnd round about the throne were four and twenty ᵇseats: and upon the ᶜseats I saw four and twenty elders sitting, ᵈclothed in white ᵉraiment; and they had on their heads crowns of gold.
5 And out of the throne proceeded ᵃlightnings and thunderings and voices: ᵇand there were seven lamps of fire burning before the throne, which are the seven Spirits of God.
6 And before the throne there ᵃwas a sea of glass like unto crystal: ᵇand in the midst of the throne, and round about the throne, were four ᶜbeasts full of eyes ᵈbefore and behind.*
7 ᵃAnd the first beast was like a lion, and the second beast like a calf, and the third beast had a face as a man, and the fourth beast was like a flying eagle.
8 And the four beasts had each of them ᵃsix wings about him; and they were full of eyes within; and

*Ex. 5:8; Rev. 21:11*
*9:13–17; Ezek. 1:26; Rev. 10:1*
*²sardius*
*Rev. 3:4, 5*
*⁵thrones ⁴robes*
*Ex. 19:16; Rev. 8:5; 11:19; 16:18*
*2 Sam. 7:12; 1 Rev. 1:4*
*Ex. 38:8; Ezek. 1:22; Rev. 15:2*
*Ezek. 1:5; Rev. 4:8; 5:6; 6:1, 6; 7:11; 14:3; 15:7; 19:4 ⁴living creatures*
*Ezek. 1:18*
*10:14*
*Isa. 6:2; Rev. 6:3 ⁴Rev. 1:8 ⁴Rev. 1:4 ⁴cease*

they ᵇrest not day and night, saying, ᶜHoly, holy, holy, ᵈLord God Almighty, ᵉwhich was, and is, and is to come.
9 And when those ᵃbeasts give glory ᵇand honour and thanks to him that sat on the throne, ᶜwho liveth for ever and ever,*
10 ᵃThe four and twenty elders fall down before him that sat on the throne, and worship him that liveth for ever and ever, and cast their crowns before the throne, saying,
11 ᵃThou art worthy, O Lord, to receive glory and honor and power: ᵇfor thou hast created all things, and for thy pleasure they are and were created.

## REVELATION 5

## CHAPTER 5

### The sealed book

AND I saw in the right hand of him that sat on the throne ᵃa ᵇbook written within and on the backside, ᶜsealed with seven seals.*
2 And I saw a strong angel proclaiming with a loud voice, ᵈWho is worthy to open the book, and to loose the seals thereof?*

*Rev. 1:18*
*²living creatures*
*Ps. 47:7; 1 Tim. 1:17; Rev. 4:11; 11:16; 19:4 ⁴Rev. 1:18 ¹ ¹ ⁴Rev. 1:6; 5:12 ⁴Gen. 4:9; Isa. 1:3 ⁴Col. 1:16 ⁴by your will thou art*

*CHAPTER 5*
*1 Ezek. 2:9, 10; Zech. 5:1–4; Rev. 10:2 ⁴Isa. 29:11; Dan. 12:4 ⁴scroll*
*2 Rev. 4:11; 5:9*

4:2–5. In the **spirit** John sees God the Father sitting on His **throne in heaven** (cf. v. 8). The gems and the **rainbow** show the glory of God (cf. Ezek. 1:22–28). The 24 **elders** probably represent the entire redeemed church in heaven, which now reigns with Christ as a kingdom of priests in the millennial kingdom (cf. 20:4), and their **robes** and **crowns** show their reward from the judgment seat of Christ (cf. Rom. 14:10; 1 Cor. 3:12–15; 2 Cor. 5:10). The **white raiment** shows their righteousness, which has now been judged and purified. The number **four and twenty** represents the church and priests before God. David divided the Levitical priesthood into 24 sections (1 Chr. 24:7–18). Believers are seen here as a kingdom of priests (cf. 1:6). Old Testament saints are not included, since they will not be resurrected and rewarded until after the Tribulation period (cf. Dan. 12:1–3). The **seven lamps** or **seven Spirits** again symbolize the Holy Spirit of God (cf. 1:4).

4:6–8. The **four beasts** or living creatures (lit. "living ones") are probably angels (cf. Ezek. 10:15–22) who guard the throne of God. The eyes symbolize wisdom, and the **wings** depict movement. Their praise extols God's holiness and sovereignty. Isaiah's vision saw similar beings in the strength (cf. Ps. 103:20), the **calf** service (cf. Heb. 1:14), the **face** of a **man** intelligence (cf. Luke 2:52), and the **eagle** swiftness (cf. Dan. 9:21). The angelic vision has a strong allusion to Ezekiel 1:4–14.

4:9–11. All of heaven worship the Father. The angels extol His character, and the **elders** (church) extol His creative powers. God has the right to judge the world—that is, to reveal what is hidden in the scroll and to execute what is written. No man, literally, "No one," could be found among mankind or angels who had the authority to remove the "seals" and read the scroll.

5:1. Chapter 5 continues the vision of chapter 4. The **book** is a scroll with seven messages, each of which has been **sealed** with the authority of God. The breaking of the **seals** would reveal the message inside each part of the scroll. Scrolls normally had writing on only one side. This scroll is likely written on both sides (cf. Ezek. 2:9, 10), all being full (cf. 1 Kings 8:9).

5:2–4. Only one with the proper authority could open the **book** by loosing or removing its **seals** (cf. Is. 29:11). The question is, "Who has the right to judge the world?"—that is, to reveal what is hidden in the scroll and to execute what is written. No man, literally, "No one," could be found among mankind or angels who had the authority to remove the "seals" and read the scroll.

93. eye (literally or figuratively) by implication, visions; figuratively,
*Insert ¶ #*
envy (from the jealous side-glance) ⑯ Before → G1715 → émprosthen →
in front of (in place (literally or figuratively) or time): against, at, before,
(in presence, sight) of. ⑰ Behind → G3693 → opisthen → at the back,
back side, after-behind. Revelations 6:8 - And I looked, and behold
a pale horse: and his name, that sat on him was Death, and Hell
followed with him. And power was given unto them over the fourth part
of the earth, to kill with sword, and with hunger, and with death, and with

94 . the beasts of the earth. Revelations 12:1 - And there appeared
*Insert ¶ #*
a great wonder in heaven, a woman clothed with the sun, and
the moon under her feet, and upon her head a crown of twelve
stars. ① Wonder → G4592 → sēmeîon → an indication,
especially ceremonially or supernaturally. ② Heaven → G3772 →
ouranós → perhaps from G3735 which is to rise (through the
idea of elevation); by implication, happiness, power, eternity;
specially, the Gospel (Christianity) ③ Woman → G1135 → gynē →

95. a woman, especially a wife ④ Sun → G2246 → hélios →
*Insert ¶ #*
the sun, by implication, light : ⑤ Moon → G4582 → selēnē →
through the idea of attractiveness. ⑥ Head → G2776 → Kephalē →
in the sense of seizing, the head (as the part most readily taken hold
of), literally and figuratively. Revelations 12:2 - And she being
with child cried travailing in birth, and pained to be delivered.
Revelations 12:3 - And there appeared another wonder in heaven,
and behold a great red dragon having seven heads and ten
horns, and seven crowns upon his head. Revelations 12:4 - And

62
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

96. his tail drew the third part of the stars of heaven, and
Insert ¶ #
did cast them to the earth: and the dragon stood before
the woman which was ready to be delivered, for to
devour her child as soon as it was born. ① Earth → G1093 →
gē → country, earthly, ground, land, world. ② Dragon → G1404 →
drákōn → probably from an alternate form of (to look); a
fabulous kind of serpent (perhaps as supposed to fascinate)
③ Stood → G2476 → histēmi → abide, appoint, bring, continue

97. covenant, establish, hold up, lay, present, set(up)
Insert ¶ #
④ Devour → G2719 → Katesthió - to eat down, devour.
Revelations 12:5 → And she brought forth a man child,
who was to rule all nations with a rod of iron: and
her child was caught up unto God, and to his throne.
① Rule → G4165 → poimainó → to tend as a shepherd
of (figuratively, superviser) ② Nations → G1484 →
éthnos → a race (as of the same habit), ie. a tribe;

98. specially, a foreign (non-Jewish) one (usually, by
Insert ¶ #
implication, pagan): ③ Rod → G4464 → rhábdos → A
stick or wand (as a cudgel, a cane or a baton of royalty)
④ Child → G5043 → téknon → a child (as pro-
duced): child, daughter, son. ⑤ Up → G726 →
harpázō → to seize, catch (away, up), pluck,
pull, take (by force). ⑥ God → G2316 → théos →
of uncertain affinity, a magistrate ⑦ Throne →
G2362 → thrónos → a stately seat, power or

Civil Rights Complaint Pursuant to U.S.C. § 1983

99. or (concretely) a potentate. * Potentate = a monarch or ruler especially a autocratic one. * Autocratic ruler - rules with iron fist; they use fear and control to gain power over people. Revelations 12. 6 - And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. ① Fled → G5343 →

100. pheúgō → to run away (literally or figuratively); by implication, to shun, by analogy, to vanish. ② Wilderness → G2048 → érēmos → lonesome, (by implication) waste, solitary. ③ Place → G5117 → tópos → a spot, i.e. location (as a position, home, tract, etc.); figuratively, condition, opportunity. ④ God → G2316 → theós → a magistrate. ⑤ Feed → G5142 → strengthened from the base of (G5157 → to turn, revolution) through

101. the idea of convolution. * Convolution means a tortuous irregularity or elevation caused by the infolding of a structure upon itself (medical dictionary the free dictionary.com). Revelation 12:7 - And there was a war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels, ① War → G4171 → pólemos → (to bustle); warfare (literally or figuratively; a single encounter or a series) ② Heaven - G3772 → ouranós → heaven (as the abode of God) * Abode

104

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

102. means residence, house or home ③ Angel → G32 →
*Insert ¶ #*
ángelos → a messenger; by implication, a pastor.
④ Fought → G4170 → polemés → to be (engaged) in
warfare; i.e. to battle ⑤ Against → G2596 → Katá →
in varied relations (according to the case (genitive,
dative or accusative) with which it is joined):
Revelations 12:8 — And prevailed not: neither was
their place found any more in heaven. ① Prevailed →

103. G2480 → ischýo → to have (or exercise) force. ②
*Insert ¶ #*
Not → G3756 → ou → the absolute negative ③ Place →
G5117 → topos → spot ④ Found → G2147 → heurískō →
to find ⑤ Heaven → G3772 → ouranós → heaven
(as the abode of God) * Abode means residence, house, or home.
Revolution 12:9 — And the great dragon was cast out,
that old serpent, called the Devil, and Satan, which
deceiveth the whole world: he was cast out into the

104. earth, and his angels were cast out with him ① Out →
*Insert ¶ #*
G906 → bállō → to throw (in various applications, more or
less violent or intense). ② Serpent → G3789 → óphis →
(through the idea of sharpness of vision); a snake, figuratively,
(as a type of sly cunning) an artful malicious person, especially
Satan. ③ Devil → G1228 → diábolos → a traducer, false
accuser, slanderer. * Traduce means to make false or malicious
statements about someone in order to cause humiliation or disgrace.
④ Deceiveth → G4105 → planáō → to (properly, cause to) roam

Civil Rights Complaint Pursuant to U.S.C. § 1983

105. (from safety, truth, or virtue) ⑤ Whole → G3650 →
Insert ¶ #
hslos → "whole" or "all", i.e. complete (in extent, amount,
time or degree) ⑥ World → G3425 → oikouménē →
land, i.e. the (terrene part of the) globe; specially,
the Roman Empire. Revelation 12:10 – And I heard a
loud voice saying in heaven, Now is come salvation, and
strength, and the kingdom of our God and the power
of his Christ: for the accuser of our brethren is cast

106. down which accused them before our God day
Insert ¶ #
and night. ① Salvation → G4991 → sōtéria → rescue or
safety (physically or morally) ② Strength → G1411 → dynamis →
force, specially, miraculous power ③ Kingdom → G932 →
basileia → royalty, rule, or (concretely) a realm ④ Power →
G1849 → exousia → Privilege, force, capacity, competency,
freedom ⑤ Christ → G5547 → Christós → anointed;
the Messiah ⑥ Accuser → G2723 → kategoréō → to be

107 a plaintiff, to charge with some offence. Revelation
Insert ¶ #
12:11 – And they overcame him by the blood of the Lamb,
and by the word of their testimony; and they loved
not their lives unto the death. ① Overcame → G3528 →
nikáō → to subdue, conquer, overcome, prevail, get the victory.
② Blood → G129 → haima → the atoning blood of Christ;
by implication bloodshed ③ Lamb → G721 → arníon → lambkin →
Christ ④ Word → G3056 → lógos → something said (including
the thought) reasoning (the mental faculty) or motive, the Divine

108. Expression (i.e Christ) ② Testimony → G3141 - Martyria →
Insert ¶ #
evidence given (judicially or genitive case). Revelation 12:12
Therefore rejoice, ye heavens, and ye that dwell in them.
Woe to the inhabiters of the earth and of the sea! for
the devil is come down unto you having great wrath,
because he knoweth that he hath; but a short time.
Revelation 12:13 And when the dragon saw that he was
cast unto the earth, he persecuted the woman which

109. brought forth the man child. ① Persecuted → G1377 →
Insert ¶ #
to pursue (literally or figuratively) to persecute. Revelation 12:14
And to the woman we given two wings of a great eagle,
that she might fly into the wilderness, into her place,
where she is narished for a time, and times, and
half a time, from the face of the serpent: (See Revelation 12:6)
Revelation 12:15 And the serpent cast out of his mouth water
as a flood after the woman, that he might cause her to

110. be carried away of the flood ① Serpent → G3789 →
Insert ¶ #
óphis → (through the idea of sharpness of vision); a snake, (as a
type of sly cunning) an artful malicious person, especially Satan.
② Mouth → G4750 → stóma → by implication, language (and its relations),
figuratively, an opening (in the earth); specially, the front or edge (of a weapon)
③ Water → G5204 → hýdōr → water (as if rainy) literally
figuratively (G5205 → hyetós → to rain) (See Revelation 4:1 abur Crystal)
④ Flood → G4215 → potamós → a current, brook, or freshet (as drinkable)
running water. ⑤ Flood → G4216 → potamophórētos-Overwhelmed by stream

107
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

over waters to turn them to blood, and to smite the earth with all plagues, as often as they will.
7 And when they ᵃshall have finished their testimony, ᵇthe beast that ascendeth ᶜout of the bottomless pit ᵈshall make war against them, and shall overcome them, and kill them.*
8 And their dead bodies *shall lie* in the street of ᵃthe great city, which spiritually is called Sodom and Egypt, ᵇwhere also our Lord was crucified.
9 ᵃAnd they of the ¹people and ²kindreds and ³tongues and nations shall see their dead bodies three days and a half, ᵇand shall not ᶜsuffer their dead bodies to be put in graves.
10 ᵃAnd they that dwell upon the earth shall rejoice over them, and make merry, ᵇand shall send gifts one to another; ᶜbecause these two prophets tormented them that dwelt on the earth.
11 ᵃAnd after three days and a half ᵇthe ¹spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.*
12 And they heard a great voice from heaven saying unto them, Come up hither. ᵃAnd they ascended up to heaven ᵇin a cloud; ᶜand their enemies beheld them.
13 And the same hour ᵃwas there a great earthquake, ᵇand the tenth part of the city fell, and in the earthquake were slain of men seven thousand: and the remnant were affrighted, ᶜand gave glory to the God of heaven.
14 ᵃThe second woe is past; *and,* behold, the third woe cometh quickly.

*The seventh trumpet*

15 And ᵃthe seventh angel sounded; ᵇand there were great voices in heaven, saying, ᶜTHE KINGDOMS OF THIS WORLD ARE BECOME *THE KINGDOMS* OF OUR LORD, AND OF HIS CHRIST; ᵈAND HE SHALL REIGN FOR EVER AND EVER.*
16 And ᵃthe four and twenty elders, which sat before God on their ¹seats, fell upon their faces, and ᵇworshiped God,*
17 Saying, We give thee

*Continued from previous page*
harm for three-and-a-half years. Their miraculous powers are apparently for the purpose of authenticating their divine message (as in the case of Jesus and His apostles). Their message will be twofold: (1) Jesus is the Lamb of God (Savior); and (2) Jesus is the King (Ruler). The miracles show that the King is coming again to set up His kingdom, and therefore Israel must repent.

**11:7–10.** The **beast** from the **bottomless pit** is apparently the same as the "beast" from the sea in 13:1, the Antichrist or false messiah. His place of origin shows his demonic character and the control of Satan. At the end of the three-and-a-half years of preaching, the witnesses will finally be killed by the beast in the **great city**, identified as the place **where also our Lord was crucified.** This must be a reference to Jerusalem, at this time under Antichrist's control. As such it is called **Sodom,** referring to uncleanness and immorality, and **Egypt,** depicting oppression and bondage. Not allowing their **dead bodies** to be buried is the ultimate indignity. The unbelievers of the **earth,** having submitted to the authority of the Beast, will **rejoice,** because they hate the plagues and the message of the **two prophets** (cf. I [illegible] 18:17; John 16:20).

**11:11–14.** The two witnesses are brought back to **life,** and then taken up into **heaven.** Their **enemies** react in **fear,** since their resurrection is incontrovertible proof that their message was true and that Jesus is God and Messiah. An **earthquake** kills **seven thousand men.** (Compare the earthquake that opened tombs and allowed many to be raised at the time of Christ's death, Matt. 27:51–53.) The **remnant** are the "[illegible]st," those who are not killed by the earthquake. Many of them repent and give **glory to God.** The parenthesis begun with chapter 10 ends here. The **third woe** is the seventh trumpet, which **comes next** (v. 15).

**11:15.** The **seventh** trumpet results in the establishment of the millennial kingdom of Christ. The seven vials or bowls (16:1) are probably contained in the judgment of the seventh trumpet. They will occur in a very brief period of time at the end of the Great Tribulation. The second coming of Christ, while a great blessing for believers, will be God's most severe judgment of the earth. The **kingdoms of this world** will be completely overthrown by the coming kingdom of Christ (cf. 19:11–21; Dan. 2:34, 35, 44), who will **reign for ever and ever** (cf. Dan. 7:13, 14, 27).

**11:16–19. God** is **worshiped** by the **elders** because of what He promised is now accomplished. Their gratitude is for the establishment of the millennial kingdom (cf. 1 Cor. 15:24). The Gentile **nations** will be subjugated (cf. Ps. 2:1, 2). The wrath of God will take vengeance on His enemies

*Continued on next page*

thanks, O Lord God Almighty, ᵃwhich¹ art, and wast, and art to come; because thou hast taken to thee thy great power, ᵇand hast reigned.
18 And the nations were ᵃangry, and ¹thy wrath is come, and the time of the ᵇdead, that they should be judged, and that thou shouldest give reward unto thy servants the prophets, and to the saints, and them that fear thy name, small and great; and shouldest destroy them which destroy the earth.
19 And ᵃthe temple of God was opened in heaven, and there was seen in his temple the ark of his ¹testament: and ᵇthere were lightnings, and voices, and thunderings, and an earthquake, ᶜand great hail.

## CHAPTER 12

*The sun-clad woman*

AND there appeared a great ¹wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a ²crown of twelve stars:*
2 And she being with child cried, ᵃtravailing in birth, and ²pained to be ᵇdelivered.

*The great red dragon*

3 And there appeared another ¹wonder in heaven; and behold ᵃa great red dragon, having seven heads and ten horns, and seven ²crowns upon his heads.*
4 And ᵃhis tail drew the third part ᵇof the stars of heaven, ᶜand did cast them to the earth: and the dragon stood ᵈbefore the woman which was ready to ¹be delivered, ᵉfor to devour her child as soon as it was born.

*The man child*

5 And she brought forth a ¹man child, ᵃwho was to rule all nations with a rod of iron: and her child was ᵇcaught up unto God, and *to* his throne.*
6 And ᵃthe woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there ᵇa thousand two hundred *and* ¹threescore days.

*Michael*

7 And there was war in heaven: ᵃMichael and his angels

*Continued from previous page*
(cf. Ps. 2:5; 2 Thess. 1:7, 8). The **dead** of all ages will be **judged** at the future Great White Throne (20:11–15). Old Testament and Tribulation **saints** who have died will be raised and rewarded (cf. Is. 26:19, 20; Dan. 12:2; Matt. 25). Those who have tried to **destroy the earth** will themselves be destroyed by God (cf. 19:20, 21). **The ark of his testament** (covenant) is a symbol of the presence of God and of His faithfulness in fulfilling His covenant promises.

**12:1, 2.** Chapters 12–14 are explanatory prophecies that describe some of the major personages and movements of the latter half of the Tribulation period. The **woman** represents Israel, and her **child** is Christ, the Messiah (cf. 12:5; Is. 7:14; 9:6; 66:7, 8; Mic. 5:2; Rom. 9:4, 5). The woman is not the church, since the church did not bring forth Christ, but rather He brought forth the church. Her identification as the persecuted Jewish saints clearly proves that the church is not on earth during the Tribulation period. The **sun** depicts her as God's chosen nation. The **moon under her feet** alludes to God's promise of dominion, and the **crown of twelve stars** pictures royalty and relates to the 12 tribes of Israel. The **birth** pains refer to the period before the birth of Christ when Israel was waiting for redemption by the Messiah (cf. Rom. 8:22, 23).

**12:3, 4.** The **dragon** is identified as Satan in verse 9. His **red** color shows his murderous character (cf. John 8:44). His **seven heads** and **seven crowns** depict the completeness and universality of his power and influence (but cf. Ps. 74:14). His **ten horns** show Satan's connection with the fourth beast of Daniel 7 (vv. 7, 24) and with the Beast from the sea in chapter 13 of Revelation. **The third part of the stars of heaven** are probably the fallen angels who followed Satan in his original rebellion against God (cf. Is. 14:12–15; Ezek. 28:12–16; 2 Pet. 2:4; Jude 6). At the time of the birth of Christ, Satan was ready to kill Him (cf. Matt. 2:13–18).

**12:5, 6.** The **man child** is Christ, destined to **rule all** [illegible] the Messiah [illegible] Ps. 2:7–9). He was **caught up unto God, and to his throne** [illegible] ascension into heaven [illegible] Acts 1:9; 7:55). The **wilderness** represents anywhere outside [illegible]. During the last half of the Tribulation period (1,260 days = three-and-a-half years), Is[illegible] refuge among the Gentile nations, where God will care for her (perhaps through Gen[illegible] cf. Matt. [illegible]). Chronologically, verse 6 occurs after verses 7–12, and is equivalen[illegible]

page 103

## REVELATION 12

### 2000

fought *against the dragon, and the dragon fought and his angels,* [7] *8 and prevailed not; neither was* *their place found any more in heaven.* [8]

9 And *the great dragon was cast out,* that *old serpent, called the Devil, and Satan,* [which de]*ceiveth the whole world:* [9] *he was cast out into the earth, and his angels were cast out with him.* [10]

### The blood of the Lamb

10 And I heard a loud voice saying in heaven, [a]Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, [b]which accused them before our God day and night.

11 And *they overcame him by the blood of the Lamb,* [a]and by the word of their testimony; [b]and they loved not their lives unto the death.

12 Therefore, [a]rejoice, ye heavens, and ye that dwell in them.

**12:7–9.** The vision of **war in heaven** anticipates Satan's restriction to the earth during the last half of the Tribulation. **Michael** the archangel is the leader of God's holy angels (cf. Dan. 10:13, 21; 12:1; Jude 9). Satan is the chief of the fallen angels. At the middle of the Tribulation period, God will empower Michael and his forces to **cast** Satan and his forces **out** of access to heaven, so that Satan must thereafter confine his activities to the earthly sphere. He is given four descriptive pictures here that emphasize his power as the enemy of God: (1) **serpent** connects him with the clever deception of Eve in Genesis 3; (2) **Devil** means "slanderer" (cf. v. 10); (4) **Satan** means "Adversary" (cf. 1 Pet. 5:8). He also **deceiveth the** ...

**12:10–12.** The words **salvation, strength** (Gr. *dunamis,* "power"), **kingdom,** and **power** (Gr. *exousia,* "authority") all refer to the coming of the millennial kingdom of **Christ.** ...

**12:13, 14.** Satan's persecution of Israel is apparently an attempt to exterminate God's chosen people ...

**12:15–17.** The **flood** symbolizes overwhelming evil and persecution ...

---

## REVELATION 13

### 2001

beast, saying, [a]Who is like unto the beast? [b]Who is able to make war with him?

5 And there was given unto him [a]a mouth speaking great things and blasphemies; and power was given unto him to continue [b]forty and two months.

6 And he opened his mouth in blasphemy against God, to blaspheme his name, [a]and his tabernacle, and them that dwell in heaven.[b]

7 And it was war with the saints, and to overcome them; [a]and [b]power was given him over all [c]kindreds, and tongues, and nations.

8 And all that dwell upon the earth shall worship him, [a]whose names are not written in the book of life of the Lamb slain [b]from the foundation of the world.

9 [a]If any man have an ear, let him hear.[b]

10 [a]He that leadeth into captivity [b]shall go into captivity: [c]he that killeth with the sword, [d]must be killed with the sword. [e]Here is the patience and the faith of the saints.

### CHAPTER 13

### The first beast

AND I stood upon the sand of the sea, and saw [a]a beast rise up out of the sea, [b]having seven heads and ten horns, and upon his horns ten crowns, and upon his heads [c]the [d]name of blasphemy.[e]

2 And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the [a]dragon gave him his power, and his [b]seat, and great authority.

3 And I saw one of his heads [a]as it were wounded to death; and his deadly wound was healed: and [b]all the world [c]wondered after the beast.

4 And they worshipped the dragon which gave [a]power unto the beast: and they worshipped the beast, saying, [b]Who is like unto the

**13:1, 2.** The **sea** here represents the Gentile nations of the world, from which this **beast** comes. The **Beast** is the Antichrist, the false messiah (cf. Matt. 24:5, 24; John 2:18). He is the final Gentile world ruler, who will be known as the little horn (Dan. 7:8), the willful king (Dan. 11:36), the coming prince (Dan. 9:26), and the man of sin (2 Thess. 2:3). In Revelation, he is both a person and an empire. The description of the Beast connects it closely both to the **dragon** (Satan, 12:3) and to the fourth beast of Daniel 7 (the Roman Empire, Dan. 7:7, 23) ...

**13:3–8.** The unbelievers of the world will be deceived into believing that the Beast is a god (cf. 2 Thess. 2:4, 11). Only those whose **names** are **written** in the book of life will refuse to **worship** the Beast ...

## REVELATION 13

**The second beast**

11 And I beheld another beast, *coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon.*

12 And he exerciseth all the 'power of the first beast *before him, and causeth the earth and them which dwell therein to worship the first beast, *whose deadly wound was healed.

13 And he *doeth great 'wonders, *so that he maketh fire come down from heaven on the earth in the sight of men,*

14 *And deceiveth them that dwell on the earth *by the means of those miracles which he *had power to do in the sight of the beast; saying to them that dwell on

the earth, that they should make an image to the beast, which had the wound by a sword, *and did live.

15 And he had power to give life unto the image of the beast, that the image of the beast should both speak, *and cause that as many as would not worship the image of the beast should be killed.

16 And he causeth all, *both small and great, rich and poor, free and 'bond, *to receive a mark in their right hand, or in their foreheads:*

17 And that no man might buy or sell, *save he that had the mark, *or the name of the beast, *or the number of his name.

18 *Here is wisdom. Let him that hath 'understanding count

**13:11, 12.** The **second beast** is the False Prophet (cf. 16:13; 19:20; 20:10), whose role is to bring people to **worship the first beast**. He is a deceiver (cf. v. 14). His **two horns like a lamb** represent an attempt to give the impression of gentle harmlessness (cf. Matt. 7:15). His **dragon**-speech depicts his true character. He is the political ruler. His priestly role identifies him as a religious power or leader. He promotes global worship of the Antichrist.

**13:13-15.** The False Prophet **deceiveth** the unbelievers of the **earth** by means of **wonders** and **miracles** ("the" final "sign"). With a display of satanic **power**, he will produce the miracles of Elijah (cf. 2 Thess. 2:9-11), accomplished through satanic power. He will lead people to worship a false messiah (cf. Matt. 24:24). The **image** of the Beast will be set up in Jerusalem for the **worship** of the Beast (cf. 2 Thess. 2:4, 9, 11). Jesus **speak** is a satanic miracle. The people of the earth must either worship the **image** of the beast or **be killed**. There will be no room in the Beast's empire for religious freedom.

**13:16-18.** Only unbelievers will receive the **mark of the beast**. The "mark" will be placed either on their **right hand** or on their **forehead**, both very visible places. No one will be able to **buy or sell** anything without having this **mark** of the **Beast**. The word **mark** (Gr. *charagma*) is often used to describe an image, stamp, or brand. The **mark of the beast** (either 17:29). According to verse 17, the **mark** of the beast may be (1) the **name of the beast** (666); or (3) an image or other representation of the **Beast's name** (666); or (3) an **number** of the Beast. The **number of a man** (Gr. *anthropos*, "man" or "mankind"). This number may be (1) the 888 is the sum of imperfection or humanity (666, the evil trinity, rather than 777, the holy Trinity—also which will be recognized by believers as the number of the Antichrist's name. The Hebrew spelling of Caesar Nero (*Kaisar Neron*), who prefigured the Antichrist in his evil actions (cf. Antiochus Epiphanes in Daniel 8).

### False Prophet

**13:11.** The chief religious figure in the world during the Tribulation years is identified in Scripture as the **False Prophet** or the **second beast**. He will apparently be a Jew, influential in religious affairs, motivated by Satan, having authority delegated to him promoting the worship of the Antichrist, authenticating his ministry with signs and wonders, successfully deceiving the unbelieving world, promoting false worship, having the power of death, having authority over commerce, and having an identifying physical mark. **Illustration:** As the Antichrist, whose purpose... so will Satan send the Holy Spirit to accomplish His... tians should recognize Satan's attempts to counterfeit... therefore should guard themselves with biblical doctrine. (First Reference, Rev. 13:11-18; cf. Matt. 17:11.)

---

the number of the beast: *for it is the number of a man; and his number is six hundred threescore and six.

## CHAPTER 14

**The Lamb**

AND I looked, and, lo, a *Lamb stood on the mount Zion, and with him a hundred forty and four thousand, *having his Father's name 'written in their foreheads.

2 And I heard a voice from heaven, *as the voice of many waters, and as the voice of a great thunder: and I heard the voice of *harpers harping with their harps:

3 And they sung as it were a new song before the throne, and before the four 'beasts, and the elders: and no man could learn that song *but the hundred and forty and four thousand, which *were redeemed from the earth.

4 *These are they which were not defiled with women; *for they are virgins. These are they 'which follow the Lamb whithersoever he goeth. These *were redeemed from

## REVELATION 14

among men, *being the first fruits unto God and to the Lamb.

5 And *in their mouth was found no *guile: for *they are without fault before the throne of God.

**The messages of the angels**

6 And I saw another angel 'fly in the midst of heaven, having the everlasting gospel to preach unto them that dwell on the earth, *and to every nation, and 'kindred, and tongue, and people,

7 Saying with a loud voice, *Fear God, and give glory to him; for the hour of his judgment is come: *and worship him that made heaven, and earth, and the sea, and the fountains of waters.

8 And there followed another angel, saying, *Babylon is fallen, is fallen, that great city, because *she made all nations drink of the wine of the wrath of her fornication.

9 And the third angel followed them, saying with a loud voice, *If any man worship the beast and his image, and receive *his 'mark in his forehead, or in his hand,

10 The same *shall drink of the

**14:1.** The **Lamb** is Christ, and **mount Zion** is the location of Jerusalem. It may refer either to the "heavenly" Jerusalem (cf. 21:2; Heb. 12:22), or to the earthly Jerusalem during the Millennium. The **144,000** are the same as in chapter 7. Chapter 14 is designed to give encouragement concerning the certainty of Christ's victory over the Beast.

**14:2-5.** The 144,000 sing a **new song** of worship and redemption. The **four beasts** and **elders** are the same as in chapter 4 (cf. 4:4). That the 144,000 are **not defiled with women** may indicate either (literally) celibacy and sexual purity (refusal to submit to the false religious system of the False Prophet). They **follow the Lamb** and reign with Him. As the **first fruits** of the **redeemed**, they are the first to be set aside for the Tribulation period concerning himself (cf. Rom. 1:25; 2 Thess. 2:4, 11). That they are **without fault** or blemish means that they ethically follow Christ (cf. Eph. 1:4, 5:27; Phil. 2:15; Col. 1:22; 1 Pet. 1:19; Jude 24).

**14:6-8.** The **everlasting gospel** is the good news that Christ will and the Beast will be judged. Positively, it focuses on redemption through Christ and the coming of His kingdom. Negatively, it has three parts: (1) the **hour of ... judgment is come** (v. 7); (2) **Babylon is fallen** (v. 8); and (3) those who worship the beast will be punished "for ever" (vv. 9-11). The whole world is commanded to **fear God** and **worship** God and to **give glory to him**. The identity and destruction of "Babylon" is described in chapters 17 and 18. The announcement here anticipates later events.

**14:9-11.** Unbelievers during the Tribulation will receive the **mark of the beast** and **worship** him. They will receive God's eternal punishment in the **lake of fire** (cf. Matt. 25:41; Rev. 20:15). The **wine of the wrath of God** is God's righteous anger (cf. Job 21:20; Ps. 75:8; Is. 51:17; Jer. 25:15-38) **poured out** in full strength (**without mixture** or undiluted) on those who reject Christ. The **cup of his indignation** symbolizes the place of God's punishment of sinners. Their **torment** will take place in the presence of... even more intense and shameful. They will pay the eternal price of having chosen Satan and evil over God and righteousness.

page 70

Witches Star subliminally designed on water
opening! The night I found this I seen the manifestation
of the demonic Black Bird and the police showed up
with their lights on as if they already knew she was
there. The reason the demon manifested is because I heard
its sound and commanded it to show itself. I have a
witness who seen too.

This is located down
the street from
my house on
Broadway and
Imperial



Page 71



Case 2:22-cv-08817-CJC-MAR    Document 1    Filed 12/05/22    Page 108 of 208    Page ID #:108



Goats & Industry WitchCraft

## Zechariah 10    King James Version

**10** Ask ye of the LORD rain in the time of the latter rain; so the LORD shall make bright clouds, and give them showers of rain, to every one grass in the field.

**2** For the idols have spoken vanity, and the diviners have seen a lie, and have told false dreams; they comfort in vain: therefore they went their way as a flock, they were troubled, because there was no shepherd.

**3** Mine anger was kindled against the shepherds, and I punished the goats: for the LORD of hosts hath visited his flock the house of Judah, and hath made them as his goodly horse in the battle.

**4** Out of him came forth the corner, out of him the nail, out of him the battle bow, out of him every oppressor together.

**5** And they shall be as mighty men, which tread down their enemies in the mire of the streets in the battle: and they shall fight, because the LORD is with them, and the riders on horses shall be confounded.

**6** And I will strengthen the house of Judah, and I will save the house of Joseph, and I will bring them again to place them; for I have mercy upon them: and they shall be as though I had not cast them off: for I am the LORD their God, and will hear them.

**7** And they of Ephraim shall be like a mighty man, and their heart shall rejoice as through wine: yea, their children shall see it, and be glad; their heart shall rejoice in the LORD.

**8** I will hiss for them, and gather them; for I have redeemed them: and they shall increase as they have increased.

**9** And I will sow them among the people: and they shall remember me in far countries; and they shall live with their children, and turn again.

**10** I will bring them again also out of the land of Egypt, and gather them out of Assyria; and I will bring them into the land of Gilead and Lebanon; and place shall not be found for them.

**11** And he shall pass through the sea with affliction, and shall smite the waves in the sea, and all the deeps of the river shall dry up: and the pride of Assyria shall be brought down, and the sceptre of Egypt shall depart away.

**12** And I will strengthen them in the LORD; and they shall walk up and down in his name, saith the LORD.

‹ Zechariah 9                                                                                  Zechariah 11 ›

Page 73

**King James Version (KJV)**

Public Domain



Leviticus 18    King James Version

**18** And the LORD spake unto Moses, saying,

² Speak unto the children of Israel, and say unto them, I am the LORD your God.

³ After the doings of the land of Egypt, wherein ye dwelt, shall ye not do: and after the doings of the land of Canaan, whither I bring you, shall ye not do: neither shall ye walk in their ordinances.

⁴ Ye shall do my judgments, and keep mine ordinances, to walk therein: I am the LORD your God.

⁵ Ye shall therefore keep my statutes, and my judgments: which if a man do, he shall live in them: I am the LORD.

⁶ None of you shall approach to any that is near of kin to him, to uncover their nakedness: I am the LORD.

⁷ The nakedness of thy father, or the nakedness of thy mother, shalt thou not uncover: she is thy mother; thou shalt not uncover her nakedness.

⁸ The nakedness of thy father's wife shalt thou not uncover: it is thy father's nakedness.

⁹ The nakedness of thy sister, the daughter of thy father, or daughter of thy mother, whether she be born at home, or born abroad, even their nakedness thou shalt not uncover.

¹⁰ The nakedness of thy son's daughter, or of thy daughter's daughter, even their nakedness thou shalt not uncover: for theirs is thine own nakedness.

¹¹ The nakedness of thy father's wife's daughter, begotten of thy father, she is thy sister, thou shalt not uncover her nakedness.

¹² Thou shalt not uncover the nakedness of thy father's sister: she is thy father's near kinswoman.

¹³ Thou shalt not uncover the nakedness of thy mother's sister: for she is thy mother's near kinswoman.

¹⁴ Thou shalt not uncover the nakedness of thy father's brother, thou shalt not approach to his wife: she is thine aunt.

¹⁵ Thou shalt not uncover the nakedness of thy daughter in law: she is thy son's wife; thou shalt not uncover her nakedness.

¹⁶ Thou shalt not uncover the nakedness of thy brother's wife: it is thy brother's nakedness.

¹⁷ Thou shalt not uncover the nakedness of a woman and her daughter, neither shalt thou take her son's daughter, or her daughter's daughter, to uncover her nakedness; for they are her near kinswomen: it is wickedness.

¹⁸ Neither shalt thou take a wife to her sister, to vex her, to uncover her nakedness, beside the other in her life time.

Page 74

**19** Also thou shalt not approach unto a woman to uncover her nakedness, as long as she is put apart for her uncleanness.

**20** Moreover thou shalt not lie carnally with thy neighbour's wife, to defile thyself with her.

**21** And thou shalt not let any of thy seed pass through the fire to Molech, neither shalt thou profane the name of thy God: I am the LORD.

**22** Thou shalt not lie with mankind, as with womankind: it is abomination.

**23** Neither shalt thou lie with any beast to defile thyself therewith: neither shall any woman stand before a beast to lie down thereto: it is confusion.

**24** Defile not ye yourselves in any of these things: for in all these the nations are defiled which I cast out before you:

**25** And the land is defiled: therefore I do visit the iniquity thereof upon it, and the land itself vomiteth out her inhabitants.

**26** Ye shall therefore keep my statutes and my judgments, and shall not commit any of these abominations; neither any of your own nation, nor any stranger that sojourneth among you:

**27** (For all these abominations have the men of the land done, which were before you, and the land is defiled;)

**28** That the land spue not you out also, when ye defile it, as it spued out the nations that were before you.

**29** For whosoever shall commit any of these abominations, even the souls that commit them shall be cut off from among their people.

**30** Therefore shall ye keep mine ordinance, that ye commit not any one of these abominable customs, which were committed before you, and that ye defile not yourselves therein: I am the LORD your God.

‹ Leviticus 17                                                                                          Leviticus 19 ›

**King James Version (KJV)**

Public Domain

*Perversion is Not permitted by JEHOVAH*

Do Not Sell My Personal Information

*Page 75*



*Wickedness is not of Jehovah*

Leviticus 19      King James Version

**19** And the LORD spake unto Moses, saying,

² Speak unto all the congregation of the children of Israel, and say unto them, Ye shall be holy: for I the LORD your God am holy.

³ Ye shall fear every man his mother, and his father, and keep my sabbaths: I am the LORD your God.

⁴ Turn ye not unto idols, nor make to yourselves molten gods: I am the LORD your God.

⁵ And if ye offer a sacrifice of peace offerings unto the LORD, ye shall offer it at your own will.

⁶ It shall be eaten the same day ye offer it, and on the morrow: and if ought remain until the third day, it shall be burnt in the fire.

⁷ And if it be eaten at all on the third day, it is abominable; it shall not be accepted.

⁸ Therefore every one that eateth it shall bear his iniquity, because he hath profaned the hallowed thing of the LORD: and that soul shall be cut off from among his people.

⁹ And when ye reap the harvest of your land, thou shalt not wholly reap the corners of thy field, neither shalt thou gather the gleanings of thy harvest.

¹⁰ And thou shalt not glean thy vineyard, neither shalt thou gather every grape of thy vineyard; thou shalt leave them for the poor and stranger: I am the LORD your God.

¹¹ Ye shall not steal, neither deal falsely, neither lie one to another.

¹² And ye shall not swear by my name falsely, neither shalt thou profane the name of thy God: I am the LORD.

¹³ Thou shalt not defraud thy neighbour, neither rob him: the wages of him that is hired shall not abide with thee all night until the morning.

¹⁴ Thou shalt not curse the deaf, nor put a stumblingblock before the blind, but shalt fear thy God: I am the LORD.

¹⁵ Ye shall do no unrighteousness in judgment: thou shalt not respect the person of the poor, nor honor the person of the mighty: but in righteousness shalt thou judge thy neighbour.

¹⁶ Thou shalt not go up and down as a talebearer among thy people: neither shalt thou stand against the blood of thy neighbour; I am the LORD.

¹⁷ Thou shalt not hate thy brother in thine heart: thou shalt in any wise rebuke thy neighbour, and not suffer sin upon him.

¹⁸ Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I am the LORD.      *Page 76*

**19** Ye shall keep my statutes. Thou shalt not let thy cattle gender with a diverse kind: thou shalt not sow thy field with mingled seed: neither shall a garment mingled of linen and woollen come upon thee.

**20** And whosoever lieth carnally with a woman, that is a bondmaid, betrothed to an husband, and not at all redeemed, nor freedom given her; she shall be scourged; they shall not be put to death, because she was not free.

**21** And he shall bring his trespass offering unto the LORD, unto the door of the tabernacle of the congregation, even a ram for a trespass offering.

**22** And the priest shall make an atonement for him with the ram of the trespass offering before the LORD for his sin which he hath done: and the sin which he hath done shall be forgiven him.

**23** And when ye shall come into the land, and shall have planted all manner of trees for food, then ye shall count the fruit thereof as uncircumcised: three years shall it be as uncircumcised unto you: it shall not be eaten of.

**24** But in the fourth year all the fruit thereof shall be holy to praise the LORD withal.

**25** And in the fifth year shall ye eat of the fruit thereof, that it may yield unto you the increase thereof: I am the LORD your God.

**26** Ye shall not eat any thing with the blood: neither shall ye use enchantment, nor observe times.

**27** Ye shall not round the corners of your heads, neither shalt thou mar the corners of thy beard.

**28** Ye shall not make any cuttings in your flesh for the dead, nor print any marks upon you: I am the LORD.

**29** Do not prostitute thy daughter, to cause her to be a whore; lest the land fall to whoredom, and the land become full of wickedness.

**30** Ye shall keep my sabbaths, and reverence my sanctuary: I am the LORD.

**31** Regard not them that have familiar spirits, neither seek after wizards, to be defiled by them: I am the LORD your God.

**32** Thou shalt rise up before the hoary head, and honour the face of the old man, and fear thy God: I am the LORD.

**33** And if a stranger sojourn with thee in your land, ye shall not vex him.

**34** But the stranger that dwelleth with you shall be unto you as one born among you, and thou shalt love him as thyself; for ye were strangers in the land of Egypt: I am the LORD your God.

**35** Ye shall do no unrighteousness in judgment, in meteyard, in weight, or in measure.

**36** Just balances, just weights, a just ephah, and a just hin, shall ye have: I am the LORD your God, which brought you out of the land of Egypt.

**37** Therefore shall ye observe all my statutes, and all my judgments, and do them: I am the LORD.

< Leviticus 18                    Page 77                    *Wickedness is not of Jehovah*                    Leviticus 20 >

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 113 of 208   Page ID #:113

**Perversion is Abomination**

Leviticus 20    King James Version

**20** And the LORD spake unto Moses, saying,

**2** Again, thou shalt say to the children of Israel, Whosoever he be of the children of Israel, or of the strangers that sojourn in Israel, that giveth any of his seed unto Molech; he shall surely be put to death: the people of the land shall stone him with stones.

**3** And I will set my face against that man, and will cut him off from among his people; because he hath given of his seed unto Molech, to defile my sanctuary, and to profane my holy name.

**4** And if the people of the land do any ways hide their eyes from the man, when he giveth of his seed unto Molech, and kill him not:

**5** Then I will set my face against that man, and against his family, and will cut him off, and all that go a whoring after him, to commit whoredom with Molech, from among their people.

**6** And the soul that turneth after such as have familiar spirits, and after wizards, to go a whoring after them, I will even set my face against that soul, and will cut him off from among his people.

**7** Sanctify yourselves therefore, and be ye holy: for I am the LORD your God.

**8** And ye shall keep my statutes, and do them: I am the LORD which sanctify you.

**9** For every one that curseth his father or his mother shall be surely put to death: he hath cursed his father or his mother; his blood shall be upon him.

**10** And the man that committeth adultery with another man's wife, even he that committeth adultery with his neighbour's wife, the adulterer and the adulteress shall surely be put to death.

**11** And the man that lieth with his father's wife hath uncovered his father's nakedness: both of them shall surely be put to death; their blood shall be upon them.

**12** And if a man lie with his daughter in law, both of them shall surely be put to death: they have wrought confusion; their blood shall be upon them.

**13** If a man also lie with mankind, as he lieth with a woman, both of them have committed an abomination: they shall surely be put to death; their blood shall be upon them.

**14** And if a man take a wife and her mother, it is wickedness: they shall be burnt with fire, both he and they; that there be no wickedness among you.

**15** And if a man lie with a beast, he shall surely be put to death: and ye shall slay the beast.

**16** And if a woman approach unto any beast, and lie down thereto, thou shalt kill the woman, and the beast: they shall surely be put to death; their blood shall be upon them.

Page 78

**17** And if a man shall take his sister, his father's daughter, or his mother's daughter, and see her nakedness, and she see his nakedness; it is a wicked thing; and they shall be cut off in the sight of their people: he hath uncovered his sister's nakedness; he shall bear his iniquity.

**18** And if a man shall lie with a woman having her sickness, and shall uncover her nakedness; he hath discovered her fountain, and she hath uncovered the fountain of her blood: and both of them shall be cut off from among their people.

**19** And thou shalt not uncover the nakedness of thy mother's sister, nor of thy father's sister: for he uncovereth his near kin: they shall bear their iniquity.

**20** And if a man shall lie with his uncle's wife, he hath uncovered his uncle's nakedness: they shall bear their sin; they shall die childless.

**21** And if a man shall take his brother's wife, it is an unclean thing: he hath uncovered his brother's nakedness; they shall be childless.

**22** Ye shall therefore keep all my statutes, and all my judgments, and do them: that the land, whither I bring you to dwell therein, spue you not out.

**23** And ye shall not walk in the manners of the nation, which I cast out before you: for they committed all these things, and therefore I abhorred them.

**24** But I have said unto you, Ye shall inherit their land, and I will give it unto you to possess it, a land that floweth with milk and honey: I am the LORD your God, which have separated you from other people.

**25** Ye shall therefore put difference between clean beasts and unclean, and between unclean fowls and clean: and ye shall not make your souls abominable by beast, or by fowl, or by any manner of living thing that creepeth on the ground, which I have separated from you as unclean.

**26** And ye shall be holy unto me: for I the LORD am holy, and have severed you from other people, that ye should be mine.

**27** A man also or woman that hath a familiar spirit, or that is a wizard, shall surely be put to death: they shall stone them with stones: their blood shall be upon them.

< Leviticus 19

*Perversion is Abomination*

Leviticus 21 >

**King James Version (KJV)**

Public Domain

Do Not Sell My Personal Information

*Page 79*



Wickedness is not of Jehovah

Proverbs 6    King James Version

**6** My son, if thou be surety for thy friend, if thou hast stricken thy hand with a stranger,

**2** Thou art snared with the words of thy mouth, thou art taken with the words of thy mouth.

**3** Do this now, my son, and deliver thyself, when thou art come into the hand of thy friend; go, humble thyself, and make sure thy friend.

**4** Give not sleep to thine eyes, nor slumber to thine eyelids.

**5** Deliver thyself as a roe from the hand of the hunter, and as a bird from the hand of the fowler.

**6** Go to the ant, thou sluggard; consider her ways, and be wise:

**7** Which having no guide, overseer, or ruler,

**8** Provideth her meat in the summer, and gathereth her food in the harvest.

**9** How long wilt thou sleep, O sluggard? when wilt thou arise out of thy sleep?

**10** Yet a little sleep, a little slumber, a little folding of the hands to sleep:

**11** So shall thy poverty come as one that travelleth, and thy want as an armed man.

**12** A naughty person, a wicked man, walketh with a froward mouth.

**13** He winketh with his eyes, he speaketh with his feet, he teacheth with his fingers;

**14** Frowardness is in his heart, he deviseth mischief continually; he soweth discord.

**15** Therefore shall his calamity come suddenly; suddenly shall he be broken without remedy.

**16** These six things doth the LORD hate: yea, seven are an abomination unto him:

**17** A proud look, a lying tongue, and hands that shed innocent blood,

**18** An heart that deviseth wicked imaginations, feet that be swift in running to mischief,

**19** A false witness that speaketh lies, and he that soweth discord among brethren.

**20** My son, keep thy father's commandment, and forsake not the law of thy mother:

**21** Bind them continually upon thine heart, and tie them about thy neck.

**22** When thou goest, it shall lead thee; when thou sleepest, it shall keep thee; and when thou awakest, it shall talk with thee.

**23** For the commandment is a lamp; and the law is light; and reproofs of instruction are the way of life:

Page 80

**24** To keep thee from the evil woman, from the flattery of the tongue of a strange woman.

**25** Lust not after her beauty in thine heart; neither let her take thee with her eyelids.

**26** For by means of a whorish woman a man is brought to a piece of bread: and the adultress will hunt for the precious life.

**27** Can a man take fire in his bosom, and his clothes not be burned?

**28** Can one go upon hot coals, and his feet not be burned?

**29** So he that goeth in to his neighbour's wife; whosoever toucheth her shall not be innocent.

**30** Men do not despise a thief, if he steal to satisfy his soul when he is hungry;

**31** But if he be found, he shall restore sevenfold; he shall give all the substance of his house.

**32** But whoso committeth adultery with a woman lacketh understanding: he that doeth it destroyeth his own soul.

**33** A wound and dishonour shall he get; and his reproach shall not be wiped away.

**34** For jealousy is the rage of a man: therefore he will not spare in the day of vengeance.

**35** He will not regard any ransom; neither will he rest content, though thou givest many gifts.

<  Proverbs 5                                        Proverbs 7  >

**King James Version (KJV)**

Public Domain

*Wickedness is not of Jehovah*

Do Not Sell My Personal Information

*Page 81*



Avoid the Seductress

Proverbs 7    King James Version

**7** My son, keep my words, and lay up my commandments with thee.

**2** Keep my commandments, and live; and my law as the apple of thine eye.

**3** Bind them upon thy fingers, write them upon the table of thine heart.

**4** Say unto wisdom, Thou art my sister; and call understanding thy kinswoman:

**5** That they may keep thee from the strange woman, from the stranger which flattereth with her words.

**6** For at the window of my house I looked through my casement,

**7** And beheld among the simple ones, I discerned among the youths, a young man void of understanding,

**8** Passing through the street near her corner; and he went the way to her house,

**9** In the twilight, in the evening, in the black and dark night:

**10** And, behold, there met him a woman with the attire of an harlot, and subtil of heart.

**11** (She is loud and stubborn; her feet abide not in her house:

**12** Now is she without, now in the streets, and lieth in wait at every corner.)

**13** So she caught him, and kissed him, and with an impudent face said unto him,

**14** I have peace offerings with me; this day have I payed my vows.

**15** Therefore came I forth to meet thee, diligently to seek thy face, and I have found thee.

**16** I have decked my bed with coverings of tapestry, with carved works, with fine linen of Egypt.

**17** I have perfumed my bed with myrrh, aloes, and cinnamon.

**18** Come, let us take our fill of love until the morning: let us solace ourselves with loves.

**19** For the goodman is not at home, he is gone a long journey:

**20** He hath taken a bag of money with him, and will come home at the day appointed.

**21** With her much fair speech she caused him to yield, with the flattering of her lips she forced him.

**22** He goeth after her straightway, as an ox goeth to the slaughter, or as a fool to the correction of the stocks;

**23** Till a dart strike through his liver; as a bird hasteth to the snare, and knoweth not that it is for his life.

**24** Hearken unto me now therefore, O ye children, and attend to the words of my mouth.

**25** Let not thine heart decline to her ways, go not astray in her paths.

page 82

**26** For she hath cast down many wounded: yea, many strong men have been slain by her.

**27** Her house is the way to hell, going down to the chambers of death.

⟨ Proverbs 6                                                                                              Proverbs 8 ⟩

**King James Version (KJV)**

Public Domain

Avoid the Seductress

Do Not Sell My Personal Information

page 83



*Hear Wisdoms Cry*

Proverbs 8    King James Version

**8** Doth not wisdom cry? and understanding put forth her voice?

**2** She standeth in the top of high places, by the way in the places of the paths.

**3** She crieth at the gates, at the entry of the city, at the coming in at the doors.

**4** Unto you, O men, I call; and my voice is to the sons of man.

**5** O ye simple, understand wisdom: and, ye fools, be ye of an understanding heart.

**6** Hear; for I will speak of excellent things; and the opening of my lips shall be right things.

**7** For my mouth shall speak truth; and wickedness is an abomination to my lips.

**8** All the words of my mouth are in righteousness; there is nothing froward or perverse in them.

**9** They are all plain to him that understandeth, and right to them that find knowledge.

**10** Receive my instruction, and not silver; and knowledge rather than choice gold.

**11** For wisdom is better than rubies; and all the things that may be desired are not to be compared to it.

**12** I wisdom dwell with prudence, and find out knowledge of witty inventions.

**13** The fear of the LORD is to hate evil: pride, and arrogancy, and the evil way, and the froward mouth, do I hate.

**14** Counsel is mine, and sound wisdom: I am understanding; I have strength.

**15** By me kings reign, and princes decree justice.

**16** By me princes rule, and nobles, even all the judges of the earth.

**17** I love them that love me; and those that seek me early shall find me.

**18** Riches and honour are with me; yea, durable riches and righteousness.

**19** My fruit is better than gold, yea, than fine gold; and my revenue than choice silver.

**20** I lead in the way of righteousness, in the midst of the paths of judgment:

**21** That I may cause those that love me to inherit substance; and I will fill their treasures.

**22** The LORD possessed me in the beginning of his way, before his works of old.

**23** I was set up from everlasting, from the beginning, or ever the earth was.

**24** When there were no depths, I was brought forth; when there were no fountains abounding with water.

*Page 84*

25 Before the mountains were settled, before the hills was I brought forth:

26 While as yet he had not made the earth, nor the fields, nor the highest part of the dust of the world.

27 When he prepared the heavens, I was there: when he set a compass upon the face of the depth:

28 When he established the clouds above: when he strengthened the fountains of the deep:

29 When he gave to the sea his decree, that the waters should not pass his commandment: when he appointed the foundations of the earth:

30 Then I was by him, as one brought up with him: and I was daily his delight, rejoicing always before him;

31 Rejoicing in the habitable part of his earth; and my delights were with the sons of men.

32 Now therefore hearken unto me, O ye children: for blessed are they that keep my ways.

33 Hear instruction, and be wise, and refuse it not.

34 Blessed is the man that heareth me, watching daily at my gates, waiting at the posts of my doors.

35 For whoso findeth me findeth life, and shall obtain favour of the LORD.

36 But he that sinneth against me wrongeth his own soul: all they that hate me love death.

‹ Proverbs 7                                                                                            Proverbs 9 ›

**King James Version (KJV)**

Public Domain

Hear Wisdoms Cry

Do Not Sell My Personal Information

Page 85



Proverbs 9    King James Version

**9** Wisdom hath builded her house, she hath hewn out her seven pillars:

**2** She hath killed her beasts; she hath mingled her wine; she hath also furnished her table.

**3** She hath sent forth her maidens: she crieth upon the highest places of the city,

**4** Whoso is simple, let him turn in hither: as for him that wanteth understanding, she saith to him,

**5** Come, eat of my bread, and drink of the wine which I have mingled.

**6** Forsake the foolish, and live; and go in the way of understanding.

**7** He that reproveth a scorner getteth to himself shame: and he that rebuketh a wicked man getteth himself a blot.

**8** Reprove not a scorner, lest he hate thee: rebuke a wise man, and he will love thee.

**9** Give instruction to a wise man, and he will be yet wiser: teach a just man, and he will increase in learning.

**10** The fear of the LORD is the beginning of wisdom: and the knowledge of the holy is understanding.

**11** For by me thy days shall be multiplied, and the years of thy life shall be increased.

**12** If thou be wise, thou shalt be wise for thyself: but if thou scornest, thou alone shalt bear it.

**13** A foolish woman is clamorous: she is simple, and knoweth nothing.

**14** For she sitteth at the door of her house, on a seat in the high places of the city,

**15** To call passengers who go right on their ways:

**16** Whoso is simple, let him turn in hither: and as for him that wanteth understanding, she saith to him,

**17** Stolen waters are sweet, and bread eaten in secret is pleasant.

**18** But he knoweth not that the dead are there; and that her guests are in the depths of hell.

‹ Proverbs 8                                                                 Proverbs 10 ›

**King James Version (KJV)**

Public Domain                                     Page 86

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 122 of 208   Page ID #:122



Proverbs 10    King James Version

**10** The proverbs of Solomon. A wise son maketh a glad father: but a foolish son is the heaviness of his mother.

**2** Treasures of wickedness profit nothing: but righteousness delivereth from death.

**3** The LORD will not suffer the soul of the righteous to famish: but he casteth away the substance of the wicked.

**4** He becometh poor that dealeth with a slack hand: but the hand of the diligent maketh rich.

**5** He that gathereth in summer is a wise son: but he that sleepeth in harvest is a son that causeth shame.

**6** Blessings are upon the head of the just: but violence covereth the mouth of the wicked.

**7** The memory of the just is blessed: but the name of the wicked shall rot.

**8** The wise in heart will receive commandments: but a prating fool shall fall.

**9** He that walketh uprightly walketh surely: but he that perverteth his ways shall be known.

**10** He that winketh with the eye causeth sorrow: but a prating fool shall fall.

**11** The mouth of a righteous man is a well of life: but violence covereth the mouth of the wicked.

**12** Hatred stirreth up strifes: but love covereth all sins.

**13** In the lips of him that hath understanding wisdom is found: but a rod is for the back of him that is void of understanding.

**14** Wise men lay up knowledge: but the mouth of the foolish is near destruction.

**15** The rich man's wealth is his strong city: the destruction of the poor is their poverty.

**16** The labour of the righteous tendeth to life: the fruit of the wicked to sin.

**17** He is in the way of life that keepeth instruction: but he that refuseth reproof erreth.

**18** He that hideth hatred with lying lips, and he that uttereth a slander, is a fool.

**19** In the multitude of words there wanteth not sin: but he that refraineth his lips is wise.

**20** The tongue of the just is as choice silver: the heart of the wicked is little worth.

**21** The lips of the righteous feed many: but fools die for want of wisdom.

**22** The blessing of the LORD, it maketh rich, and he addeth no sorrow with it.

**23** It is as sport to a fool to do mischief: but a man of understanding hath wisdom.

_page 87_

24 The fear of the wicked, it shall come upon him: but the desire of the righteous shall be granted.

25 As the whirlwind passeth, so is the wicked no more: but the righteous is an everlasting foundation.

26 As vinegar to the teeth, and as smoke to the eyes, so is the sluggard to them that send him.

27 The fear of the LORD prolongeth days: but the years of the wicked shall be shortened.

28 The hope of the righteous shall be gladness: but the expectation of the wicked shall perish.

29 The way of the LORD is strength to the upright: but destruction shall be to the workers of iniquity.

30 The righteous shall never be removed: but the wicked shall not inhabit the earth.

31 The mouth of the just bringeth forth wisdom: but the froward tongue shall be cut out.

32 The lips of the righteous know what is acceptable: but the mouth of the wicked speaketh frowardness.

‹ Proverbs 9          Proverbs 11 ›

**King James Version (KJV)**

Public Domain

*Hear Wisdom*

*Do Not Sell My Personal Information*

*page 88*



## Proverbs 11    King James Version

**11** A false balance is abomination to the LORD: but a just weight is his delight.

**2** When pride cometh, then cometh shame: but with the lowly is wisdom.

**3** The integrity of the upright shall guide them: but the perverseness of transgressors shall destroy them.

**4** Riches profit not in the day of wrath: but righteousness delivereth from death.

**5** The righteousness of the perfect shall direct his way: but the wicked shall fall by his own wickedness.

**6** The righteousness of the upright shall deliver them: but transgressors shall be taken in their own naughtiness.

**7** When a wicked man dieth, his expectation shall perish: and the hope of unjust men perisheth.

**8** The righteous is delivered out of trouble, and the wicked cometh in his stead.

**9** An hypocrite with his mouth destroyeth his neighbour: but through knowledge shall the just be delivered.

**10** When it goeth well with the righteous, the city rejoiceth: and when the wicked perish, there is shouting.

**11** By the blessing of the upright the city is exalted: but it is overthrown by the mouth of the wicked.

**12** He that is void of wisdom despiseth his neighbour: but a man of understanding holdeth his peace.

**13** A talebearer revealeth secrets: but he that is of a faithful spirit concealeth the matter.

**14** Where no counsel is, the people fall: but in the multitude of counsellors there is safety.

**15** He that is surety for a stranger shall smart for it: and he that hateth suretiship is sure.

**16** A gracious woman retaineth honour: and strong men retain riches.

**17** The merciful man doeth good to his own soul: but he that is cruel troubleth his own flesh.

**18** The wicked worketh a deceitful work: but to him that soweth righteousness shall be a sure reward.

**19** As righteousness tendeth to life: so he that pursueth evil pursueth it to his own death.

**20** They that are of a froward heart are abomination to the LORD: but such as are upright in their way are his delight.

**21** Though hand join in hand, the wicked shall not be unpunished: but the seed of the righteous shall be delivered.

**22** As a jewel of gold in a swine's snout, so is a fair woman which is without discretion.

**23** The desire of the righteous is only good: but the expectation of the wicked is wrath.

Page 89

**24** There is that scattereth, and yet increaseth; and there is that withholdeth more than is meet, but it tendeth to poverty.

**25** The liberal soul shall be made fat: and he that watereth shall be watered also himself.

**26** He that withholdeth corn, the people shall curse him: but blessing shall be upon the head of him that selleth it.

**27** He that diligently seeketh good procureth favour: but he that seeketh mischief, it shall come unto him.

**28** He that trusteth in his riches shall fall; but the righteous shall flourish as a branch.

**29** He that troubleth his own house shall inherit the wind: and the fool shall be servant to the wise of heart.

**30** The fruit of the righteous is a tree of life; and he that winneth souls is wise.

**31** Behold, the righteous shall be recompensed in the earth: much more the wicked and the sinner.

<   Proverbs 10                                                                 Proverbs 12   >

**King James Version (KJV)**

Public Domain



Do Not Sell My Personal Information

page 90



Proverbs 12    King James Version

**12** Whoso loveth instruction loveth knowledge: but he that hateth reproof is brutish.

**2** A good man obtaineth favour of the LORD: but a man of wicked devices will he condemn.

**3** A man shall not be established by wickedness: but the root of the righteous shall not be moved.

**4** A virtuous woman is a crown to her husband: but she that maketh ashamed is as rottenness in his bones.

**5** The thoughts of the righteous are right: but the counsels of the wicked are deceit.

**6** The words of the wicked are to lie in wait for blood: but the mouth of the upright shall deliver them.

**7** The wicked are overthrown, and are not: but the house of the righteous shall stand.

**8** A man shall be commended according to his wisdom: but he that is of a perverse heart shall be despised.

**9** He that is despised, and hath a servant, is better than he that honoureth himself, and lacketh bread.

**10** A righteous man regardeth the life of his beast: but the tender mercies of the wicked are cruel.

**11** He that tilleth his land shall be satisfied with bread: but he that followeth vain persons is void of understanding.

**12** The wicked desireth the net of evil men: but the root of the righteous yieldeth fruit.

**13** The wicked is snared by the transgression of his lips: but the just shall come out of trouble.

**14** A man shall be satisfied with good by the fruit of his mouth: and the recompence of a man's hands shall be rendered unto him.

**15** The way of a fool is right in his own eyes: but he that hearkeneth unto counsel is wise.

**16** A fool's wrath is presently known: but a prudent man covereth shame.

**17** He that speaketh truth sheweth forth righteousness: but a false witness deceit.

**18** There is that speaketh like the piercings of a sword: but the tongue of the wise is health.

**19** The lip of truth shall be established for ever: but a lying tongue is but for a moment.

**20** Deceit is in the heart of them that imagine evil: but to the counsellors of peace is joy.

**21** There shall no evil happen to the just: but the wicked shall be filled with mischief.

**22** Lying lips are abomination to the LORD: but they that deal truly are his delight.

**23** A prudent man concealeth knowledge: but the heart of fools proclaimeth foolishness.

*page 91*

Case 2:22-cv-08817-CJC-MAR    Document 1    Filed 12/05/22    Page 127 of 208    Page ID #:127

**24** The hand of the diligent shall bear rule: but the slothful shall be under tribute.

**25** Heaviness in the heart of man maketh it stoop: but a good word maketh it glad.

**26** The righteous is more excellent than his neighbour: but the way of the wicked seduceth them.

**27** The slothful man roasteth not that which he took in hunting: but the substance of a diligent man is precious.

**28** In the way of righteousness is life: and in the pathway thereof there is no death.

‹ Proverbs 11                                                                 Proverbs 13 ›

**King James Version (KJV)**

Public Domain

Right vs Wrong

Do Not Sell My Personal Information

page 92



Proverbs 13    King James Version

**13** A wise son heareth his father's instruction: but a scorner heareth not rebuke.

**2** A man shall eat good by the fruit of his mouth: but the soul of the transgressors shall eat violence.

**3** He that keepeth his mouth keepeth his life: but he that openeth wide his lips shall have destruction.

**4** The soul of the sluggard desireth, and hath nothing: but the soul of the diligent shall be made fat.

**5** A righteous man hateth lying: but a wicked man is loathsome, and cometh to shame.

**6** Righteousness keepeth him that is upright in the way: but wickedness overthroweth the sinner.

**7** There is that maketh himself rich, yet hath nothing: there is that maketh himself poor, yet hath great riches.

**8** The ransom of a man's life are his riches: but the poor heareth not rebuke.

**9** The light of the righteous rejoiceth: but the lamp of the wicked shall be put out.

**10** Only by pride cometh contention: but with the well advised is wisdom.

**11** Wealth gotten by vanity shall be diminished: but he that gathereth by labour shall increase.

**12** Hope deferred maketh the heart sick: but when the desire cometh, it is a tree of life.

**13** Whoso despiseth the word shall be destroyed: but he that feareth the commandment shall be rewarded.

**14** The law of the wise is a fountain of life, to depart from the snares of death.

**15** Good understanding giveth favour: but the way of transgressors is hard.

**16** Every prudent man dealeth with knowledge: but a fool layeth open his folly.

**17** A wicked messenger falleth into mischief: but a faithful ambassador is health.

**18** Poverty and shame shall be to him that refuseth instruction: but he that regardeth reproof shall be honoured.

**19** The desire accomplished is sweet to the soul: but it is abomination to fools to depart from evil.

**20** He that walketh with wise men shall be wise: but a companion of fools shall be destroyed.

**21** Evil pursueth sinners: but to the righteous good shall be repayed.

**22** A good man leaveth an inheritance to his children's children: and the wealth of the sinner is laid up for the just.

**23** Much food is in the tillage of the poor: but there is that is destroyed for want of judgment.

page 93

24 He that spareth his rod hateth his son: but he that loveth him chasteneth him betimes.

25 The righteous eateth to the satisfying of his soul: but the belly of the wicked shall want.

< Proverbs 12                                                                              Proverbs 14 >

**King James Version** (KJV)

Public Domain

Be Wise

Do Not Sell My Personal Information

page 94

Wisdom Builds in Character

## Proverbs 14    King James Version

**14** Every wise woman buildeth her house: but the foolish plucketh it down with her hands.

**2** He that walketh in his uprightness feareth the Lord: but he that is perverse in his ways despiseth him.

**3** In the mouth of the foolish is a rod of pride: but the lips of the wise shall preserve them.

**4** Where no oxen are, the crib is clean: but much increase is by the strength of the ox.

**5** A faithful witness will not lie: but a false witness will utter lies.

**6** A scorner seeketh wisdom, and findeth it not: but knowledge is easy unto him that understandeth.

**7** Go from the presence of a foolish man, when thou perceivest not in him the lips of knowledge.

**8** The wisdom of the prudent is to understand his way: but the folly of fools is deceit.

**9** Fools make a mock at sin: but among the righteous there is favour.

**10** The heart knoweth his own bitterness; and a stranger doth not intermeddle with his joy.

**11** The house of the wicked shall be overthrown: but the tabernacle of the upright shall flourish.

**12** There is a way which seemeth right unto a man, but the end thereof are the ways of death.

**13** Even in laughter the heart is sorrowful; and the end of that mirth is heaviness.

**14** The backslider in heart shall be filled with his own ways: and a good man shall be satisfied from himself.

**15** The simple believeth every word: but the prudent man looketh well to his going.

**16** A wise man feareth, and departeth from evil: but the fool rageth, and is confident.

**17** He that is soon angry dealeth foolishly: and a man of wicked devices is hated.

**18** The simple inherit folly: but the prudent are crowned with knowledge.

**19** The evil bow before the good; and the wicked at the gates of the righteous.

**20** The poor is hated even of his own neighbour: but the rich hath many friends.

**21** He that despiseth his neighbour sinneth: but he that hath mercy on the poor, happy is he.

**22** Do they not err that devise evil? but mercy and truth shall be to them that devise good.

**23** In all labour there is profit: but the talk of the lips tendeth only to penury.

**24** The crown of the wise is their riches: but the foolishness of fools is folly.

**25** A true witness delivereth souls: but a deceitful witness speaketh lies.

page 95

12/2/22, 2:12 PM   Proverbs 14 KJV - Every wise woman buildeth her house - Bible Gateway

**26** In the fear of the LORD is strong confidence: and his children shall have a place of refuge.

**27** The fear of the LORD is a fountain of life, to depart from the snares of death.

**28** In the multitude of people is the king's honour: but in the want of people is the destruction of the prince.

**29** He that is slow to wrath is of great understanding: but he that is hasty of spirit exalteth folly.

**30** A sound heart is the life of the flesh: but envy the rottenness of the bones.

**31** He that oppresseth the poor reproacheth his Maker: but he that honoureth him hath mercy on the poor.

**32** The wicked is driven away in his wickedness: but the righteous hath hope in his death.

**33** Wisdom resteth in the heart of him that hath understanding: but that which is in the midst of fools is made known.

**34** Righteousness exalteth a nation: but sin is a reproach to any people.

**35** The king's favour is toward a wise servant: but his wrath is against him that causeth shame.

< Proverbs 13                                                                 Proverbs 15 >

**King James Version (KJV)**

Public Domain

Wisdom builds in Character

Do Not Sell My Personal Information

Page 96



James 4    King James Version

**4** From whence come wars and fightings among you? come they not hence, even of your lusts that war in your members?

**2** Ye lust, and have not: ye kill, and desire to have, and cannot obtain: ye fight and war, yet ye have not, because ye ask not.

**3** Ye ask, and receive not, because ye ask amiss, that ye may consume it upon your lusts.

**4** Ye adulterers and adulteresses, know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God.

**5** Do ye think that the scripture saith in vain, The spirit that dwelleth in us lusteth to envy?

**6** But he giveth more grace. Wherefore he saith, God resisteth the proud, but giveth grace unto the humble.

**7** Submit yourselves therefore to God. Resist the devil, and he will flee from you.

**8** Draw nigh to God, and he will draw nigh to you. Cleanse your hands, ye sinners; and purify your hearts, ye double minded.

**9** Be afflicted, and mourn, and weep: let your laughter be turned to mourning, and your joy to heaviness.

**10** Humble yourselves in the sight of the Lord, and he shall lift you up.

**11** Speak not evil one of another, brethren. He that speaketh evil of his brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.

**12** There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

**13** Go to now, ye that say, To day or to morrow we will go into such a city, and continue there a year, and buy and sell, and get gain:

**14** Whereas ye know not what shall be on the morrow. For what is your life? It is even a vapour, that appeareth for a little time, and then vanisheth away.

**15** For that ye ought to say, If the Lord will, we shall live, and do this, or that.

**16** But now ye rejoice in your boastings: all such rejoicing is evil.

**17** Therefore to him that knoweth to do good, and doeth it not, to him it is sin.

Case 2:22-cv-08817-CJC-MAR   Document 1   Filed 12/05/22   Page 133 of 208   Page ID #:133



*Humble is the way*

James 5     King James Version

**5** Go to now, ye rich men, weep and howl for your miseries that shall come upon you.

2 Your riches are corrupted, and your garments are motheaten.

3 Your gold and silver is cankered; and the rust of them shall be a witness against you, and shall eat your flesh as it were fire. Ye have heaped treasure together for the last days.

4 Behold, the hire of the labourers who have reaped down your fields, which is of you kept back by fraud, crieth: and the cries of them which have reaped are entered into the ears of the Lord of sabaoth.

5 Ye have lived in pleasure on the earth, and been wanton; ye have nourished your hearts, as in a day of slaughter.

6 Ye have condemned and killed the just; and he doth not resist you.

7 Be patient therefore, brethren, unto the coming of the Lord. Behold, the husbandman waiteth for the precious fruit of the earth, and hath long patience for it, until he receive the early and latter rain.

8 Be ye also patient; stablish your hearts: for the coming of the Lord draweth nigh.

9 Grudge not one against another, brethren, lest ye be condemned: behold, the judge standeth before the door.

10 Take, my brethren, the prophets, who have spoken in the name of the Lord, for an example of suffering affliction, and of patience.

11 Behold, we count them happy which endure. Ye have heard of the patience of Job, and have seen the end of the Lord; that the Lord is very pitiful, and of tender mercy.

12 But above all things, my brethren, swear not, neither by heaven, neither by the earth, neither by any other oath: but let your yea be yea; and your nay, nay; lest ye fall into condemnation.

13 Is any among you afflicted? let him pray. Is any merry? let him sing psalms.

14 Is any sick among you? let him call for the elders of the church; and let them pray over him, anointing him with oil in the name of the Lord:

15 And the prayer of faith shall save the sick, and the Lord shall raise him up; and if he have committed sins, they shall be forgiven him.

16 Confess your faults one to another, and pray one for another, that ye may be healed. The effectual fervent prayer of a righteous man availeth much.

17 Elias was a man subject to like passions as we are, and he prayed earnestly that it might not rain: and it rained not on the earth by the space of three years and six months.

*page 98*

**18** And he prayed again, and the heaven gave rain, and the earth brought forth her fruit.

**19** Brethren, if any of you do err from the truth, and one convert him;

**20** Let him know, that he which converteth the sinner from the error of his way shall save a soul from death, and shall hide a multitude of sins.

< James 4     1 Peter 1 >

**King James Version (KJV)**

Public Domain

Humble is the Way

Do Not Sell My Personal Information

page 99

Case 2:22-cv-08817-CJC-MAR    Document 1    Filed 12/05/22    Page 135 of 208    Page ID #:135



Selfless not Selfish

## Hebrews 2    King James Version

**2** Therefore we ought to give the more earnest heed to the things which we have heard, lest at any time we should let them slip.

[2] For if the word spoken by angels was stedfast, and every transgression and disobedience received a just recompence of reward;

[3] How shall we escape, if we neglect so great salvation; which at the first began to be spoken by the Lord, and was confirmed unto us by them that heard him;

[4] God also bearing them witness, both with signs and wonders, and with divers miracles, and gifts of the Holy Ghost, according to his own will?

[5] For unto the angels hath he not put in subjection the world to come, whereof we speak.

[6] But one in a certain place testified, saying, What is man, that thou art mindful of him? or the son of man that thou visitest him?

[7] Thou madest him a little lower than the angels; thou crownedst him with glory and honour, and didst set him over the works of thy hands:

[8] Thou hast put all things in subjection under his feet. For in that he put all in subjection under him, he left nothing that is not put under him. But now we see not yet all things put under him.

[9] But we see Jesus, who was made a little lower than the angels for the suffering of death, crowned with glory and honour; that he by the grace of God should taste death for every man.

[10] For it became him, for whom are all things, and by whom are all things, in bringing many sons unto glory, to make the captain of their salvation perfect through sufferings.

[11] For both he that sanctifieth and they who are sanctified are all of one: for which cause he is not ashamed to call them brethren,

[12] Saying, I will declare thy name unto my brethren, in the midst of the church will I sing praise unto thee.

[13] And again, I will put my trust in him. And again, Behold I and the children which God hath given me.

[14] Forasmuch then as the children are partakers of flesh and blood, he also himself likewise took part of the same; that through death he might destroy him that had the power of death, that is, the devil;

[15] And deliver them who through fear of death were all their lifetime subject to bondage.

[16] For verily he took not on him the nature of angels; but he took on him the seed of Abraham.

[17] Wherefore in all things it behoved him to be made like unto his brethren, that he might be a merciful and faithful high priest in things pertaining to God, to make reconciliation for the sins of the people.

Page 100

**18** For in that he himself hath suffered being tempted, he is able to succour them that are tempted.

❮ Hebrews 1                                                              Hebrews 3 ❯

**King James Version** **(KJV)**

Public Domain

Selfless not Selfish

Do Not Sell My Personal Information

page 101



## Hebrews 3    King James Version

**3** Wherefore, holy brethren, partakers of the heavenly calling, consider the Apostle and High Priest of our profession, Christ Jesus;

2 Who was faithful to him that appointed him, as also Moses was faithful in all his house.

3 For this man was counted worthy of more glory than Moses, inasmuch as he who hath builded the house hath more honour than the house.

4 For every house is builded by some man; but he that built all things is God.

5 And Moses verily was faithful in all his house, as a servant, for a testimony of those things which were to be spoken after;

6 But Christ as a son over his own house; whose house are we, if we hold fast the confidence and the rejoicing of the hope firm unto the end.

7 Wherefore (as the Holy Ghost saith, To day if ye will hear his voice,

8 Harden not your hearts, as in the provocation, in the day of temptation in the wilderness:

9 When your fathers tempted me, proved me, and saw my works forty years.

10 Wherefore I was grieved with that generation, and said, They do alway err in their heart; and they have not known my ways.

11 So I sware in my wrath, They shall not enter into my rest.)

12 Take heed, brethren, lest there be in any of you an evil heart of unbelief, in departing from the living God.

13 But exhort one another daily, while it is called To day; lest any of you be hardened through the deceitfulness of sin.

14 For we are made partakers of Christ, if we hold the beginning of our confidence stedfast unto the end;

15 While it is said, To day if ye will hear his voice, harden not your hearts, as in the provocation.

16 For some, when they had heard, did provoke: howbeit not all that came out of Egypt by Moses.

17 But with whom was he grieved forty years? was it not with them that had sinned, whose carcases fell in the wilderness?

18 And to whom sware he that they should not enter into his rest, but to them that believed not?

19 So we see that they could not enter in because of unbelief.

Page 102

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

111. Here's a brief run down of my industry, ministry, and business experiences. I have been in the streets, done industry gigs, been to college, been in ministry, and been in business, etc. In 2008, I was 19 years old going into the industry field of modeling however I was told I had to sleep my way to the top but that didn't sit well with me because I had already dealt with molestation, incest, homosexuality,

112. rape, prostitution, sodomy, etc which began at a very young age (3 years old) so I wasn't willing to resort to such behavior in order to gain success. In late 2008, as I was attending Cerritos College a man approached me and began to minister to me the Word of God. This preacher told me, that "Jesus died on the Cross for my sins, that Jesus loved me, and that Jesus had a purpose in my life for

113. all the pain I endured." He went further to speak to me about things that I was wrestling with and at that moment I wanted The God he served because that was the same God my grandmother served. I always prayed that God would save me before He took my grandma and that day God was answering my prayer. I went with The Man of God to church which was called Jesus Is The Answer for bible study and after bible study I chose to join their church. Also, that night I got baptized,

Civil Rights Complaint Pursuant to U.S.C. § 1983

114. the preacher tarried with me, and I received the
*Insert ¶ #*
infilling of the Holy Spirit. That feeling was beyond
what I had ever experienced and I wanted more of
Jesus; I was speaking in tongues like I grew up watching
my grandmother do at intercessory prayer. It was amazing
because now I understood that God heard my prayers even
in my darkest nights when others rejected me because of
my struggles. My God, my God, EL ROI means God Sees Me!

115. In 2009, I got into ministry to do the work of an
*Insert ¶ #*
evangelist in the streets while pushing my daughter with me.
I had a burning desire to heal a broken people by introducing
them to the same Jesus that met me where I was at in my
life. As I did the work of an evangelist God began to save
people in the streets through me. Experiencing that was the
most beautiful feeling I had ever known and I wanted to
do more. Now, even though I was on fire for Jesus; there,

116. were areas in my life that still needed to be purified
*Insert ¶ #*
but that didn't stop me from sharing my faith. In fact, the
more I spent time in Gods Word, praising God, and sharing
my faith I began to see His healing manifest in many areas
of my life. However, just like Jesus said "I learned obedience
through the things I suffered". Being that I was young,
zealous, and on fire for God; there still was an enemy waging
war against my God given purpose so I ended up falling into
fornication and getting pregnant. I was devastated because

104
Page Number

117. I knew that I had to sit down in ministry until I gave

*Insert ¶ #*

birth to my child. Since the Bishop was a firm believer of The Word he suggested that I married my daughters father based on the scripture that says in I Corinthians 7:9 - But if they cannot contain, let them marry: For it is better to marry than to burn". However, God had a different agenda for me because as I was debating in my mind about what the Bishop suggested; God gave me a vision in the beginning of 2010 of

118. a man from Atlanta Georgia who did music and he

*Insert ¶ #*

was my ordained husband chosen by God (See exhibit Jesusaves #1 and Jesusaves #2). Well, I didn't marry my daughters father because the vision was too real for me to ignore. So instead, I continued sitting down and going to ministry classes until I had my daughter Miracle (whom the enemy attacked my womb most of my pregnancy; however, the doctors couldn't detect anything but a prophetess came to me and prayed over my

119. womb. Then she said that God said "I would have an easy

*Insert ¶ #*

labor because the enemy waged war against my child.") Well, Miracle was originally due August 27, 2010 which is a day after my birthday however I had been praying to see Prophetess Juanita Bynum from New York in California and God granted me my hearts desire. However, she was in California on August 27, 2010 and August 28, 2010 so now I had to pray that Miracle came early or later. Well, Miracle came on August 22, 2010 which was a day that I was at church and waiting

and in due time... bring it to pass. - Haggai

## Exhibit "Jesusaves#1"

### 2010 Vision

I seen a tall fair skin Man with a grey car. He was dating me and I ended up pregnant with a boy. After I ended up pregnant he came to church and professed his love for me and said "he wanted to marry me". After that I seen myself standing in front of thousands of people with a Microphone in My hand. Then the tall fair skin man came from backstage and we started tag teaming in front of the audience. As we were doing that I looked out into the crowd and saw people with their hands lifted in the air as they were worshipping God. I also seen Atlanta Georgia in My vision.

### 2011 Vision

I seen T leaving the lifestyle I seen myself marrying him. However I seen us living in two different houses and he was still messing around then I seen us getting married a living a normal life.

I visualized a powder pink wedding dress. I seen him wearing pink and burgundy as his tuxedo. I seen a flower girl walking down the isle. Thats when I seen us actually join together as one and become successful.

page 106

Extra chum #2

RE _____ II

own ¹parts, to turn them to blood, and to smite ¹the ⁵earth with all ⁶plagues, as often as they will.

7 ¹And when they ²shall have finished their testimony, ³the beast that ascendeth ⁴out of the bottomless pit ⁵shall make war against them, and shall overcome them, ⁶and kill them.

8 And their dead bodies *shall lie* in the street of the great city, which spiritually is called Sodom and Egypt, ⁶where also our Lord was crucified.

9 ¹And they of the ²people and ³tongues and na-tions ⁴shall see their dead bodies three days and a half, ⁵and shall not ⁵suffer their dead bodies to be put in graves.

10 ¹And they that dwell upon the earth shall rejoice over them, and make merry, ²and shall send gifts one to another; ³because these two prophets tormented them that dwelt on the earth.

11 ¹And after three days and a half ²the spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.

## Column 2 (1998 refs)

1998

¹ ⁴Luke 12:32.
²Rev. 12:1, 11.
³⁷:8. Rev. 9:1, 2.
⁴Rev. 9:2; Rev. 17:8.
13:7
⁵Rev. 12:8
⁶Rev. 17:15
⁵Heb. 13:12
Ps. 79:2, 3
⁶templar to³days wherlepsalms
*clthey*
¹⁰Rev. 12:12
⁹Neh. 8:10, 12
Esth. 9:19, 22
Rev. 18:10
¹¹Rev. 11:9
¹⁰Wisdom

¹²⁴Ez. 14:13 ⁵⁸
60:8; Acts 1:9
⁴Mk. 16:19
¹³Rev. 6:12;
Josh. 7:19; John
14:7; Dan. 2:47;
16:9; 19:7
¹⁴⁶Rev. 8:13;
¹⁵⁴Rev. 8:2; 10:7
Ex. 12:12; Rev.
11:19; Dan. 7:14
Dan. 2:44; 7:14,
27; Luke 1:33
¹⁶⁶Matt. 19:28;
⁶⁴Mat.Ex.4:an
pet
⁺⁷Matt. 10:28;
Rev. 4:4 ⁵Rev.
4:11, 5:9, 12, 14;
7:11 Wisdom

12 And they heard a great voice ¹from heaven saying unto them, ²Come up hither. And they ascended up to heaven ³in a cloud; ⁴and their enemies beheld them.

13 And the same hour ¹was there a great earthquake, ²and the tenth part of the city fell, and in the earthquake were slain of men seven thousand: and the remnant were affrighted, ³and gave glory to the God of heaven.

14 ¹The second woe is past; *and, behold,* the third woe cometh quickly.

### The seventh trumpet

15 ¹And ²the seventh angel ³sounded; ⁴and there were great voices in ⁵heaven, saying, ⁶The KINGDOMS OF THIS WORLD ARE BE-COME THE KINGDOMS OF OUR LORD, AND OF HIS CHRIST; ⁷AND HE SHALL REIGN FOR EVER AND EVER.

16 And ¹the four and twenty elders, which sat before God on their seats, fell upon their faces, and worshipped God,

17 Saying, We give thee

thanks, O Lord God Almighty, ¹which ²art, and wast, and art to come; ³because thou hast taken to thee thy great power, ⁴and hast reigned.

18 And the nations were ¹an-gry, and ²thy wrath is come, and the time of the ³dead, that they should be judged, and that thou shouldest give reward unto thy ser-vants the prophets, and to the saints, and them that fear thy name, small and great: and should-est destroy them which destroy the earth.

19 And the temple of God was opened in heaven, and there was seen in his temple the ark of his ¹testament: and ²there were light-nings, and ³voices, and thunder-ings, and an earthquake, ⁴and great hail.

### CHAPTER 12

*The sun-clothed woman*

AND ¹there appeared a great ²wonder in heaven; a woman ³clothed with the sun, and the moon under her feet, and upon her head a ⁴crown of twelve stars:⁵

2 And she being with child

## Column 5 (1999 refs)

1999

¹⁷⁴Rev. 19:5
¹⁸⁴Rev. 19:6 ¹who
*is and was and to*
¹⁹⁴Rev. 16:18; 4:5
³⁴Rev. 8:5, 9:5m.
7:10; Rev.
20:12; 13:1 Value
Isr. 16:21
voiceand

CHAPTER 12
1 *sign ¹garland*

2⁴Is. 26:17; 66:8-
9; Mic. 4:9; Gal.
4:19 *being in to*
her *to pain
to be deliver*
3 ⁴Rev. 13:1,
⁴:13, 7, 9 *sign*
red
4 ⁴Rev. 9:10, 19
12:9
*Dan. 8:10 ⁴Rev.
12:2 ⁶Is. 1:16*
*forth*
5 ⁴Ps.
7:14; 9:6; Rev.
2:27; 19:15
*Matt. 24:31.
Acts 1:9-11
male*
6 ⁴Rev. 12:4, 14.
*Rev. 11:3; 13:5*

7⁴Dan. 10:13, 21
12:1; Jude 9

## REVELATION 12

cried, ¹travailing² in birth, and pained to be ⁵delivered.

### The great red dragon

3 And there ¹appeared another ²wonder in heaven; and behold ³a great red dragon, having seven heads ⁴and ten horns, and seven ⁵crowns upon his head.

4 And ¹his tail drew the third part ⁵of the stars of heaven, ²and did cast them to the earth: and the dragon stood ³before the woman which was ready to ⁴be delivered, ⁵for to devour her child as soon as it was born.

### The man child

5 And she brought forth a ¹man child, ²who was to rule all nations ³with a rod of iron: and her child was ⁴caught up unto God, and to his throne.⁵

6 And ¹the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there ²a thousand two hundred *and* ³threescore days.

### Michael

7 And there was war in heaven: ¹Michael and his angels

## Bottom commentary (Column 3-4 area)

### Continued from previous page

harm for three-and-a-half years. Their miraculous powers are apparently used for the purpose of authen-ticating their witness (as in the case of Jesus and His apostles). Their message will be the same as the Lamb of God (Savior); and (2) Jesus is the King (Ruler). The miracles shown in this book confirm the coming kingdom. The beast from the bottomless pit.

11:7-10. The beast from the bottomless pit is the Antichrist. At the end of the three-and-a-half years of preaching, the witnesses will be killed, and the corpses of the two prophets. At the end of the three-and-a-half years' ministry, these two witnesses will the scene in 13:1, the Antichrist or false messiah. The place of origin shows his demonic character and the context of Satan. At the end of the great prophets city, where also our Lord was crucified. This must be a reference to Jerusalem, the place where the Lord was crucified. As such it is called Sodom, referring to uncleanness and immorality, and Egypt, depicting oppression and bondage. Not allowing their dead bodies to be buried is the ultimate indignity. The unbelievers of the earth having submitted to the authority of the beast, will rejoice, because they hate the plagues and the message of the two prophets (cf. 1 Kgs. 18:17; John 16:20).

11:11-14. Two witnesses are brought back to life, and then taken up into heaven. Their enemies react in fear, since their resurrection is incontrovertible proof that their message was true. This ascension is God's final witness to the whole earth before the last of the earthquake that opened tombs at the resurrection of Christ's death.

Matt. 27:51, 53. The remnant are the "rest," those who are not killed by the earthquake. Many of them repent and give glory to God. The parenthesis begun with chapter 10 ends here. The third woe is the seventh trumpet, which comes next (v. 15).

11:15. The seventh trumpet results in the establishment of the millennial kingdom of Christ. The seven vials or bowls (16:1) are probably contained in the judgment of Christ. They will occur in a very brief period of time at the end of the Great Tribulation. The second coming of Christ while there is a great blessing for believers, will be God's most severe judgment of the earth. The kingdom of this world will become the kingdom of our Lord (cf. Dan. 2:34, 35, 44), who will reign for ever and ever now accomplished.

11:16-18. God is worshiped by the elders because what He promised is now accomplished. Their gratitude is for the establishment of the millennial kingdom (cf. 1 Cor. 15:24). The Gentile nations will be subjugated (cf. Ps. 2:1, 2). The wrath of God will take vengeance on His enemies
*Continued on next page*

## Bottom commentary (Column 7 area)

### Continued from previous page

(cf. Ps. 2:5; 2 Thess. 1:7, 8). The dead of all ages will be judged at the future Great White Throne (20:11-15). The Old Testament and Tribulation saints who have died will be raised and re-warded (cf. Is. 26:19, 20; Dan. 12:2; Matt. 25). Those who have tried to destroy the earth will themselves be destroyed by God (cf. Ezek. 22; cf. 19:20, 21). The ark of his testament (covenant) is a symbol of the presence of God and His faithfulness in fulfilling His covenant promises.

CHAPTER 12. Chapters 12-14 are explanatory, detailing some of the major personages and movements of the latter half of the Tribulation period. The woman represents israel, and her child is Christ, the Messiah (cf. 12:5; Is. 7:14; 9:6; 66:7, 8; Mic. 5:2; Rom. 9:4, 5). The woman is not the church, since the church gave birth to Christ, but rather He brought forth the church. Her identification as the persecuted Jewish nation during the last half of the Tribulation is supported by the description of her flight into the wilderness (v. 6). The sun depicts her as God's chosen nation. The moon under her feet alludes to God's promise of dominion, and the crown of twelve stars pictures royalty and relates to the 12 tribes of Israel. The birth pains refer to the period before the birth of Christ and relate to israel's agony waiting for the redemption by the Messiah.

12:3, 4. The dragon is identified as Satan in verse 9. His red color shows his murderous character (cf. John 8:44). His seven heads and seven crowns depict the completeness and univer-sality of his power and influence (but cf. Ps. 74:14). His ten horns show Satan's connection with the fourth beast of Daniel 7 (vv. 7, 24) and the Antichrist. The dragon's attempt to kill the male child (vv. 4, 5) reaches its climax in the crucifixion of Christ.

12:5, 6. The man child sent up unto God, and to his throne, at the time of the birth of Christ. Satan was ready to kill Him (cf. Matt. 2:13-18).

12:5, 6. The man child is Christ, called the Messiah (cf. 19:15; Ps. 2:7-9). He was caught up unto God, and to his throne at His ascension into heaven (cf. Acts 1:9; 7:55). The wilderness represents anywhere outside Palestine. During the last half of the Tribulation period (1,260 days, three-and-a-half years), israel will take refuge among the Gentile nations—those who will care for them (v. 6). The twelve hundred and threescore days, or forty-two months (cf. Matt. 13:40). Chrono-logically, verse 6 occurs later than verses 7-12 and is equivalent to verse 14

120. for the second service to begin; when the Bishop told

*Insert ¶ #*

Blanca to take me to the hospital because I was in labor but I didn't know I was in labor. When we arrived at the hospital I was already 8 centimeters dilated and let me tell you that Prophetess was right Miracle came right out before I knew it. So by August 27, 2010 the 1ST Lady took me to Anaheim Convention Center to see Prophetess Juanita Bynum from New York. God was teaching me that He was with me!

121. After having Miracle, I was ordained a Prophetess

*Insert ¶ #*

to the Nations and restored back in ministry. In 2011, I met the man that I seen in my vision; he had the grey car, he was from Atlanta Georgia, and he did music but he was in the fast life so I was confused because God didn't show me that part lol! Well, we began talking and then a month into talking I was taken to jail for a fight I had on the train which was a part of the enemys plot to stop my destiny. As

122. I was in jail I was sent to the hole and the Lord gave

*Insert ¶ #*

me the acronym for Jesus name "Joining Every Soul Unto Salvation" which confirms the scripture Luke 19:10 For the Son of man is come to seek and save that which is lost. That's where I wrote my first poetry and song book just like King David when he wrote Psalms. When I got moved back to general population the Lord gave me another vision about the same man I seen in my 2010 vision however this one gave me more clarity about him being in the fast life (See Exhibit Jesusaves #1). Then the Lord gave me another

108

Page Number

123. vision about him taking my grandmother. I prayed that he would let me out before He took her. Also, I wrote my grandmother a letter finally letting her know all the sexual abuse I went thragh just in case she passed while I was in jail. Well my release month was November 2012 however I got released in February 2012. That's when a lady in Compton streets told me this extremely handsome man came looking for me but nobody had information on him. So I headed to Long Beach

124. Trying to back track my routes that I took with him before I went to jail and I remember running across a powdered pink wedding dress as I was looking for him. I kept going then after becoming weary I made it to Anaheim train station to return to Compton. While on the ramp I looked across the street and I saw him pulling in to the parking lot. I ran across the street full of joy that the man of my dreams was right there. We talked for a few minutes,

125 exchanged information, and went our separate ways. We kept in contact until the Lord told me to cut ties because he wasn't ready and neither was I. I remember the 1ST lady wrestling with me at the altar in the spirit realm to let him go until God was done with him. It was so hard to do but I trusted God and I also remember the 1ST lady sharing her story about how she knew the Bishop was her husband for 10 years before they got married and how it crushed her heart watching him court other women before he realized she was

Civil Rights Complaint Pursuant to U.S.C. § 1983

126. his God given wife. So basically, the Lord placed another
Insert ¶ #
woman in my life to help me carry the vision of God even when
all odds opposed what God showed me. Well, all things work
together for good to them that love God, to them who are the
called according to his purpose (Romans 8:28). Fast forward,
I got to see my grandmother before she passed however her
son (which is the same son I complained about to DCFS in 2007
when I took my daughter to get checked to see if she was fondled

127. while I was in juvenile hall and 16 months in placement (foster care))
Insert ¶ #
waited until my aunt (adult social worker) took my grandmother
to the hospital before he cornered me in my grandmothers kitchen
to attack me and I almost broke his back so he cried. So when
my grandmother returned from the hospital, I got kicked out
her apartment and mind you; I knew she was going to die.
That day I became full of rage because the enemy kept using
people to bind me up but in this situation it was more pain-

128. ful because I didn't know how much time my grandmother
Insert ¶ #
had left. Also, I prayed that God would release me from jail
before she died and God honored my prayer but the enemy
found a way to hinder me from spending time with my grand-
mother who was the only person who genuinely showed me love as
I was growing up so I was full of rage and to top it off
my aunt told her brother in front of me that she would help
him basically destroy me (there's that Jezebel spirit trying to
kill the prophet of God which makes sense now because she was

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

129. influenced by the serpent and his system). Thanks be to God

Insert ¶ #

that He gave me a chance to make amends with my grandmother before she passed. Even the day she passed; I couldn't go to the hospital because I was so hurt. The doctors resuscitated my grandmother five times and I still didn't go because, even though I made amends with her I was full of rage towards her children because they've attacked me, slandered my character

130. to others, sold me out, and left me for dead ALL my life;

Insert ¶ #

When all I wanted was to be loved and then they interrupted the last opportunity I had to spend with the only person who always loved me unconditionally, spoke Gods Word to me since I was a child, and never gave up on me. That was the day I flipped off God then walked away from ministry. I tried to drown myself with Crystal Meth to numb my pain because

131. I didn't understand how God could allow me to taste of

Insert ¶ #

His goodness then let me walk through the pit of hell that tore apart my heart. First, He showed me my husband then He took him away and then He showed me He was going to take my grandmother, let me out of jail early, and then took the time I had left with her away. I was ANGRY at God, I was angry at myself, and I was angry at My so called family for mistreating me. Mark 6:4 - But Jesus, said unto them, A prophet is not without honour, but in his own country, and among his own kin, and in his own house.

___/ / /___
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

132. In 2013, I went under another attack from family
*Insert ¶ #*
especially now that my grandmother had passed. However,
they came after my kids in order to weaken me. and I
guess teach me a lesson for going to have my daughter
checked and speaking up about perversion. What they didn't
know was after having me come back to California only to
put me in a situation of having to be homeless again and
relapsing so I could lose my kids and they could gain

133. the financial benefit; I remained Downtown Los
*Insert ¶ #*
Angeles in the midst of all the filth and God blessed
me tremendously plus I stayed sober Downtown for
9 months. Downtown Los Angeles is where God gave me
the vision to open the business for the youth. He knew
I had a heart to protect the children especially because,
I didn't have any protection because my grandmother
was older so she did the best that she could. While being

134. Downtown staying in a shelter I still went to College
*Insert ¶ #*
to take a few courses and prepare myself for the
business God gave me the vision about. God was
turning the enemys set up into a purposeful desire
that burned inside of me and filled me with a new
passion. In 2014, right before I left Skid Row the
Lord gave me another vision. however this vision
had to do with outdoor events. So one day I was
discussing my vision with the man over San Julian

Civil Rights Complaint Pursuant to U.S.C. § 1983

135. Park when he told me he had a similar vision

*Insert ¶ #*

that he had tried to get another lady to put together but she was too busy with her domestic violence events. I offered to put the event together since the visions were similar, I wanted to see Gods power move Downtown Los Angeles, and he had the location. In 2014, I mapped out the vision, he helped me gather the people, and to promote the event on the radio

136. through Skidrow Studios. The name of the event

*Insert ¶ #*

for the vision God gave me was called Bringing da Gospel to the Streets. This event took place on February 20, 2014 at San Julian Park on 5th and San Julian St (See Exhibit Jesusaves #3 & Jesusaves #4). On the day of the event I seen the streets clear of drug dealers and drug trans- actions which was a Miracle that God manifested with the help of LAPD officer Joseph. During the event I

137. got to watch my vision in manifestation mode, I

*Insert ¶ #*

got to see people praising God, I got to see the youth helping out with the program, and I got to see people from the community help out with handing out clothes and hygiene to the needy. It was a beautiful feeling for me to have be it that Downtown Los Angeles is where they took my daughter when I went down there to find help and shelter for me and my child. After I did the event Downtown Los Angeles; the lady who

Civil Rights Complaint Pursuant to U.S.C. § 1983

138. the man originally tried to get to organize the vision he had

*Insert ¶ #*

and who showed me support by helping out, tried to steal my events name Bringing the Gospel to the Streets. I had to register the name just to protect my DBA title (see Exhibit Jesusaves #15). To fast forward, here are some more exhibits showing what I have done before it crashed behind the Shadow Hands of others. Here's exhibit Jesusaves #16 which is a picture of my ordination night in 2010 (the photo slipped my mind until I remembered so I printed it out). However, to move this

139. into finish mode here are Exhibits of the evidence of my

*Insert ¶ #*

Life's experiences before Jezebel's envy caused me to be targeted which cost me my family, business ventures, ministry, etc. The Exhibits are labeled Jesusaves# 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and 53. I will also like to say that I know how it feels to blame God for what

140. humans have done and that's not fair to the Creator

*Insert ¶ #*

because we as humans allow the Serpents spirit and humans to seperate us from an ALL MERCIFUL, LOVING, FORGIVING Heavenly Father that desires to fellowship with His creation. With this being said Matthew 11:28-30 says [28] Come unto me, all ye that labour and are heavy laden, and I will give you rest. [29] Take my yoke upon you, and learn of me; for I am meek and lowly in heart; and ye shall find rest unto your souls [30] For my yoke is easy and my burden is light... *Please repent for your own souls Salvation.

114

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

*[handwritten: Jesus saves#6]*

*[handwritten: The Media + Music Industry is WitchCraft in its Finest form! Deception above ALL!]*

# WIKIPEDIA

# *Willow* (film)

*[handwritten: ← one year before my birth in 1989]*

*[handwritten: Now Willow just came out again November 2022]*

**Willow** is a 1988 American dark fantasy adventure film directed by Ron Howard and produced by Nigel Wooll. The film was executive produced by George Lucas and written by Bob Dolman from a story by Lucas. The film stars Warwick Davis, Val Kilmer, Joanne Whalley, Jean Marsh, and Billy Barty.

Lucas conceived the idea for the film in 1972, approaching Howard to direct during the post-production phase of *Cocoon* in 1985. Bob Dolman was brought in to write the screenplay, coming up with seven drafts before finishing in late 1986. It was then set up at Metro-Goldwyn-Mayer and principal photography began in April 1987, finishing the following October. The majority of filming took place in Dinorwic quarry in Wales with some at Elstree Studios in Hertfordshire, as well as a small section in New Zealand. Industrial Light & Magic created the visual effects sequences, which led to a revolutionary breakthrough with digital morphing technology.

The film was released in 1988 to mixed reviews from critics with some praising the special effects and character designs while some criticized the direction and plot. It grossed $137.6 million worldwide against a $35 million budget. While not the blockbuster some expected, it turned a profit based on international box office returns and strong home video and television returns. Additionally, it received two Academy Award nominations.

A television series that serves as a sequel to the film was released on Disney+ on November 30, 2022.



*Willow*

Theatrical release poster by John Alvin

| | |
|---|---|
| **Directed by** | Ron Howard |
| **Screenplay by** | Bob Dolman |
| **Story by** | George Lucas |
| **Produced by** | Nigel Wooll |
| **Starring** | Warwick Davis |
| | Val Kilmer |
| | Joanne Whalley |
| | Billy Barty |
| | Jean Marsh |
| **Cinematography** | Adrian Biddle |
| **Edited by** | Daniel P. Hanley |
| | Mike Hill |
| | Richard Hiscott |
| **Music by** | James Horner |
| **Production companies** | Metro-Goldwyn- |

## Contents

**Plot**

**Cast**

**Production**
   Development
   Filming
   Visual effects

**Soundtrack**

**Release**
   Box office

*[handwritten: page 115]*

*Jesus saves #7*

Critical reception
Accolades
Home media
**Other media**
  Board game
  Video games
  Novels
  Television series
**References**
**Further reading**
**External links**

| | |
|---|---|
| | Mayer Lucasfilm Ltd. Imagine Entertainment |
| **Distributed by** | MGM/UA Distribution Co. (United States) United International Pictures (International) |
| **Release date** | May 20, 1988 (United States) |
| **Running time** | 126 minutes[1] |
| **Country** | United States[2] |
| **Language** | English |
| **Budget** | $35 million[3] |
| **Box office** | $137.6 million |

## Plot

To prevent the fulfillment of a prophecy that a child with a special rune birthmark will bring about her downfall, the evil sorceress Queen Bavmorda of Nockmaar imprisons all pregnant women in her domain. The foretold child is born, but her mother persuades the midwife to smuggle the baby out of the castle. Bavmorda executes the mother and sends her wolf-like Nockmaar Hounds after the midwife. After evading the Nockmaar Hounds for months, the midwife is forced to set the baby adrift on a grass raft in a river before she is killed by the Nockmaar Hounds. Bavmorda then sends her daughter Sorsha and an army led by General Kael to hunt down the baby.

Some distance downriver, a village of Nelwyn (little people) prepares for a festival. The baby is found by the children of farmer and aspiring sorcerer Willow Ufgood, and his family takes her in and comes to love her. At the festival, a Nockmaar hound arrives and attacks all the cradles it finds. After the Nelwyn warriors kill it, Willow presents the baby to the village leader, the High Aldwin, as the probable reason for the dog's appearance. The High Aldwin orders the baby must return to a Daikini (tall people) family, so Willow and a party of volunteers set out to find one.

At a crossroads, they find Madmartigan, a mercenary trapped in a crow's cage, who offers to take the baby in exchange for his freedom. The majority of the Nelwyn think they should give the baby to him, but Willow and his friend Meegosh refuse, causing the others to abandon them and go home. After meeting Madmartigan's old comrade Airk, on his way with an army to attack Bavmorda, Willow relents and agrees to Madmartigan's terms.

On the way home, Willow and Meegosh discover that some brownies have stolen the baby, and pursue them. They are captured by the brownies, but Fairy Queen Cherlindrea frees them and explains the baby is Elora Danan, the foretold Princess of Tir Asleen. She gives Willow a magic wand and sends him to find Fin Raziel, an aging enchantress.

Willow sends Meegosh home, and continues the journey in the company of two of the brownies, Franjean and Rool. On the way, he re-encounters Madmartigan, who is disguising himself as a woman to hide from his mistress's husband Llug. Sorsha and Kael's army arrives, but Madmartigan is revealed as a man to Llug, who starts a brawl which helps Willow and Madmartigan escape with the baby.

*Page 116*

Madmartigan, seemingly reluctantly, leads Willow to the lake where Raziel lives. They are captured soon thereafter, along with Raziel, who has been turned into a brushtail possum by Bavmorda. Willow tries to restore her, but he turns her into a rook.

Franjean accidentally doses Madmartigan with Love Potion. Madmartigan declares undying love for Sorsha, but she is skeptical. Willow's party flees, finding Airk and the remnants of his army after Bavmorda defeated them. When the Nockmaar army pursues, Madmartigan takes Sorsha hostage, and they flee once more. However, Sorsha escapes.

Willow's party arrives at Tir Asleen, only to find it cursed and overrun with trolls. Kael's army arrives, and Madmartigan and Willow attempt to fend them off. Sorsha, realizing she has fallen in love with Madmartigan, defects to his side. Willow accidentally turns a troll into a two-headed Eborsisk monster with the wand, and in the chaos that ensues, Kael kidnaps Elora and takes her back to Nockmaar Castle. Bavmorda orders preparation of a ritual to banish Elora from the world forever.

Airk's army arrives and Willow's party joins them, but Bavmorda casts a spell to turn them all to pigs. Willow uses the wand to protect himself before finally restoring Raziel to her humanoid form. She breaks Bavmorda's spell over the army and they trick their way into the castle. Kael slays Airk, but Madmartigan avenges him, and Willow, Sorsha, and Raziel confront Bavmorda in the ritual chamber. After a grueling fight, Bavmorda incapacitates Raziel and Sorsha. Willow uses sleight-of-hand to trick Bavmorda into thinking he has made Elora disappear. Bavmorda moves to attack him, but she is unnerved and accidentally completes the ritual in the process, banishing herself.

At the restored Tir Asleen, Willow is gifted a spellbook by Raziel. Leaving Elora in the care of Madmartigan and Sorsha, Willow returns home to his village and family in triumph.

# Cast

- Warwick Davis as Willow Ufgood, a Nelwyn (dwarf) farmer and aspiring sorcerer.
- Val Kilmer as Madmartigan, a boastful mercenary swordsman who helps Willow on his quest.
- Kate and Ruth Greenfield and Rebecca Bearman as Elora Danan, an infant princess who is prophesied to bring about Bavmorda's downfall.
- Joanne Whalley as Sorsha, Bavmorda's warrior daughter.
- Jean Marsh as Bavmorda, the villainous queen of Nockmaar, a powerful black sorceress and the mother of Sorsha.
- Patricia Hayes as Fin Raziel, the aging sorceress who is turned into a brushtail possum due to a curse from Bavmorda.
- Billy Barty as High Aldwin, the Nelwyn wizard who commissions Willow to go on his journey.
- Pat Roach as Kael, the villainous associate of Bavmorda and high commander of her army.
- Gavan O'Herlihy as Airk Thaughbaer, the military commander of the destroyed kingdom of Galladoorn who shares a mixed friendship with Madmartigan.
- Maria Holvöe as Cherlindrea, the fairy queen who resides in the forest and updates Willow on the importance of his quest.
- Kevin Pollak and Rick Overton as Rool and Franjean, a brownie duo who also serve as comic relief in Willow's journey.
- David J. Steinberg as Meegosh, Willow's closest friend who accompanies Willow partway on his journey.
- Mark Northover as Burglekutt, the leader of the Nelwyn village council.
- Phil Fondacaro as Vohnkar, a Nelwyn warrior who accompanies Willow partway on his journey.

Exhibit Jesusaves#9





Jesusaves#10

# December 2014

## Tue, Dec 30, 2014





01:50


Photos


Search


Sharing


Library

Page 1/19

Aug 29, 2015 · 🌐   JESUS SAVES # 17

# Today I took a picture with Aja Brown the 33 year old Mayor of Compton.



page 120





Exhibit Jonsalves #B

Page 122



Exhibit Jesusaves#4

## Bringing da GOSPEL to da Streets

**February 22, 2014**
**10am-3pm**

## San Julian Park on 5th and San Julian St

There will be different ministries helping out with this event so let's all be mindful of the souls that will be watching us worship God in spirit and in truth. Amen!

Luke 14:23- And The Lord said unto the servant, Go out into the highways and hedges, and compel them to come in, that my house may be filled.

The purpose of this event is to go into the heart of skidrow and minister to the souls that's are out there bound by disease, drugs, money, etc. Since the souls won't come to us we have decided to go to them in LOVE and minister to their spirits through song, poetry, dance, and a rhema word for the season they are in in order to bring about repentance and deliverance through the precious

HolySpirit. It's time for the church to go into the places where there's so much bondage and snatch out the souls that are crying for help. No more Religion it's time to teach the world about the truth of having an intimate Relationship with JESUS CHRIST as their LORD and Savior.

Page 123

Exhibit SecUndy VCGHS

YOUR RETURN MAILING ADDRESS

NAME: VICTORIA TENISHA DILLIHUNT

ADDRESS: 11707 COLDBROOK AVE

CITY: DOWNEY          STATE: CA    ZIP CODE: 90242

2014362617

| FILED | EXPIRES |
|---|---|
| Dec 29 2014 | Dec 29 2019 |

Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by TIFFANY SHIH

# FICTITIOUS BUSINESS NAME STATEMENT

### TYPE OF FILING AND FILING FEE (Check one)

- [X] Original- **$26.00** (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended (New) Filing- **$26.00** (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- **$26.00** (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

**$5.00** - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION **$5.00**- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1. BRINGING THE GOSPEL TO THE STREETS      2.

Print Fictitious Business Name(s)

** 11707 COLDBROOK AVE

Street address of principal place of business      Mailing address if different

DOWNEY    CA    90242    LOS ANGELES

City    State    Zip    COUNTY      City      State    Zip

Articles of Incorporation or Organization Number (if applicable): AI #ON

### ***REGISTERED OWNER(S):

1. VICTORIA TENISHA DILLIHUNT

Full Name/Corp/LLC (P.O. Box not accepted)      2. Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address      Residence Address

     CA    90242

City    State    Zip      City    State    Zip

If Corporation or LLC - Print State of Incorporation/Organization      If Corporation or LLC - Print State of Incorporation/Organization

3. Full Name/Corp/LLC (P.O. Box not accepted)      4. Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address      Residence Address

City    State    Zip      City    State    Zip

If Corporation or LLC - Print State of Incorporation/Organization      If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

### ****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [x] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [ ] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [ ] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above:    N/A

(Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLCNAME (PRINT)   VICTORIA TENISHA DILLIHUNT      TITLE   OWNER

**REGISTRANT SIGNATURE**      IF CORP OR LLC, PRINT NAME

**If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.**

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the file stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

*DEAN C. LOGAN, LOS ANGELES COUNTY CLERK*    BY:   TIFFANY SHIH      , Deputy

Rev. 01/2014    P.O. BOX 1208. NORWALK. CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET



Exhibit Jesus saves #16

Page 125



page 126



*JESUSAVES#19*



**Poets Station**
Thank you! I hope it touched you and I also hope you overcome any form of sadness that MAY be in your life.



**Marja Alamilla**
Tanx a million



**Poets Station**
You're welcome



Reply as Poets Station



**Vanesha Arnold**
Went reading your poems it like  taking myself there. Very talented

9 hours ago · Like · Reply · Message



**Christopher Hamilton**
The minute I start to read your poem's I have to read another and another very captivating I love them thanks for sharing your talent

3 hours ago · Like · Reply · Message

*Page 128*



**Poets Station**
You're welcome and that's the purpose of my poems. My goal is to reach the readers

*Jesusaves#20*

Install Now



**125**
Likes This Week

**7,618**
Post Reach

Unlikes   Likes   — Net Likes

Promote Page



## Get More People to Visit Your Website

Promote your website to the people you care about.

*page 129*



# I Can Call on You - Single
## Victoria Dillihunt

### Christian & Gospel

• Nov 17, 2017

Listen on **Apple Music** ↗


I Can Call on You                                    2:18

1 Song
℗ 2017 Rising Above Measure

Also Available in iTunes

# Top Songs


I Can Call on You
I Can Call on You - Single

page 131

saves #23

Page 132

PicPlayPost





PG90 133



Rod Minor

victorious ove

Poetry

Live @salsagumbeshack

61 18 long Beach Blvd
Long Beach ca 90805

$5 cover
2 item min.
8pm -11pm
Kitchen closes at 10 pm
September 9, 2017

Elena Love

Comedy by

Maria Delgado

Matthew Robin

FLAPPED/

page 134

Recent Listeners

View All

Show  Female  Male  Pics Only  Fans Only

Allocate More Plays and Adjust Pacing to Get More Fans

Michelle Beavers
Heard "Lets Get Rea..." playing in a station
with Newsboys
South Carolina, United States · 63 days ago

chill4pc Hill
Heard "Lets Get Rea..." playing in a station
with DC Talk
Indiana, United States · 117 days ago

Sonja House Beal
Heard "Lets Get Rea..." playing in a station
with Fred Hammond
Nevada, United States · 135 days ago

Odette Bexter
Heard "Lets Get Rea..." playing in a station
with Newsboys
South Africa · 168 days ago

Davin Bakpeli
Heard "Lets Get Rea..." playing in a station
with LeCrae
India · 195 days ago

ndley pennyfeather
Heard "Lets Get Rea..." playing in a station
with LeCrae
Saint Kitts and Nevis · 216 days ago

Juan Marcos Escobar Diaz
Heard "Lets Get Rea..." playing in a station
with DC Talk

---

Status:  Your account is live

Account Level:  Free

Songs  1 with credits — 2 Uploaded    Upload
Credits  153 Unapplied — 50 Applied    Apply Credits

Artist Targeting and Genre Targeting are ON  Premium Targeting is OFF

## PopScore:

This Week
Pending*

Last Week

Each Song needs at least 100 paid plays per week (Monday-Sunday) to
qualify for free Award Play Credits  Start a Radio Airplay Plus package for as
little as $10/month here.



page 135

## News from The Radio Airplay Blog:

Nov 27th  Radio Airplay Top 10 Songs (Week 47 2017)

Nov 24th  Musicant's Atlas Staff Pick (Week 45, 2017)

Nov 24th  Indie Bible PopScore Pick (Week 46 2017)

Nov 21st  Radio Airplay Staff Picks (Week 45 2017)



Instant Access to

Jesus saves # 2

Rising Above Measure Records

- Components -

Writing                                    Dance
|                                          |
Poetry & Song Writing          Choreography

Book Publishing   Music Recording   Dance Events   Music Videos

Events
|
Bringing Gospel to the Streets

Outdoor Events     Tv Show/Online Shows

20 days to build foundation in
Media before relaunching
Rising Above Measure

* We will Reinvent the Media
Cycle
From the Streets        X page 136

## Expressive Movement

Expressive movement is designed to tap into suppressed emotions. The only difference with this class is that we use body expression to choreograph our dances that is based upon the topic at hand. For example: If the topic of discussion is about grief we will all pick a song and every student will help choreograph a dance that expresses the struggle of dealing with grief.

*THIS CLASS IS A FORM OF EXPRESSION USED WHEN A PERSON DOES NOT WANT TO VERBALLY EXPRESS THEIR HIDDEN EMOTIONS.

**THIS CLASS WILL EXERCISE YOUR MIND, BODY, AND SOUL!

Step of faith

## I Can Call on You
### by Victoria Dillihunt

Ready

| | |
|---|---|
| Release date: | 28-Nov-2017 |
| Label: | Rising Above Measure |
| ISRC#: | TCADI1738047 |
| UPC: | 85972380209 |
| Primary Genre: | Christian/Gospel |
| Secondary Genre: | Singer/Songwriter |
| Language: | English |

## Music Therapy
**Stores** coming soon!

Edit



Music Studio coming soon with sound recording, mixing, mastering, and independent artist distributing
*UNLEASH your TALENT!*
*Let's BIRTH out BARS,*
*FROM permanent SCARS!*
*-VICTORIA DILLIHUNT*

## Written Expression

Written Expression is a contribution of poetry and song writing that taps into suppressed emotions in order to birth out creative results while utilizing paper and pen. This course varies from many topics such as Love, anger, depression, joy, peace, etc.



J.E.S.U.S.

Course Packages
Available upon request...

Self publishing
&
Copywriting
available individually
or in packages.

page 137

# RISING ABOVE MEASURE
## POETRY/SONG WRITING CLASS

**FOCUS POINTS:**
**Spiritual Guidance**
**Therapeutic Healing**
**Active Participation**
**Self Awareness**
**Coping Tools**
**Communication Skills**
**And so much more....**

**SUBJECT TOPICS:**
**LOVE**
**ANGER**
**IDENTITY**
**MORALS, ETC**

### CALL NOW!
**and achieve better results in Life**
## 424-260-5889

**Saturday's 4:30pm**
**Address: TBD**
**Los Angeles CA, 90044**

Page 138

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889
AMRECORDZ@gmail.com

Victoria Dillihunt
424-260-5889

# Mon - Fri
## 6AM - 7AM

# PRAYER
## 712.432.3900
## Access Code :
## 236447#

Proverbs 8:17

I Love them that love me; and those

that seek me early shall find me.

With Prophetess Victoria



page 139

*(handwritten top-right note:)* Present self doesn't yet mean couldn't carry a natural child! I meant a pure, Godly, obedient, etc child! Child could resemble artistry, business, etc

# *The Endangered Woman*

<u>She(seductress) is not I( Wife, homemaker)</u>

## She thrives while I fight for my life

1. Here we go again,
2. Another dead woman friend,
3. I can't bear the heartache,
4. This has to be a mistake,
5. LA county makes women run for there lives,
6. As we watch the seductresses get praised to be a lie,
7. I grieve for the children that are left behind,
8. For the attacks have been on families and homemaking women of our kind,
9. Where can we run in order to escape the pain,
10. Of seeing the enemy play with our lives & families like it's a game,
11. We bring life into being as it gives us a sense of meaning,
12. Only to find ourselves being separated from our loved ones while leaving us grieving,
13. We carry life and because of that they come for our life,
14. Pursuing us are bitter people who's filled with envy & strife,
15. The <u>barrenness</u> is angry because she couldn't carry no child,
16. So she tries to destroy our families by being a seductress of the wild,
17. Her feminist propaganda emasculate our men leaving him second guessing himself,
18. As he abandoned his family while pursuing seductresses to restore his health,
19. The people has forgotten that restorative love comes from a God fearing mother?
20. While self destruction comes from the lust in humanity that feeds off each other!

Written by: VICTORIA DILLIHUNT 4/25/2021

In Loving memory of: Troubles(2019), Happy(2019), Samantha(2020), Shy girl(2020), Danielle(2021)! Rest in God!

*(handwritten bottom:)* page 140



page 141

1/1/2019

RAM Recordz Poetry/Song Writing Class Tickets, Sat, Nov 3, 2018 at 4:30 PM | Eventbrite

JESUSAVES#33

## Victoria Dillihunt

Organizer of RAM Recordz Poetry/Song Writing Class

☐☐ Website

Victoria Dillihunt is the CEO of Rising Above Measure Recordz. She grew up a strong woman, yet at times she replaced her spirituality with low self esteem while facing sexual, physical, mental, and emotional abuse from the tender age of 3 years on. She was very bright and had a life ahead of her before her innocence was take. Through spirituality she found her way by using her love for God and her gift of writing to help her overcome depression, suicide, lust, as well as unhealthy relationships. She is now offering solutions that she personally used in order to help others be able to find their own breakthrough to a brighter future...

Contact

[ Follow ]

page 142

https://www.eventbrite.com/e/ram-recordz-poetrysong-writing-class-tickets-48977459001#



Los Angeles   Jesusaves#35





page 145



Page 146





Page 148



Page 14a

For online registration:
www.risingabovemeasure.com
Location @ Leuders Park
1500 E. Rosecrans Blvd
Compton Ca, 90221
Call: 213-336-1353



# Fri, Apr 22, 2016 *Jesusaves#41*

## Los Angeles





# Sun, Apr 17, 2016 *page 150*



Jesus saves 42

Sun, Nov 20, 2016

Compton





page 151

Jesusaves#43

ri, Mar 6, 2015





08:17



Photos



Search



Sharing



Library

page 152

VICTORIA

## JOINING EVERY SOUL UNTO SALVATION

# J.E.S.U.S

Joining Every Soul Unto Salvation is a book of poems that I have written during some of my good and bad times in life. The Lord allowed me to express myself through pen and paper in order to hear what he was already telling me deep down in my spirit. Due to the fact that I was struggling in so many areas in understanding my purpose in this world; Jesus allowed the words He wrote through me and about me to help guide me as I overcame obstacles, negative thoughts, and impulsive acts that caused me trouble and to self-sabotage. I share this book with the world in hopes that it will bring about comfort to the broken, lonely, and hopeless people in many areas of their lives. A lot of the poems written in here are based off of my own personal experiences in life and some are poems that I have written for others. However Jesus is in the midst of each and every one of these poems in the form of inspiration even in the midst of the storm. Please take time to read, reflect, and rejuvenate your mind, body, and soul while allowing Jesus to guide you through the process of being made whole.

*And we know that all things work together for good to them that love God, to them that are called according to his purpose. For whom he did foreknow, he also did predestinate to be conformed to the image of his Son, that he might be the firstborn among many brethren.*

*-Romans 8:28-29*

ISBN 9781530255429

90000

Page 153

YOUR RETURN MAILING ADDRESS

NAME: VICTORIA DILLIHUNT

ADDRESS: 11707 COLDBROOK AVE

CITY: DOWNEY                    STATE: CA    ZIP CODE: 90241

2015285051

| FILED | EXPIRES |
|---|---|
| Nov 6 2015 | Nov 6 2020 |

Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by KENYON BRADLEY

# FICTITIOUS BUSINESS NAME STATEMENT

### TYPE OF FILING AND FILING FEE (Check one)

[X] Original: $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)

[ ] Amended (New) Filing - $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)

[ ] Refile: $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION $5.00 FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1. RISING ABOVE MEASURE                    2.

** 11707 COLDBROOK AVE
Print Fictitious Business Name(s)

Street address of principal place of business          Mailing address if different

Downey          CA          90241          LA COUNTY
City          State /Country    Zip          COUNTY          City          State /Country    Zip

Articles of Incorporation or Organization Number (if applicable)  AI #ON

***REGISTERED OWNER(S)

1. VICTORIA DILLIHUNT                    2.
Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address          Residence Address

CA          90241
City          State/Country    Zip          City          State/Country    Zip

If Corporation or LLC - Print State of Incorporation/Organization          If Corporation or LLC - Print State of Incorporation/Organization

3.                    4.
Full Name/Corp/LLC (P.O. Box not accepted)          Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address          Residence Address

City          State/Country    Zip          City          State/Country    Zip

If Corporation or LLC - Print State of Incorporation/Organization          If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

****THIS BUSINESS IS CONDUCTED BY: (Check one)

[X] an Individual   [ ] a General Partnership   [ ] a Limited Partnership   [ ] a Limited Liability Company

[ ] an Unincorporated Association other than a Partnership   [ ] a Corporation   [ ] a Trust   [ ] Copartners

[ ] a Married Couple   [ ] Joint Venture   [ ] State or Local Registered Domestic Partners   [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above:     N/A

(Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLCNAME (PRINT)  VICTORIA DILLIHUNT                    TITLE  Owner

REGISTRANT SIGNATURE  _Victoria Dill_          IF CORP OR LLC  PRINT NAME

**If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.**

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE)

*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE*

*DEAN C. LOGAN, LOS ANGELES COUNTY CLERK*          BY  KENYON BRADLEY          , Deputy

Rev. 01/2014          P.O. BOX 1208, NORWALK, CA 90651-1208          PH. (562) 462-2177          WEB ADDRESS: LAVOTE.NET

page 154

Lxlibit Exhibit Jesusavls #10



**1 of 1**

## California Secretary of State
### Electronic Filing



Secretary of State
State of California

# General Stock Corporation - Articles of Incorporation

|  |  |
|---|---|
| Entity Name: | Rising Above Measure Inc. |
| Entity (File) Number: | C4713289 |
| File Date: | 03/19/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

### Detailed Filing Information

1. Corporate Name:

   Rising Above Measure Inc.

2. Business Addresses:

   a. Initial Street Address of Corporation:

   ▬▬▬▬▬

   Los Angeles, California, 90061

   United States of America

   b. Initial Mailing Address of Corporation:

   ▬▬▬▬▬

   Los Angeles, California, 90061

   United States of America

3. Agent for Service of Process:

   California Registered Corporate Agent (1505):   REGISTERED AGENTS INC (C3365816)

4. Shares:   10000

5. Purpose Statement:

   The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator:   Victoria T Dillihunt

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Jesusaves#47



Page 156

# Jesus Is The Answer Apostolic Church

Evangelism Night
Friday, November 27, 2015 @ 7:00pm



Evangelism
Making Disciples for Christ

**Theme:**
"Our goal is to lead people to salvation, with power through belief in Jesus Christ"

Scripture:
Acts 1:8

---

Thank you for taking the time to be with us during our Evangelism Program. Your support, your presence, the sacrificing of your time is truly heartfelt and appreciated

Please fellowship with us every 4th Friday of the month for our Evangelism Night Service.

And yes, you too can come exercise your gift, as we continue to share the gospel of Jesus Christ!

Want to be involved? Contact
Minister Louis Alexander at (424) 393-9812



AT THE END OF THE DAY THE BIGGEST OBSTACLE TO EVANGELISM IS CHRISTIANS WHO DON'T SHARE THE GOSPEL

Jesus Is The Answer Apostolic Church
25100 South Normandie Avenue, Suite #0
Harbor City, California 90710
(310) 637-7086
www.jitaapostolic.org
Bishop Ernest Johnson, Pastor

page 157.



Boomplay

https://www.boomplay.com › songs

# Lets Get Real - Victoria Dillihunt MP3 download

Listen to Victoria Dillihunt Lets Get Real MP3 song. Lets Get Real song from album Lets Get Real is released in 2017. The duration of song is 00 ...



https://www.boomplay.com › albums

# Download Victoria Dillihunt album songs: Lets Get Real

Lets Get Real is a music album by Victoria Dillihunt released in 2017. Play Lets Get Re...



JioSaavn

https://www.jiosaavn.com › song

AA    🔒 Q lets get real Victoria    

# Lets Get Real by Victoria Dillihunt

Intro

I'm calling out the talented, the gifted, the poets, the Industry,
Lets get Real

Chorus

Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,
Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,

Verse 1

Gotta talk about the things that's happening today, (Current Events)
When people tend to do what's wrong then say it's ok, (Death)
You leading the next generations astray, (Idolatry)
While following you trying to do it your way, (Self made)
Promoting all that pride and ego dismissing your soul, (Hell)
As you mock JESUS and lead them down the same road, (JESUS the only way)
And you call yourself idols? For real; what type of Idols are you really? Because...

Bridge

They on their way to HELL,
If you don't stop and show them,
That you serve one God,
Which cannot be sex, money, fortune, or fame

Chorus

Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,
Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,



Jesus saves #5

Verse 2

Tired of seeing people dying every single day,
And false leaders leading the masses astray,
While getting rich off their downfall,
Yet you got audacity to say you're called,
REPENT, For the Kingdom of God is at Hand,
And you don't want innocent blood on your hands,
It's time to get off your self-righteous thrones, Because….

Bridge

They on their way to HELL,
If you don't stop and show them,
That you serve one God,
Which cannot be sex, money, fortune, or fame

Chorus

Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,
Every day I'm writing down what my mind is saying,
Sitting here with my pen contemplating,
Ain't no time for playing while I'm over here writing,
Adrenaline rising fast cuz I'm so excited,

Written by Victoria Dillihunt

page 116

Jesusaves #52

## Proverbs 31    King James Version

**31** The words of king Lemuel, the prophecy that his mother taught him.

**2** What, my son? and what, the son of my womb? and what, the son of my vows?

**3** Give not thy strength unto women, nor thy ways to that which destroyeth kings.

**4** It is not for kings, O Lemuel, it is not for kings to drink wine; nor for princes strong drink:

**5** Lest they drink, and forget the law, and pervert the judgment of any of the afflicted.

**6** Give strong drink unto him that is ready to perish, and wine unto those that be of heavy hearts.

**7** Let him drink, and forget his poverty, and remember his misery no more.

**8** Open thy mouth for the dumb in the cause of all such as are appointed to destruction.

**9** Open thy mouth, judge righteously, and plead the cause of the poor and needy.

**10** Who can find a virtuous woman? for her price is far above rubies.

**11** The heart of her husband doth safely trust in her, so that he shall have no need of spoil.

**12** She will do him good and not evil all the days of her life.

**13** She seeketh wool, and flax, and worketh willingly with her hands.

**14** She is like the merchants' ships; she bringeth her food from afar.

**15** She riseth also while it is yet night, and giveth meat to her household, and a portion to her maidens.

**16** She considereth a field, and buyeth it: with the fruit of her hands she planteth a vineyard.

**17** She girdeth her loins with strength, and strengtheneth her arms.

**18** She perceiveth that her merchandise is good: her candle goeth not out by night.

**19** She layeth her hands to the spindle, and her hands hold the distaff.

**20** She stretcheth out her hand to the poor; yea, she reacheth forth her hands to the needy.

**21** She is not afraid of the snow for her household: for all her household are clothed with scarlet.

**22** She maketh herself coverings of tapestry; her clothing is silk and purple.

**23** Her husband is known in the gates, when he sitteth among the elders of the land.

**24** She maketh fine linen, and selleth it; and delivereth girdles unto the merchant.

**25** Strength and honour are her clothing; and she shall rejoice in time to come.

page 161

12/2/22, 3:54 PM    Proverbs 31 KJV - The Words of King Lemuel, the prophecy - Bible Gateway

*JESUS SAVES #53*

**26** She openeth her mouth with wisdom; and in her tongue is the law of kindness.

**27** She looketh well to the ways of her household, and eateth not the bread of idleness.

**28** Her children arise up, and call her blessed; her husband also, and he praiseth her.

**29** Many daughters have done virtuously, but thou excellest them all.

**30** Favour is deceitful, and beauty is vain: but a woman that feareth the LORD, she shall be praised.

**31** Give her of the fruit of her hands; and let her own works praise her in the gates.

< Proverbs 30                                                    Ecclesiastes 1 >

**King James Version** (KJV)

Public Domain

Do Not Sell My Personal Information

*page 162*

# V. CLAIMS

## Claim #1

141. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

142. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

The first Amendment which is the Freedom of religion, speech, press, assembly, and petitioning the Government for a redress of grievances

143. The above civil right was violated by the following Defendants:
*Insert ¶ #*

Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

144. Beyonce stole my religious identity as a Prophetess to the
*Insert ¶ #* nations by intermingling with another nations agenda (Communist) to infiltrate the churches and replace revealed religion with social religion while discrediting the Holy Bible. Beyonce has allowed others to raise her up as a religious God under Beyism while using deception, influential peddling, and witchcraft to led this nation into pagan worship. However, in order to do so she organized crime to entangle me in a web of blackmail while placing my life on Hells Hit List.

145. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

Ive been targeted, attacked, systematically slandered, set up, my children taken, my daughters sexually assaulted and one raped, my company hindered, finances diminished, also tortured, etc

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

145. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

146. The first Amendment which is the Freedom of
*Insert ¶ #*
religion, speech, press, assembly, and petition

147. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

148. Beyonce attacked my faith based company by having
*Insert ¶ #*
me falsely charged of child abuse, she had my book
J.E.S.U.S made unaccessible to me plus the account
so I couldn't promote it nor order any copies at the artist
price, Tampered with my music that's faith based, and
she openly mocking my faith with her song Church Girl when
she sits on the pale horse that resembles death as her cover photo

149. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

She destroyed everything I built based on my Christian Faith
so that she could openly mock my faith, led the people astray,
and try to make a joke out of Jesus.

1 64
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

1

2

3   150 .   Plaintiff realleges and incorporates by reference all of the paragraphs above.
    *Insert ¶ #*
4

5   151 .   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

    *Insert ¶ #*   federal constitutional or statutory civil right:
6
    The sixth amendment which is the rights of accused persons,
7
    right to a speedy trial, and public trial
8

9

10

11  152.   The above civil right was violated by the following Defendants:
    *Insert ¶ #*
12  Beyonce Knowles

13

14

15  *(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

16  153 : Beyonce used influential peddling to obstruct justice in
    *Insert ¶ #*
17  my life so that her Communist Agenda could destroy The

18  United States as planned while I was too tangled in a web

19  of lies to be able to figure out which way the attack was

20  coming from. Also, she used mostly people in positions es-

21  pecially law enforcement to intimidate all my associates

22  leaving me without witness and support. The court and DCFS

23  even tried to make it seem like I needed Mental Health

24  154.   As a result of the Defendant's violation of the above civil right, Plaintiff
25  *Insert ¶ #*   was harmed in the following way:

26  They kept trying to set me up in different situations, had me

27  confused, hindered my ability to find work because the false

28  charge showed up so I became demonized by society.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

155. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

156. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*   federal constitutional or statutory civil right:

The fourth amendment which is Freedom from unreasonable searches and seizures

157. The above civil right was violated by the following Defendants:
*Insert ¶ #*

Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

158. Beyonce used influential peddling as a method to have law
*Insert ¶ #*
enforcement and others to enter my residence, take evidence, damage my apartments, enter my vehicle, vandalize my vehicle, give me multiple tickets, cause me to be in debt to the landlord, hack my phones, tamper with my mail, block my communications, erase my photos, erase my emails, erase my contacts, eradicate my privacy in every area of my life as I am constantly still under surveillance.

159. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #*   was harmed in the following way:

I was harmed mentally, emotionally, financially, morally, I never felt safe, I didn't have anybody to help me, and I am still fighting to recover in every aspect of my life.

166
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

100 .   Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

101 .   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*   federal constitutional or statutory civil right:

The first amendment which is the freedom of religion, speech, press, assembly, and petitioning the Government for a redress of grievances

102 .   The above civil right was violated by the following Defendants:
*Insert ¶ #*

Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

103 . Beyonce framed me using witchcraft to demonize
*Insert ¶ #*
me in the eyes of the nation as if I was the Pagan deity
who is a female messenger named Iris (see page 59) that is
Idolatry and I'm not cut from that clothe. I am Prophetess
Victoria Dillhunt the messenger of Jehovah, Yahweh, Yeshua,
Jesus which are the names of the Christian God and I don't
follow the rainbow of perversion

104 .   As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #*  was harmed in the following way:

Men attacked me verbally, emotionally, and physically without
cause. Since they couldn't run in me they chose to run up on
me as if I was their enemy.

167
Page Number

# V. CLAIMS

## Claim #1

165. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

166. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

The First Amendment which is the Freedom of religion, speech, press, assembly, and petitioning the Government for a redress of grievances

167. The above civil right was violated by the following Defendants:

*Insert ¶ #*

Shawn Corey Carter  Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

168. Shawn Corey Carter also know as Jay Z calls himself HOVA

*Insert ¶ #* HOVA which is short for J-Hova or Jay Hova. His wife also considers herself a God while placing her face on Jesus body or by having live rituals done where people bow down to them (her mainly)

169. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

They both mock my faith, have led others into idolatry, and attempted to destroy America (U.S) by joining with the communist party. This has destroyed my family, ministry, the true Power in the name of Jehovah and Jesus according to the perception of others because Gods name never loses power but many have been deceived.

Page Number 148

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

170. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

171. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

Right to due process of law, Freedom from self-
incrimination, double jeopardy

172. The above civil right was violated by the following Defendants:

*Insert ¶ #*

Shawn Corey Carter and Beyonce Knowles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

173. They did so using influential peddling; Racketeering,

*Insert ¶ #* Influential, Corrupted, Organization (R.I.C.O) 18 U.S.C.

§1961; they sold us out to the communist agenda
for their own personal gain

174. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

Deprivation of Rights Under the Color of Law, bullied
by strangers, All my privacy was violated, my daughters
were violated, I was set up, faced death threats, etc

169

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

1

2

3  175. Plaintiff realleges and incorporates by reference all of the paragraphs above.

4  Insert ¶ #

5  176. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

   Insert ¶ #   federal constitutional or statutory civil right:

6  The First amendment which is the Freedom of religion, speech,

7  press, assembly, and petitioning the Government for a redress

8  of grievances

9

10

11  177. The above civil right was violated by the following Defendants:

12  Insert ¶ #
    Beyonce Knowles and Shawn Corey Carter

13

14

15  *(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

16  178. Both defendants perverted the truth of the Christian
    Insert ¶ #

17  faith while in agreement with the communist agenda, both

18  defendants used their influence to Pervert the entire

19  nation, and cause our people to go under perversions

20  attacks mentally, emotionally, spiritually, verbally, systematically,

21  sexually, Financially, etc.

22

23

24  179. As a result of the Defendant's violation of the above civil right, Plaintiff

25  Insert ¶ #   was harmed in the following way:

26  They condoned perversion so when I cried out for help against

27  perversion I was attacked instead and my children were

28  too. Now my daughter is claiming lesbian because the person that raped her
    wasn't held accountable.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

180. That Beyonce steps down from her position of
Insert ¶ #
Influence and give me back my rightful place
as the PROPHETESS to the Nation who won't lead
the people astray

181. That Both defendants Apologize Nationally for
Insert ¶ #
the mess they caused our nation, families, and
our children

182. That Both parties hand over their financial
Insert ¶ #
gains to help us battle against the perversion
that they embedded in the minds of the generations.

183. Repent to God through His son Jesus so that
Insert ¶ #.
Christ can forgive them of their sins.

Dated: 12/5/2022

Sign: _____

Print Name: Victoria Dillihunt

171

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

184. Stop ALL Forms of WITCHCRAFT and reverse all cantations and rituals done against the people of ALL NATIONS

*Insert ¶ #*

185. Remove their music, movies, and artistry out of the media.

*Insert ¶ #*

186. Close down their agreement with the Communist Agenda

*Insert ¶ #*

187. Admit that Jesus is the True and only Living God and stop blaspheming his name

*Insert ¶ #*

Dated: 12/5/2022

Sign: _____

Print Name: Victoria Dillihunt

172

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**VI. REQUEST FOR RELIEF**

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_ . Face the accountability of their actions and give the artist their rightful proceeds for the work that you stole from them

_Insert ¶ #_ . Break the spells off the technology systems they used to deceive the masses, steal artist work, and sabotage artist work.

_Insert ¶ #_ . Forgive whoever hurt them which caused them to want to hurt others

_Insert ¶ #_ . Forgive each other for compromising their Marriage, Businesses, etc. Love covers a multitude of sins. 1 Peter 4:8 (paraphrased

Dated: 12/5/2022

Sign: Victoria

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 12/5/2022

Sign:

Print Name: Victoria Dillihunt

Civil Rights Complaint Pursuant to U.S.C. § 1983